Certificate Number: 00478-KS-CC-019530937



00478-KS-CC-019530937

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>October 29, 2012</u>, at <u>11:52</u> o'clock <u>AM PDT</u>, <u>Paul J Demo Jr.</u> received from <u>Springboard Nonprofit Consumer Credit Management, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of Kansas</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>October 29, 2012</u>          By: <u>/s/Heather Shanahan</u>

                                    Name: <u>Heather Shanahan</u>

                                    Title: <u>Sr. Bankruptcy Manager</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).