United States Bankruptcy Court
District of Kansas

In re **Demo, Paul John Jr.**   Case No. 12-22983

Debtor   Chapter **13**

## DECLARATION REGARDING PAYMENT ADVICES OR EVIDENCE OF PAYMENT
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I **Paul John Demo** declare (or certify, verify, or state) under penalty of perjury that the following is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

_____
_____.

☑ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


I **Jeanette Marie Demo** declare (or certify, verify, or state) under penalty of perjury that the following is true and correct (CHECK ONE OF THESE BOXES):

☑ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

_____
_____.

☐ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Executed on **November 1, 2012** _____ (date) by /s/ Paul John Demo _____ (debtor)

Executed on **November 1, 2012** _____ (date) by /s/ Jeanette Marie Demo _____ (joint debtor)

PMI Midwest
18175 W. 156th Street
Olathe, KS 66062
913-484-4288
www.pmimidwest.com

MAY 2012

| | |
|---|---|
| Total gross revenue | $21,425.05 |
| Subcontractor payments | $12,085.50 |
| Fuel | $923.57 |
| Material | $3,488.83 |
| Phone | $310.48 |
| Ins. | $487.63 |
| Lunches | $247.68 |
| Dinners | $422.84 |
| Storage rental | $141.00 |
| ************************************************************************ | |
| Personal income | $3317.52 |
| | |
| | |

| EXCLUSIONS AND QUALIFICATIONS | |
|---|---|
| | |
| | |
| | |
| | |

| | | |
|---|---|---|
| TOTAL FOR PAGE NUMBER | | |
| TOTAL FOR PAGE NUMBER | | |
| TOTAL FOR PAGE NUMBER | | |

| | |
|---|---|
| | |

PMI Midwest
18175 W. 156th Street
Olathe, KS 66062
913-484-4288
www.pmimidwest.com

June 2012

| | |
|---|---|
| Total gross revenue | $21,620.80 |
| Subcontractor payments | $12,649.50 |
| Fuel | $789.23 |
| Material | $3,148.10 |
| Phone | $290.01 |
| Ins. | $583.47 |
| Lunches | $387.43 |
| Dinners | $107.18 |
| Storage rental | $141.00 |
| ************************************************************************ | |
| Personal income | $3,524.88 |
| | |
| | |

| EXCLUSIONS AND QUALIFICATIONS | |
|---|---|
| | |
| | |
| | |
| | |

| TOTAL FOR PAGE NUMBER | | |
|---|---|---|
| TOTAL FOR PAGE NUMBER | | |
| TOTAL FOR PAGE NUMBER | | |

| | |
|---|---|

PMI Midwest
18175 W. 156th Street
Olathe, KS 66062
913-484-4288
www.pmimidwest.com

July2012

| Total gross revenue | $21,419.30 |
|---|---|
| Subcontractor payments | $9751.00 |
| Fuel | $728.59 |
| Material | $4738.23 |
| Phone | $289.53 |
| Ins. | $628.54 |
| Lunches | $347.68 |
| Dinners | $548.27 |
| Storage rental | $141.00 |
| Building permits | $348.92 |
| Truck repairs | $326.35 |
| ************************************************************************ | |
| Personal income | $3,571.24 |

| EXCLUSIONS AND QUALIFICATIONS |
|---|
| |
| |
| |
| |

| TOTAL FOR PAGE NUMBER | | |
|---|---|---|
| TOTAL FOR PAGE NUMBER | | |
| TOTAL FOR PAGE NUMBER | | |

| | |
|---|---|

PMI Midwest
18175 W. 156th Street
Olathe, KS 66062
913-484-4288
www.pmimidwest.com

AUGUST 2012

| | |
|---|---|
| Total gross revenue | $27,971.55 |
| Subcontractor payments | $12,457.55 |
| Fuel | $494.67 |
| Material | $7,012.49 |
| Phone | $248.56 |
| Ins. | $1509.16 |
| Lunches | $548.72 |
| Dinners | $395.87 |
| Storage rental | $141.00 |
| Building permits | $248.72 |
| Truck repairs | $0 |
| Office supplies | $155.47 |
| ************************************************************************ | |
| Amount left | $4,759.34 |

| EXCLUSIONS AND QUALIFICATIONS | |
|---|---|
| | |
| | |
| | |
| | |

| | | |
|---|---|---|
| TOTAL FOR PAGE NUMBER | | |
| TOTAL FOR PAGE NUMBER | | |
| TOTAL FOR PAGE NUMBER | | |

| | |
|---|---|
| | |

**PMI Midwest**
18175 W. 156th Street
Olathe, KS 66062
913-484-4288
www.pmimidwest.com

SEPT. 2012

| | |
|---|---|
| Total gross revenue | $28,897.33 |
| Subcontractor payments | $12,879.10 |
| Fuel | $584.10 |
| Material | $13,854.11 |
| Phone | $253.10 |
| Ins. | $0 |
| Lunches | $257.93 |
| Dinners | $184.73 |
| Storage rental | $141.00 |
| Building permits | $0 |
| Truck repairs | $0 |
| Office supplies | $0 |
| Dump fees | $90.00 |
| ************************************************************************ | |
| Amount left | $353.26 *[handwritten: 653.26]* |

