**Form odebtwage** (Revised 10/20/2005)

## United States Bankruptcy Court – District of Kansas
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number: 12–22983                    Chapter: 13

In re: (Name of Debtor)

Paul John Demo Jr.                       Jeanette Marie Demo
dba     PMI Midwest                      aka     Jeanette Strom–Demo
18175 W. 156th Street                    18175 W. 156th Street
Olathe, KS 66062                         Olathe, KS 66062

SSN: xxx–xx–0181                         SSN: xxx–xx–7361

| | | |
|---|---|---|
| **Entered By The Court**<br>**11/5/12** | **ORDER TO DEBTOR(S)TO PAY TO THE TRUSTEE** | **Filed By The Court**<br>**11/5/12**<br>**Fred Jamison**<br>**Clerk of Court**<br>**US Bankruptcy Court** |

The Debtor(s) have submitted a plan to pay debts out of future earnings, and by this plan submits all future earnings and wages under the supervision and control of the Court for the purpose of consummating the plan;

The Debtor(s)' are hereby ORDERED and DIRECTED, until further order of this Court, to pay the sum of:

3700.00 Monthly

BEGINNING ON THE NEXT PAY PERIOD FOLLOWING RECEIPT OF THIS ORDER TO:

**William H. Griffin**
**Chapter13 Trustee**
**P.O. Box 613106**
**Memphis, TN 38101**
**913–677–1311**

IT IS FURTHER ORDERED that said Debtor(s) notify said Trustee if the employment of said Debtor(s) be terminated, and the reason for such termination. This order supersedes any previous order, if any, made to you in this case.

YOU ARE DIRECTED TO CARRY THIS ORDER INTO EFFECT.

Document 7                               s/ Robert D. Berger
                                         United States Bankruptcy Judge