# UNITED STATES BANKRUPTCY COURT District of Kansas (Kansas City)

## Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on 11/2/12.
You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights.
All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. **NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.**

See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| **Paul John Demo Jr.**<br>dba PMI Midwest<br>18175 W. 156th Street<br>Olathe, KS 66062 | **Jeanette Marie Demo**<br>aka Jeanette Strom−Demo<br>18175 W. 156th Street<br>Olathe, KS 66062 |
| Case Number / Presiding Judge:<br>**12−22983 / Robert D. Berger** | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>**xxx−xx−0181 − Paul John Demo Jr.**<br>**xxx−xx−7361 − Jeanette Marie Demo** |
| Attorney for Debtor(s) (name and address):<br>Matthew D Mentzer<br>Chapin Law Firm LLC<br>11212 Johnson Drive<br>Shawnee, KS 66203<br>Telephone number: 913−385−0600 | Bankruptcy Trustee (name and address):<br>William H Griffin<br>6330 Lamar, Suite 110<br>Overland Park, KS 66202<br>Telephone number: 913−677−1311 |

### Meeting of Creditors

Date: **December 5, 2012**      Time: **09:00 AM**
Location: **161 Robert J Dole US Courthouse, 500 State Avenue Room 173, Kansas City, KS 66101**

**All individual debtors are required to produce photo ID and proof of Social Security Number to the Trustee at this meeting. Non−lawyers SHOULD NOT bring cellular telephones, pagers, two−way radios, personal digital assistants, cameras, or other electronic communication devices to the courthouse.**

### Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

#### Deadline to File a Proof of Claim:

For all creditors (except a governmental unit): **3/5/13**      For a governmental unit (except as otherwise provided in Fed. R. Bankr. P. 3002 (c)(1)): **5/6/13**

#### Creditor with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 2/4/13**

#### Deadline to Object to Exemptions:

Thirty (30) days after the *conclusion* of the meeting of creditors.

### Filing of Plan, Hearing on Confirmation of Plan

The debtor has filed a plan. The plan or a summary of the plan is enclosed. The hearing on confirmation will be held:
Date: **1/15/13**, Time: **09:30 AM**, Location: **161 Robert J Dole US Courthouse, 500 State Avenue Room 151, Kansas City, KS 66101**

### Objection to Plan

A plan is not effective unless approved by the bankruptcy court at a confirmation hearing.
**Objections to the plan shall be filed 10 days before the confirmation hearing.**

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>161 Robert J. Dole US Courthouse<br>500 State Avenue<br>Kansas City, KS 66101<br>Telephone number: (913) 735−2110 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Fred Jamison |
| Hours Open: 9:00 AM − 4:00 PM Monday − Friday<br>Phone Hours: 9:30 AM − 3:30 PM Monday − Friday | Date: 11/5/12 |

# EXPLANATIONS

B9I (Official Form 9I) (12/10)

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form (Official Form B 10) can be obtained at the United States Courts web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to a discharge under Bankruptcy Code § 1328(f), you must file a motion objecting to discharge in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523(a)(2) or (4), you must file a complaint in the bankruptcy clerk's office by the same deadline. The bankruptcy clerk's office must receive the motion or the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

