Form ntcfinmgt  (Revised 12/01/2010)

United States Bankruptcy Court – District of Kansas
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number: 12–22983

Chapter: 13

In re: (Name of Debtor)

Paul John Demo Jr.
dba     PMI Midwest
18175 W. 156th Street
Olathe, KS 66062

Jeanette Marie Demo
aka     Jeanette Strom–Demo
18175 W. 156th Street
Olathe, KS 66062

**Entered By The Court
11/5/12**

**NOTICE OF REQUIREMENT TO FILE A
STATEMENT OF COMPLETION OF COURSE IN
PERSONAL FINANCIAL MANAGEMENT
(Official Form 23)**

**Filed By The Court
11/5/12
Fred Jamison
Clerk of Court
US Bankruptcy Court**

Notice is hereby given that, subject to limited exceptions, a debtor must complete an instructional course in personal financial management in order to receive a discharge under chapter 7 (11 U.S.C. 727) or Chapter 13 (11 U.S.C. 1328). Pursuant to Rule 1007(b)(7) of the Rules of Bankruptcy Procedure, the debtor(s) must complete and file Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form 23)* as described in 11 U.S.C. 111.

Debtor(s) and debtor(s)' attorney are hereby notified that Official Form 23 must be filed before a discharge can be entered. Debtor(s) and debtor(s)' attorney are hereby notified that the debtor(s) must file Official Form 23 within 60 days after the first date set for the meeting of creditors under § 341 for a chapter 7 case or no later than the last payment made by the debtor in a chapter 13 case. Failure to file the certification will result in the case being closed without an entry of discharge. If a Motion to Reopen the Case is subsequently filed by Debtor(s), to allow for the filing of the Official Form 23, the debtor(s) must pay the full reopening fee due for filing the motion.

*NOTE: Official Form 23 (Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management) must be filed in all individual chapter 7 and chapter 13 cases even if the U.S. Trustee has not approved any credit counseling agency or financial management course for the applicable district. See Rule 1007(b)(7).

Document 6 – 3

s/  Fred Jamison
Clerk, United States Bankruptcy Court

```
                              United States Bankruptcy Court
                                   District of Kansas
In re:                                                           Case No. 12-22983-RDB
Paul John Demo, Jr.                                              Chapter 13
Jeanette Marie Demo
        Debtors                   CERTIFICATE OF NOTICE
District/off: 1083-2         User: knicole          Page 1 of 2           Date Rcvd: Nov 05, 2012
                             Form ID: ksnfinmg      Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 07, 2012.
db/jdb       +Paul John Demo, Jr.,   Jeanette Marie Demo,   18175 W. 156th Street,   Olathe, KS 66062-6721

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 07, 2012**                    Signature:   _Joseph Speetjens_

District/off: 1083-2           User: knicole            Page 2 of 2                  Date Rcvd: Nov 05, 2012
                               Form ID: ksnfinmg        Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 5, 2012 at the address(es) listed below:
              Matthew D Mentzer    on behalf of Debtor Paul Demo matt@chapinlawfirm.com,
               sheila@chapinlawfirm.com
              U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
              William H Griffin    ecfgriff@13trusteeks.com
                                                                                             TOTAL: 3