### EXCLUSIONS AND QUALIFICATIONS

| | |
|---|---|
| TOTAL FOR PAGE NUMBER | |
| TOTAL FOR PAGE NUMBER | |
| TOTAL FOR PAGE NUMBER | |

| | |
|---|---|
| | |

PMI Midwest
18175 W. 156th Street
Olathe, KS 66062
913-484-4288
www.pmimidwest.com

OCT.2012

| | |
|---|---|
| Total gross revenue | $33,932.00 |
| Subcontractor payments | $14,564.22 |
| Fuel | $648.33 |
| Material | $4189.81 |
| Phone | $283.72 |
| Ins. | $3148.58 |
| Lunches | $247.54 |
| Dinners | $258.73 |
| Storage rental | $141.00 |
| Building permits | $0 |
| Truck repairs | $0 |
| Office supplies | $0 |
| Dump fees | $410.53 |
| Attorney fees | $4,368.00 |
| Nari Fees | $150.00 |
| Car rental | $703.58 |
| ************************************************************************** | |
| Amount left | $4817.96 |

| EXCLUSIONS AND QUALIFICATIONS |
|---|
| |
| |
| |
| |

| TOTAL FOR PAGE NUMBER | | |
|---|---|---|
| TOTAL FOR PAGE NUMBER | | |
| TOTAL FOR PAGE NUMBER | | |

| | |
|---|---|
| | |

| | May | June | July | August | September | October | Totals for 6 months | Total/6 |
|---|---|---|---|---|---|---|---|---|
| Gross Revenue | 21,425.05 | 21,620.80 | 21,419.30 | 27,971.55 | 28,897.33 | 33,932.00 | 155,266.03 | 25,877.67 |
| Subcontractor payments | 12,085.50 | 12,649.50 | 9,751.00 | 12,457.55 | 12,879.10 | 14,564.22 | 74,386.87 | 12,397.81 |
| Fuel | 923.57 | 789.23 | 728.59 | 494.67 | 584.1 | 648.33 | 4,168.49 | 694.75 |
| Material | 3,488.83 | 3,148.10 | 4,738.23 | 7,012.49 | 13,854.11 | 4,189.81 | 36,431.57 | 6,071.93 |
| Phone | 310.48 | 290.01 | 289.53 | 248.56 | 253.1 | 283.72 | 1,675.40 | 279.23 |
| Insurance | 487.63 | 583.47 | 628.54 | 1,509.16 | 0.00 | 3,148.58 | 6,357.38 | 1,059.56 |
| Lunches | 247.68 | 387.43 | 347.68 | 548.72 | 257.93 | 247.54 | 2,036.98 | 339.50 |
| Dinners | 422.84 | 107.18 | 548.27 | 395.87 | 184.73 | 258.73 | 1,917.62 | 319.60 |
| Storage Rental | 141 | 141 | 141 | 141 | 141 | 141 | 846.00 | 141.00 |
| Building Permits | 0.00 | 0.00 | 348.92 | 248.72 | 0.00 | 0.00 | 597.64 | 99.61 |
| Truck Repairs | 0 | 0 | 326.35 | 0 | | | 326.35 | 54.39 |
| Office Supplies | 0.00 | 0.00 | 0.00 | 155.47 | 0.00 | 0.00 | 155.47 | 25.91 |
| Dump Fees | 0 | 0 | 0 | 0 | 90 | 410.53 | 500.53 | 83.42 |
| Attorney fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,368.00 | 4,368.00 | 728.00 |
| Nari Fees | 0 | 0 | 0 | 0 | 0 | 150 | 150.00 | 25.00 |
| Car Rental | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 703.58 | 703.58 | 117.26 |
| | | | | | | | 0.00 | 0.00 |
| Total Monthly Expense | 18,107.53 | 18,095.92 | 17,848.11 | 23,212.21 | 28,244.07 | 29,114.04 | 134,621.88 | 22,436.98 |