## Refer to Other Side for Important Deadlines and Notices

### D. Kan. LBR 6007.1 ABANDONMENT OF PROPERTY OF THE ESTATE

When the clerk of the court provides the Notice of Bankruptcy Case, Meeting of Creditors and Deadlines, the Notice must contain a provision that within 60 days from the conclusion of the meeting of creditors held under § 341, the trustee may file notice of intended abandonment of any or all of the debtor's property in the estate as authorized by § 554 without further service on creditors or interested parties. Unless a creditor or interested party objects to abandonment within 75 days after the meeting of creditors held under § 341 concludes, the property subject to the intended abandonment will be deemed abandoned without further notice or order of the court.

```
                              United States Bankruptcy Court
                                   District of Kansas
In re:                                                              Case No. 12-22983-RDB
Paul John Demo, Jr.                                                 Chapter 13
Jeanette Marie Demo
       Debtors              CERTIFICATE OF NOTICE

District/off: 1083-2          User: knicole              Page 1 of 4      Date Rcvd: Nov 05, 2012
                              Form ID: b9i               Total Noticed: 115


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 07, 2012.
db/jdb    +Paul John Demo, Jr.,  Jeanette Marie Demo,  18175 W. 156th Street,  Olathe, KS 66062-6721
tr        +William H Griffin,  6330 Lamar, Suite 110,  Overland Park, KS 66202-4286
7429894    Account Recovery Specil,  3505 W Topeka St,  Wichita KS  67219-0000
7429895    Alliance Radiology,  PO Box 809012,  Kansas City MO  64180-9012
7429896    Allied Insurance,  PO Box 280431 Hartland St Suite 401,  East Hartford CT  06128-0431
7429897    Allied Interstate,  300 Corporate Exchange Dr 5th Floor,  Columbus OH  43231-0000
7429901   +American Kenpo Karate Academy,  2073 E Santa Fe,  Olathe KS 66062-1608
7429904   +Asset Recovery Solutions LLC,  C/O Berman & Rabin,  15280 Metcalf Avenue,
            Overland Park KS 66223-2811
7429905   +Berman & Rabin,  15280 Metcalf Avenue,  Overland Park KS 66223-2803
7429906   +Berman & Rabin,  PO Box 24327,  Overland Park KS 66283-4327
7429907    Burns Burns Walsh & Walsh PA,  PO Box 487 704 Topeka Avenue,  Lyndon KS  66451-0487
7429908  ++++CAC FINANCIAL CORP,  2601 NW EXPRESSWAY STE 1000E,  OKLAHOMA CITY OK  73112-7236
           (address filed with court: CAC Financial Corp,  2601 NW Expwy Suite 1000,
            E. Oklahoma City OK  73112-0000)
7429913   +CBE Group,  1309 Technology Pkwy,  Cedar Falls IA 50613-6976
7429909    Cach Llc (original Creditor:ge Money Ba,  4340 S Monaco Second Floor,  Denver CO  80237
7429915    Children Mercy Hospital,  PO Box 803302,  Kansas City MO  64180-3302
7429916    Children's Mercy Hospitals And Clinics,  PO Box 804435,  Kansas City MO  64180-4435
7429917   +Citifinancial,  300 Saint Paul Pl,  Baltimore MD 21202-2120
7429921   +Clerk Of Johnson County District Court,  Case No 09LA1129,  100 N Kansas Avenue,
            Olathe KS 66061-3278
7429922   +Clerk Of Johnson County District Court,  Case No 11LA9399,  100 N Kansas Avenue,
            Olathe KS 66061-3278
7429918   +Clerk Of Johnson County District Court,  Case No 12CV8082,  100 N Kansas Avenue,
            Olathe KS 66061-3278
7429919   +Clerk Of Johnson County District Court,  Case No 12LA1473,  100 N Kansas Avenue,
            Olathe KS 66061-3278
7429920   +Clerk Of Johnson County District Court,  Case No 12LA2739,  100 N Kansas Avenue,
            Olathe KS 66061-3278
7429923   +Clerk Of Johnson County District Court,  Case No 12LA7998,  100 N Kansas Avenue,
            Olathe KS 66061-3278
7429924   +Client Services INc,  3451 Harry S Truman Blvd,  St. Charles MO 63301-9816
7429925   +Credit World Services Inc,  6000 Martway St,  Shawnee Mission KS 66202-3389
7429927   +Emergency Medical Care LLC,  C/O ARSI Account Recovery Specialists,  3505 No Topeka,
            Wichita KS 67219-3641
7429928    Emergency Medicine Care LLC,  PO Box 716,  Overland Park KS  66201-0716
7429932   +Evans Mullinix,  Attorneys At Law,  7225 Renner Rd Suite 200,  Shawnee KS 66217-3046
7429933   +Exe Fin Con (original Creditor:medical),  310 Armour Rd Suite 220,  Nkc MO 64116-3541
7429935   +Frederick J Hanna & Assoc,  1427 Roswell Rd,  Marietta GA 30062-3668
7429936   +Gary Hubbard,  102 Brown Ave,  Osawatomie KS 66064-1314
7429937   +Golden Valley Medical,  1602 N Second,  Clinton MO 64735-1192
7429938   +Great Southern Bank,  1451 E Battlefield St,  Springfield MO 65804-3701
7429939   +Haase&long (original Creditor:medical),  303 West 11th St,  Lawrence KS 66044-3311
7429940    Healthcare Finanical Associates,  PO Box 803302,  Kansas City MO  64180-3302
7429941   +Homeward Residential,  1525 S Belt Line Rd,  Coppell TX 75019-4913
7429944   +John F Michaels,  Attorney At Law,  PO Box 7507,  Overland Park KS 66207-0507
7429945   +Johnson County Treasurer,  111 S Cherry St Ste 1500,  Olathe KS 66061-3471
7429949    KCI,  PO Box 14765,  Shawnee Mission KS  66285-4765
7429951   +Kramer&frank (original Creditor:medical),  9666 Olive Blvd Suite 450,  St Louis MO 63132-3013
7429953   +Krammer & Frank,  9300 Dielman Ind Dr,  St. Louis MO 63132-3080
7429952    Krammer & Frank,  1125 Grand Ste 600,  Kansas City MO  64106-2501
7429954   +Laboratory Corp Of America,  American Medical Collection Agency,  4 Westchester Plaza Bldg 4,
            Elmsfiord NY 10523-1612
7429955    Leading Edge Rec Sol,  PO Box 129,  Linden MI  48451-0129
7429956   +Leading Edge Recovery Solutions,  5440 N Cumberland Avenue Ste 300,  Chicago IL 60656-1486
7429957   +McCray,  10741 El Mounte St,  Overland Park KS 66211-1406
7429958   +McGuigan Law Office LLC,  311 Veterans Highway Ste 100A,  Levittown PA 19056-1422
7429960   +Merchants Credit Adjusters Inc,  17055 Frances St,  Omaha NE 68130-4655
7429963   +Midland Funding (org Creditor Target,  8875 Aero Dr Ste 200,  San Diego CA 92123-2255
7429967   +NCB Management Services Inc,  PO Box 1099,  Langhorne PA 19047-6099
7429969    NCO Financial Systems Inc,  PO Box 17205,  Wilmington DE  19850-7205
7429966   +Nationwide Credit,  PO Box 26314,  Lehigh Valley PA 18002-6314
7429971   +Northland Group Inc,  PO Box 390846,  Minneapolis MN 55439-0846
7429972   +Office Of The United States Attorney,  Robert J Dole US Courthouse Ste 360,  500 State Avenue,
            Kansas City KS 66101-2448
7429973   +Office Of The United States Attorney,  US Courthouse Ste 290,  444 Southeast Quincy Street,
            Topeka KS 66683-0002
7429974   +Office Of The United States Attorney,  1200 Epic Center,  301 N Main,  Wichita KS 67202-4840
7429975   +Olathe Medical Center Inc,  20333 W 151st St,  Olathe KS 66061-7211
7429976   +Olathe Medical Services,  Central Billing Office,  14425 College Blvd Ste 100,
            Lenexa KS 66215-2184
7429977    Olathe Medical Services Inc,  PO Box 505001,  St. Louis MO  63150-5001
```

```
7429980        Physicians Reference Laboratory LLC,    PO Box 879593,    Kansas City MO  64187-0001
7429981       +Physicians Reference Laboratory LLC,    7800 W 110th Street,    Overland Park KS 66210-2304
7429985        RGS Financial,    PO Box 852039,    Richardson TX  75085-2039
7429986       +RMS,    77 Hartland St Ste 401 Box 280431,    East Hartford CT 06108-3253
7429994      ++STELLAR RECOVERY INC,    1327 US HIGHWAY 2 WEST,    STE 100,    KALISPELL MT 59901-3413
              (address filed with court:  Stellar Recovery Inc (original Creditor:,     1845 Highway 93 South,
                Kalispell MT  59901)
7429987        Saint Lukes Medical Group,    PO Box 740197,    Atlanta GA  30374-0197
7429989       +Santander Consumer Usa,    Po Box 961245,    Ft Worth TX 76161-0244
7429990       +Sports Rehab & Physical Therapy,    10701 Nall Avenue Ste 130,    Overland Park KS 66211-1244
7429991       +St Lukes Medical Group,    14115 W 95th St,    Lenexa KS 66215-5207
7429992       +St Lukes South Hospital,    C/O Venture Financial Services LLC,
                PO Box 16568 9500 E 63rd St St 202,    Raytown MO 64133-0568
7429993        Stellar Recovery,    1327 Highway 2 W Suite 100,    Kalispell MT  59901-3413
7429995       +Thd/cbna,    Po Box 6497,    Sioux Falls SD 57117-6497
7429996       +Unifund Ccr Partners (original Creditor:,    10625 Techwoods Circle,    Cincinnati OH 45242-2846
7429997       +United Heating & Cooling Inc,    301 Duck Rd,    Grandview MO 64030-3270
7429999        United Imaging Consultants LLC,    PO Box 807001,    Kansas City MO  64180-7001
7429998       +United Imaging Consultants LLC,    5800 Foxridge Dr 240,    Mission KS 66202-2338
7430000       +United Specialty Products,    Lifetime Cookware,    PO Box 36203,    Denver CO 80236-0203
7430002       +University Of Kansas Pysicians,    PO Box 410208,    Kansas City MO  64141-0208
7430001        University Of Kansas Pysicians,    PO Box 410389,    Kansas City MO  64141-0389
7430003        Venture Financial Services Inc,    PO Box 16568,    Raytown MO  64133-0568
7430004       +Venture Finanical Services Inc,    Box 16568 9500 East 63rd St Ste 202,    Raytown MO 64133-0568
7430005       +Wells Fargo,    11809 Shawnee Mission Parkway,    Shawnee KS 66203-3337

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: matt@chapinlawfirm.com Nov 06 2012 02:04:29      Matthew D Mentzer,
                Chapin Law Firm LLC,    11212 Johnson Drive,    Shawnee, KS  66203
ust           +E-mail/Text: ustpregion20.wi.ecf@usdoj.gov Nov 06 2012 02:14:09      U.S. Trustee,
                Office of the United States Trustee,    301 North Main Suite 1150,    Wichita, KS 67202-4811
7429898        EDI: RMCB.COM Nov 06 2012 01:34:00      AMCA,    PO Box 1235,    Elmsford NY  10523-0935
7429900        EDI: AMEREXPR.COM Nov 06 2012 01:33:00      American Express,    PO Box 650448,
                Dallas TX  75265-0448
7429899        EDI: AMEREXPR.COM Nov 06 2012 01:33:00      American Express,    PO Box 26312,
                Lehigh Valley PA  18002-6312
7429902       +EDI: RMCB.COM Nov 06 2012 01:34:00      American Medical Collection Agency,
                4 Westchester Plaza Bldg 4,    Elmsford NY 10523-1615
7429903       +EDI: AMEREXPR.COM Nov 06 2012 01:33:00      Amex,    Po Box 297871,    Fort Lauderdale FL 33329-7871
7429910        EDI: CAPITALONE.COM Nov 06 2012 01:33:00      Capital One Bank USA,    Po Box 85520,
                Richmond VA  23285
7429912        E-mail/Text: bankruptcy@cavps.com Nov 06 2012 04:21:32      Cavalry Portfolio Services LLC,
                PO Box 1017,    Hawthorne NY  10532-0000
7429911       +E-mail/Text: bankruptcy@cavps.com Nov 06 2012 04:21:32
                Cavalry Portfolio Serv (original Credito,    500 Summit Lake Dr,    Valhalla NY 10595-1340
7429914       +EDI: CHASE.COM Nov 06 2012 01:33:00      Chase,    Po Box 15298,    Wilmington DE 19850-5298
7429926        EDI: DISCOVER.COM Nov 06 2012 01:33:00      Discovr Cd,    Po Box15316,    Wilmington DE  19850-5316
7429929       +E-mail/Text: bknotice@erccollections.com Nov 06 2012 04:16:30
                Enhanced Recovery Co L (original Credito,    8014 Bayberry Rd,    Jacksonville FL 32256-7412
7429930        E-mail/Text: bknotice@erccollections.com Nov 06 2012 04:16:30      Enhanced Recovery Company,
                8014 Bayberry Rd,    Jacksonville FL  32256-7412
7429931       +EDI: ESCALLATE.COM Nov 06 2012 01:33:00      Escallate Llc (original Creditor:solarus,
                5200 Stoneham Rd,    North Canton OH 44720-1584
7429934       +EDI: FORD.COM Nov 06 2012 01:33:00      Ford Cred,    Po Box Box 542000,    Omaha NE 68154-8000
7429942       +EDI: HFC.COM Nov 06 2012 01:34:00      Hsbc/bsbuy,    Po Box 5253,    Carol Stream IL 60197-5253
7429943        EDI: IRS.COM Nov 06 2012 01:34:00      Internal Revenue Service,    PO Box 21126,
                Philadelphia PA  19114
7429946        E-mail/Text: cgraham@nci.com Nov 06 2012 04:20:54      Kansas City Homes & Gardens,
                2305 Newpointe Pky,    Lawrenceville GA  30043-5530
7429947        E-mail/Text: KSBANKRUPTCY@KDOR.STATE.KS.US Nov 06 2012 03:26:06      Kansas Department Of Revenue,
                Director Of Taxation,    915 SW Harrison,    Topeka KS  66625-3512
7429948        E-mail/Text: KSBANKRUPTCY@KDOR.STATE.KS.US Nov 06 2012 03:26:06      Kansas Department Of Revenue,
                915 SW Harrison St,    Topeka KS  66699-4000
7429950       +EDI: CBSKOHLS.COM Nov 06 2012 01:33:00      Kohls/capone,    Po Box 3115,    Milwaukee WI 53201-3115
7429956       +EDI: LEADINGEDGE.COM Nov 06 2012 01:33:00      Leading Edge Recovery Solutions,
                5440 N Cumberland Avenue Ste 300,    Chicago IL 60656-1486
7429959       +EDI: MID8.COM Nov 06 2012 01:33:00      MCM,    PO Box 603 Dept 12421,    Oaks PA 19456-0603
7429961        EDI: MID8.COM Nov 06 2012 01:33:00      Midland Credit Management Inc,    PO Box 60578,
                Los Angeles CA  90060-0578
7429962       +EDI: MID8.COM Nov 06 2012 01:33:00      Midland Credit Management Inc,    8875 Aero Drive Ste 200,
                San Diego CA 92123-2255
7429964       +EDI: MID8.COM Nov 06 2012 01:33:00      Midland Funding (original Creditor:chase,
                8875 Aero Dr Ste 200,    San Diego CA 92123-2255
7429965       +EDI: MID8.COM Nov 06 2012 01:33:00      Midland Funding (original Creditor:citib,
                8875 Aero Dr Ste 200,    San Diego CA 92123-2255
7429968       +E-mail/Text: bankruptcydepartment@ncogroup.com Nov 06 2012 04:18:42      NCO Financial Systems Inc,
                507 Prudential Road,    Horsham PA 19044-2368
7429970       +E-mail/Text: demand@nfm.com Nov 06 2012 04:13:17      Nebraska Furniture Mar,    700 S 72nd St,
                Omaha NE 68114-4697
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
7429978       +E-mail/Text: bankruptcy@optimarecoveryservices.com Nov 06 2012 04:21:08
               Optima Recovery Servic (original Credito,   6215 Kingston Pk Ste A,    Knoxville TN 37919-4044
7429979       +E-mail/Text: bankruptcy@optimarecoveryservices.com Nov 06 2012 04:21:08
               Optima Recovery Services LLC,   6215 Kingston Pike Ste B Box 52968,   Knoxville TN 37919-4044
7429983        EDI: PRA.COM Nov 06 2012 01:34:00      Portfolio Recovery Associates,   120 Corporate Blvd Ste 100,
               Norfolk VA  23502
7429982       +EDI: PRA.COM Nov 06 2012 01:34:00      Portfolio,   120 Corporate Blvd Ste 100,
               Norfolk VA 23502-4962
7429988        EDI: SALMAESERVICING.COM Nov 06 2012 01:34:00      Sallie Mae,   Po Box 9500,
               Wilkes-barre PA  18773-9500
                                                                                              TOTAL: 35

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
7429984*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court:   Portfolio Recovery Associates LLC,   PO Box 12903,
              Norfolk VA  23541-0000)
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 07, 2012**                     **Signature:**    *Joseph Speetjens*

Case 12-22983   Doc# 8   Filed 11/07/12   Page 5 of 6

```
District/off: 1083-2           User: knicole              Page 4 of 4                  Date Rcvd: Nov 05, 2012
                               Form ID: b9i               Total Noticed: 115
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2012 at the address(es) listed below:

        Matthew D Mentzer    on behalf of Debtor Paul Demo matt@chapinlawfirm.com, sheila@chapinlawfirm.com
        U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
        William H Griffin    ecfgriff@13trusteeks.com

                                                                                                                                                             TOTAL: 3