**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| PAUL JOHN DEMO, JR. ) | CASE NO: |
| JEANETTE MARIE DEMO ) | CHAPTER 13 |
| ) | |
| DEBTOR(S). ) | |

## CHAPTER 13 PLAN

Debtor or Debtors (hereafter Debtor) proposes:

1. **PLAN TERMS**:

    a.   The Applicable Commitment Period (the time over which the Plan will run) is not less than 3 years, but in any event, not more than 5 years.

    b.   Plan payments will be in the following amounts:

    | $3,700.00 | for | 55 | months = | $203,500.00 |
    |---|---|---|---|---|
    | $ | for | | months = | |
    | $ | for | | months = | |

    c.   Plan payments include the following total amount being paid pursuant to the means test calculation from Official Form 22C:  $0.00.

    d.   Plan payments shall be made by:

    ☐ Employer pay order directed to:

    | ☐ Debtor's Employer (retype Debtor's name for clarification) | ☐ Joint Debtor's Employer (retype Joint Debtor's name for clarification) |
    |---|---|
    | Payment order to this employer shall be in the monthly amount of: $0.00     Employer name and address: | Payment order to this employer shall be in the monthly amount of:  $0.00     Employer name and address: |

    ☒ Debtor pay order directed to Debtor

**NON-STANDARD PROVISIONS FOR ¶ 1:**
**Debtor is self-employed, so Order for Payment to Trustee will need to be issued to Debtor.**

2. **EFFECT OF CONFIRMATION:**

ANY CREDITOR FAILING TO OBJECT TO CONFIRMATION OF THE PLAN MAY BE DEEMED TO HAVE ACCEPTED THE PLAN. ONCE CONFIRMED BY THE COURT, THIS PLAN BINDS THE DEBTOR AND EACH CREDITOR, WHETHER OR NOT THE CLAIM OF SUCH CREDITOR IS PROVIDED FOR BY THE PLAN, AND WHETHER OR NOT SUCH CREDITOR HAS ACCEPTED, REJECTED OR OBJECTED TO THE PLAN.

CONFIRMATION OF THE PLAN WILL BE DEEMED A FINDING BY THE BANKRUPTCY COURT THAT DEBTOR HAS COMPLIED WITH ALL OF THE APPLICABLE SECTIONS OF 11 U.S.C. §§ 1322 AND 1325 AND THAT DEBTOR HAS FULFILLED ALL PRE-CONFIRMATION OBLIGATIONS UNDER 11 U.S.C. § 521.

3. **ADMINISTRATIVE FEES:**

   a. The Chapter 13 Trustee will be paid up to 10% on all funds disbursed.

   b. Debtor's attorney fees will be paid through the Plan as stated below, subject to modification by the Trustee of the time period over which fees will be paid, as necessary to make the Plan feasible. Counsel for Debtor reserves the right to submit additional fee applications, but payment is subject to Court approval. Debtor consents to such increases in Plan payments as may be necessary to pay any approved additional fees.

   | | |
   |---|---:|
   | Total fees for the case: | $4000.00 |
   | Total fees paid to date: | $2000.00 |
   | **Balance of fees to be paid through the Plan:** | **$2000.00** |
   | Number of months over which fees shall be paid: | 12 |

**NON-STANDARD PROVISIONS FOR ¶ 3:**
N/A

4. **FILING FEE**:

   ☒ The filing fee has been paid.

   OR

   ☐ $ _____ has been paid and the balance of $ _____ will be paid by the Trustee.

5. **TAX RETURNS:** Federal and state tax returns for the preceding four years:

   ☒ have been filed; or,

   ☐ have not been filed. Debtor has not filed returns for the following years: _____ .

**NON-STANDARD PROVISIONS FOR ¶ 5:**
N/A

6. **DOMESTIC SUPPORT OBLIGATIONS:** Domestic Support Obligations (hereafter, "DSO") are defined by 11 U.S.C. § 101(14A), but usually encompass most child support and alimony obligations.

**Status:**

1) ☒ The Debtor does NOT owe a DSO.
2) ☐ The Debtor DOES owe a DSO. (Complete entire section if DSO owed.)

   a. **Type of DSO owed:** The obligation consists of payments that are: (select any that are applicable)

1) ☐ Ongoing (post-petition DSO payments)
2) ☐ Arrearage

   b. **Ongoing post-petition payments:** If Debtor has an existing order under state law to pay a DSO obligation, that will continue and the payment will be made outside the Plan in accordance with that order. If Debtor does not have an existing DSO order, and intends to pay any DSO through the Plan, Debtor must specify treatment of the ongoing DSO in the "Non-Standard Provisions" section for paragraph 6.

   c. **Arrearages for Pre-Petition DSO:** Any pre-petition amount due on a DSO will be:

☐ paid in full through the Plan; or,
☐ paid in full, directly outside the Plan, through an existing order; or,
☐ not paid (and not discharged) because Debtor is paying all projected disposable income for a 5-year period through the Plan and the arrearage has been assigned to a governmental unit as defined by 11 U.S.C. § 507(a)(1)(B).

   d. **Summary:** Below is a summary of all Domestic Support Obligations.

| **NAME OF RECIPIENT** | **PRE-PETITION ARREARS (if any)** |
|---|---|
|  | $ |
|  | $ |
|  | $ |

   e. **Domestic Support Obligations and Discharge:** If Debtor pays all DSO arrearages and all ongoing DSO payments, if any, in accordance with this Plan, Debtor will be deemed "current" for the purpose of being eligible for discharge, upon completion of the Plan.

**NON-STANDARD PROVISIONS FOR ¶ 6:**
**N/A**

7. **PRIORITY CLAIMS**:

   a. **General Provision:** Debtor will pay all allowed priority claims under 11 U.S.C. § 507 without post-petition interest. The Chapter 13 Trustee will pay the amount contained in the creditor's proof of claim, unless the Court sustains an objection filed by Debtor to the claim. If a priority claim creditor also claims a secured debt, the secured portion will be treated as a secured claim together with Trustee's discount rate of interest as of the petition date, except tax claims, which will be paid interest at the applicable non-bankruptcy rate pursuant to 11 U.S.C. § 511.

Model Form Plan 2/1/2011

b.  **Amounts Owed:**  Debtor estimates that these priority creditors are owed the amounts indicated.

| PRIORITY CREDITOR | EST. AMOUNT OWED |
|---|---|
| 1.  Internal Revenue Service | $30,000.00 |
| 2.  Kansas Department of Revenue | $30,000.00 |
| 3. | $ |
| 4. | $ |

c.  **Discharge**:  Payments through the Trustee of the principal and pre-petition interest, if applicable, due on allowed pre-petition priority claims will result in a full and total discharge of all Debtor's obligations for those claims to the extent such debts are not otherwise excepted from discharge pursuant to the Bankruptcy Code.

**NON-STANDARD PROVISIONS FOR ¶ 7:**
**N/A**

8.  **RELIEF FROM STAY REGARDING PROPERTY TO BE SURRENDERED:**  On Plan confirmation, any creditor may repossess, foreclose upon, sell or obtain possession of the property the Plan proposes to surrender without obtaining stay relief.  This provision does not prevent the earlier termination of the stay under operation of law or court order.  Nothing contained in this section operates to modify any applicable co-Debtor stay or to abrogate Debtor's rights and remedies under non-bankruptcy law.  The trustee shall not make distributions on account of any secured claim in this class.

| PROPERTY TO BE SURRENDERED | CREDITOR WITH SECURED CLAIM |
|---|---|
| 2005 Sandpiper 5th Wheel Camper | Great Southern Bank |
| 2006 Crownline Boat | Santander Consumer USA |
| Mattress | Nebraska Furniture Mart |

**NON-STANDARD PROVISIONS FOR ¶ 8:**
**N/A**

9.  **DEBTS SECURED BY REAL ESTATE.**

a.  **Any creditor claiming a lien on any real property Debtor intends to retain will retain its lien pursuant to 11 U.S.C. § 1325(a)(5).**

b.  **Debts secured by Debtor's Principal Residence:**  These debts must be paid pursuant to U.S. Bankr. Ct. D. Kan. Standing Order 09-2 (hereafter S.O. 09-2) which, as currently enacted or subsequently amended, is incorporated herein as though set forth in full.  To the extent any Provision of this Plan conflicts with S.O. 09-2, the provisions of S.O. 09-2 control.

i. **Debtor declares as follows (check one):**

☐ Debtor has no principal residential real estate mortgage debt or is surrendering the principal residential real estate pursuant to ¶ 8; or,

☐ Debtor is current on all pre-petition mortgage payments secured by a mortgage on the principal residence and will pay all post-petition mortgage payments directly to the real property creditor as defined by S.O. 09-2; or,

☒ Debtor is not current on all pre-petition mortgage payments and will pay all post-petition mortgage payments through the Plan. The number of post-petition payments will be equivalent to the number of months from the first post-petition payment due under the Plan to the month after the last monthly payment under the Plan is made. The first post-petition mortgage payment through the Plan will begin with the **December, 2012** payment, which is the third mortgage payment due after the filing of the petition. **The Chapter 13 Trustee will not make any disbursement of ongoing post-petition mortgage payments until the real property creditor files a proof of claim.** At the completion of the term of the Plan, Debtor will resume monthly mortgage payments directly to the real property creditor pursuant to the terms of the mortgage contract.

ii. **Treatment of first two payments when paying post-petition mortgage payments through Plan:** The sum of (a) the two monthly post-petition mortgage payments coming due before the Trustee commences distribution of the regular ongoing mortgage payment under the Plan, (b) the two late fees, and (c) any contract interest (said sum referred to in this Plan as "Conduit Administrative Expenses") will be paid pursuant to S.O. 09-2(V)(B).

iii. **Payments on pre-petition mortgage arrearage:** These will be paid pro-rata with other similarly classed creditors over the life of the Plan. The Trustee will pay the arrearage contained in the creditor's proof of claim unless an objection is filed and sustained.

iv. **Interest on pre-petition arrearage:** Unless otherwise ordered by the Court, interest on the arrearage will be paid as follows:

☐ Interest will not be paid on the pre-petition arrearage.

☐ Contract rate interest will be paid on the pre-petition arrearage.

v. **List of debts secured by Debtor's principal residence.**

| REAL PROPERTY CREDITOR | LIEN PRIORITY (1ST, 2ND,3RD) | AMOUNT OWED | EST. PRE-PETITION ARREARAGE AMOUNT | ONGOING MONTHLY PAYMENT |
|---|---|---|---|---|
| Homeward Residential | 1st | 199,726.00 | $10,000.00 | $2107.00 |
|  |  | $ | $ | $ |
|  |  | $ | $ | $ |
|  |  | $ | $ | $ |

vi. **Effect of payment on pre-petition arrearage:** If Debtor pays the pre-petition arrearage determined by the Plan, together with interest required by the Plan, the pre-petition default will be cured and the note and other loan documents will be

Model Form Plan 2/1/2011

deemed current as of the date of filing. Any right of the mortgagee to recover any amount alleged to have arisen prior to the filing of the petition or to declare a default of the note, mortgage, or other loan documents based upon pre-petition events will be deemed extinguished.

   vii. **Effect of payment of post-petition payments through the Plan:** If Debtor pays the Conduit Administrative Expense and all post-petition mortgage payments through the Plan, any post-petition default on Debtor's residential home mortgage debt will be deemed cured, and all payments made on the debt through the date of Plan completion are current, with no arrearage, no escrow balance, late charges, cost or attorney fees owing.

**NON-STANDARD PROVISIONS FOR ¶ 9(b):**
**N/A**

 c. **Other Debts Secured by Non-residential Real Estate Liens**

  i. **Treatment of Claims of Real Estate Creditor when Payments Are Current.** As of the petition date, Debtor is current on all obligations to the Real Estate Creditors listed below and will pay the obligation(s) to any Real Estate Creditor listed below directly, and not through the Trustee.

| CREDITOR | COLLATERAL | DEBT |
|---|---|---|
| N/A |  | $ |
|  |  | $ |
|  |  | $ |

**NON-STANDARD PROVISIONS FOR ¶ 9(c)(i):**
 **N/A**


  ii. **Treatment of Claims When Debtor is Not Current and Debtor Proposes to Cure Pursuant to 11 U.S.C. § 1322 (but does not otherwise propose to modify claim).**

   A) Debtor will pay all post-petition mortgage payments directly to the Real Estate Creditor listed below. Any arrearages will be paid pro-rata over the life of the Plan with other secured claims also being paid on a pro-rata basis. The Trustee will pay the arrearage contained in the creditor's proof of claim unless an objection is filed and sustained.

   B) Unless otherwise ordered by the Court, interest on the arrearage will be paid as follows:

    ☐ Interest will not be paid on the pre-petition arrearage.

    ☐ Contract rate interest will be paid on the pre-petition arrearage.

   C) If Debtor pays the pre-petition arrearage amount as determined by the Plan, together with applicable interest required by the Plan, any pre-petition default will be deemed cured and the note and other loan documents will be deemed current as of the date of filing. Any right of the mortgagee to recover any amount alleged to have arisen prior to the filing of the petition or to declare a default of the note, mortgage, or other loan documents based upon pre-petition events will be deemed extinguished.

Model Form Plan 2/1/2011

| REAL ESTATE CREDITOR | COLLATERAL | AMOUNT OWED | EST. PRE-PETITION ARREARAGE AMOUNT |
|---|---|---|---|
| N/A | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

**NON-STANDARD PROVISIONS FOR ¶ 9(c)(ii):**
**N/A**

      iii.  **Treatment of Secured Claims Being Modified Through Plan.**

      A) Real Estate Creditors listed below will be paid through the plan the value of the collateral or the amount of the claim, <u>whichever is less</u>, unless otherwise specified.

      B) If Debtor proposes to pay the Real Estate Creditor on a pro rata basis with other secured claims also being paid on a pro-rata basis, rather than a fixed monthly amount as listed below, such provision must be included in the "Non-Standard Provisions" section for ¶ 9(c)(iii).

      C) Interest will be paid on secured claims at the Trustee's current discount rate in effect on the date the Petition was filed unless otherwise provided in the "Non-Standard Provisions" section for ¶ 9(c)(iii).

| CREDITOR | COLLATERAL | DEBT | VALUE | MO. PAYMENT |
|---|---|---|---|---|
| N/A | | $ | $ | $ |
| | | $ | $ | $ |
| | | $ | $ | $ |

**NON-STANDARD PROVISIONS FOR ¶ 9(c)(iii):**
**N/A**

      iv.  **Monthly payments:** Any creditor treated in ¶ 9(c)(ii) and (iii) will receive monthly payments as listed above from the funds available to pay those claims after the deduction of Trustee fees. If the Trustee does not have sufficient funds to pay the specific amount noted, the Trustee may adjust the payment so long as the claim will be paid before Plan completion.

**NON-STANDARD PROVISIONS FOR ¶ 9(c)(iv):**
**N/A**

10.  **DEBTS SECURED BY PERSONAL PROPERTY**

    **a. Lien retention and release:** Any secured creditor whose note is secured by personal property, including "910 car" loan creditors and "one year loan" creditors, as those are defined by the paragraph following 11 U.S.C. § 1325(a)(9), will retain its lien pursuant to 11 U.S.C. § 1325(a)(5) and shall be required to release the lien at the time designated by 11 U.S.C. § 1325(a)(5).

**NON-STANDARD PROVISIONS FOR ¶ 10(a):**
**N/A**

Model Form Plan 2/1/2011

**b. Monthly payments:** Debtor proposes to pay personal property secured creditors equal monthly amounts listed below from the funds available to pay those claims after the deduction of Trustee fees. If the Trustee does not have sufficient funds to pay the specific amount noted, the Trustee may adjust the payment so long as the claim will be paid before Plan completion. Interest will be paid on these claims at the Trustee's discount rate in effect on the date the Petition was filed, unless otherwise provided in the "Non-Standard Provisions" section for each associated paragraph.

**NON-STANDARD PROVISIONS FOR ¶ 10(b):**
**N/A**

**c. Pre-Confirmation Payments:** If Debtor proposes to make pre-confirmation payments, the amount stated below will be paid by the Trustee each month as if the Plan were confirmed and will continue to be paid upon confirmation. If Debtor proposes to pay these claims on a pro rata basis, such provision must be listed in the "Non-Standard Provisions" following each section. Any pre-confirmation payments paid by the Trustee will be credited against the allowed secured claim as though the Plan had been confirmed. **TO RECEIVE ANY PAYMENT (PRE- OR POST-CONFIRMATION), A CREDITOR MUST FILE A CLAIM THAT IS ALLOWED.**

**NON-STANDARD PROVISIONS FOR ¶ 10(c):**
**N/A**

**d. GENERAL SECURED CLAIMS:** Any creditor listed below whose claim is secured by personal property (other than 910 car loan or one year loan creditors) will be paid the value of its collateral or the amount of the claim, **whichever is less**, unless otherwise specified in the "Non-Standard Provisions" section for ¶ 10(d).

| CREDITOR | COLLATERAL | DEBT | VALUE | MO. PAYMENT |
|---|---|---|---|---|
| N/A | | $ | $ | $ |
| | | $ | $ | $ |
| | | $ | $ | $ |

**NON-STANDARD PROVISIONS FOR ¶ 10(d):**
**N/A**

**e. 910 CAR LOAN CREDITORS** Each "910 car loan" creditor listed below will be paid the amount of the debt owed, unless the creditor agrees to receipt of less than the full amount under the Plan. **[Debtor must specifically include in the "Non-Standard Provisions" section for ¶ 10(e) if there is any attempt to pay less than the full amount of the claim.]** The Monthly Payment specified is an estimate, and the actual amount may vary, depending upon the amount of the allowed claim.

| CREDITOR | COLLATERAL | DEBT | VALUE | MO. PAYMENT |
|---|---|---|---|---|
| N/A | | $ | $ | $ |
| | | $ | $ | $ |
| | | $ | $ | $ |

**NON-STANDARD PROVISIONS FOR ¶ 10(e):**
**N/A**

**f. ONE YEAR LOAN CREDITORS** The following creditors are one year loan creditors. Debtor proposes to pay these creditors the balance of the debt owed unless the creditor agrees to receipt of less than the full amount under the Plan. **[Debtor must specifically include in the "Non-Standard Provisions" section for ¶ 10(f) if there is any attempt to pay less than the full amount of the claim.]** The Monthly Payment specified is an estimate, and the actual amount may vary, depending upon the amount of the allowed claim.

| CREDITOR | COLLATERAL | DEBT | VALUE | MO. PAYMENT |
|---|---|---|---|---|
| N/A | | $ | $ | $ |
| | | $ | $ | $ |
| | | $ | $ | $ |

**NON-STANDARD PROVISIONS FOR ¶ 10(f):**
**N/A**

11. **SPECIAL CLASS CREDITORS**:

☐ There are no Special Class Creditors. (If neither box is selected, it will be deemed that no Special Class Creditors exist.)

OR

☐ The following listed creditors are Special Class Creditors. They will NOT share pro rata in the amount to be paid to general unsecured creditors as determined by Official Form 22C or the liquidated value of the estate pursuant to the "Best Interest of Creditors" test. Special Class Creditors will be paid pro rata with other specially classed creditors, if any, following payment of administrative claims, secured claims and priority claims in the manner provided by this Plan.

| CREDITOR | TOTAL DEBT | INTEREST RATE, IF ANY |
|---|---|---|
| N/A | $ | 0.00% |
| | $ | 0.00% |
| | $ | 0.00% |

**NON-STANDARD PROVISIONS FOR ¶ 11, including identity and specific treatment of any Special Class Creditor:**
**N/A**

12. **STUDENT LOAN OBLIGATIONS:** Any student loan will be paid, pro rata, with other general unsecured creditors. Interest will continue to accrue post-petition on non-dischargeable student loans and post-petition interest will only be paid to non-dischargeable student loans if allowed by 11 U.S.C. § 1322(a)(10). Any amount not paid on the student loan debt during this bankruptcy will survive the bankruptcy and is excepted from discharge unless Debtor files an adversary proceeding to determine the dischargeability of that debt and prevails on the merits.

**NON-STANDARD PROVISIONS FOR ¶ 12:**
**At this time, Debtor, Jeanette Demo is still a student, so no student loan payments are due. However, student loan payments will be made outside of the plan once the Debtor is no longer a student.**

Model Form Plan 2/1/2011

13. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Debtor will pay directly to the creditor any pre-petition arrearages and post-petition payments on executory contracts and unexpired leases that Debtor assumes.

**NON-STANDARD PROVISIONS FOR ¶ 13:**
**N/A**

14. **GENERAL UNSECURED CREDITORS:** General unsecured claims will be paid after all other unsecured claims, including administrative and priority claims, from Debtor's projected disposable income in an amount not less than the amount those creditors would receive if the estate of Debtor were liquidated under chapter 7 on the date of confirmation pursuant to 11 U.S.C. § 1325(a)(4), the "best interest of creditors" test.

**NON-STANDARD PROVISIONS FOR ¶ 14:**
**N/A**

15. **"BEST INTERESTS OF CREDITORS TEST."** Debtor represents that the property listed below would have the designated liquidation value if it were liquidated in a Chapter 7 case. (List property, explain how the computation of the liquidation value was made, or attach a separate document explaining computation.)

    a. **Total liquidation value:** $0.00

    b. **Explanation of Calculation:**

**NON-STANDARD PROVISIONS FOR ¶ 15:**
**N/A**

16. **PROPERTY OF THE ESTATE**:

    a. In addition to the property specified in 11 U.S.C. § 541, property of this bankruptcy estate includes all property acquired after the filing of the bankruptcy petition, including earnings. Except as otherwise provided, Debtor will remain in possession of all property of the estate.

    b. All property of the estate will vest in Debtor at discharge or dismissal of the case.

**NON-STANDARD PROVISIONS FOR ¶ 16:**
**N/A**

17. **OTHER GENERAL PLAN PROVISIONS:**
(List any other Plan provision here that is not already noted, does not relate to a provision above, where space is not available, or that deviates from the model plan.)
**N/A**

Model Form Plan 2/1/2011

18. **This Plan contains no provisions deviating from the model plan adopted by the Court and in effect at the time of the filing of this case unless they are specifically set out in ¶ 17 or in the specific "NON-STANDARD PROVISIONS" sections contained in the model plan.**

Dated: _____  Debtor: *s/Paul John Demo, Jr.*

                                                   Debtor: *s/Jeanette Marie Demo*

*s/Matthew D. Mentzer*
Attorney for Debtor

```
                              United States Bankruptcy Court
                                    District of Kansas
In re:                                                             Case No. 12-22983-RDB
Paul John Demo, Jr.                                                Chapter 13
Jeanette Marie Demo
       Debtors
                              CERTIFICATE OF NOTICE
District/off: 1083-2          User: knicole                Page 1 of 4         Date Rcvd: Nov 05, 2012
                              Form ID: pdf008              Total Noticed: 112


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 07, 2012.
db/jdb      +Paul John Demo, Jr.,    Jeanette Marie Demo,    18175 W. 156th Street,    Olathe, KS 66062-6721
7429894      Account Recovery Specil,    3505 W Topeka St,   Wichita KS 67219-0000
7429895      Alliance Radiology,   PO Box 809012,    Kansas City MO 64180-9012
7429896      Allied Insurance,   PO Box 280431 Hartland St Suite 401,    East Hartford CT 06128-0431
7429897      Allied Interstate,   300 Corporate Exchange Dr 5th Floor,    Columbus OH 43231-0000
7429899      American Express,   PO Box 26312,    Lehigh Valley PA 18002-6312
7429900      American Express,   PO Box 650448,    Dallas TX 75265-0448
7429901     +American Kenpo Karate Academy,    2073 E Santa Fe,   Olathe KS 66062-1608
7429903     +Amex,   Po Box 297871,   Fort Lauderdale FL 33329-7871
7429904     +Asset Recovery Solutions LLC,    C/O Berman & Rabin,   15280 Metcalf Avenue,
              Overland Park KS 66223-2811
7429905     +Berman & Rabin,   15280 Metcalf Avenue,    Overland Park KS 66223-2803
7429906     +Berman & Rabin,   PO Box 24327,   Overland Park KS 66283-4327
7429907      Burns Burns Walsh & Walsh PA,    PO Box 487 704 Topeka Avenue,    Lyndon KS 66451-0487
7429908   ++++CAC FINANCIAL CORP,   2601 NW EXPRESSWAY STE 1000E,   OKLAHOMA CITY OK 73112-7236
             (address filed with court: CAC Financial Corp,    2601 NW Expwy Suite 1000,
              E. Oklahoma City OK 73112-0000)
7429910    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One Bank USA,    Po Box 85520,   Richmond VA 23285)
7429913     +CBE Group,   1309 Technology Pkwy,    Cedar Falls IA 50613-6976
7429909      Cach Llc (original Creditor:ge Money Ba,    4340 S Monaco Second Floor,    Denver CO 80237
7429914     +Chase,   Po Box 15298,   Wilmington DE 19850-5298
7429915      Children Mercy Hospital,    PO Box 803302,   Kansas City MO 64180-3302
7429916      Children's Mercy Hospitals And Clinics,    PO Box 804435,   Kansas City MO 64180-4435
7429917     +Citifinancial,   300 Saint Paul Pl,    Baltimore MD 21202-2120
7429921     +Clerk Of Johnson County District Court,    Case No 09LA1129,   100 N Kansas Avenue,
              Olathe KS 66061-3278
7429922     +Clerk Of Johnson County District Court,    Case No 11LA9399,   100 N Kansas Avenue,
              Olathe KS 66061-3278
7429918     +Clerk Of Johnson County District Court,    Case No 12CV8082,   100 N Kansas Avenue,
              Olathe KS 66061-3278
7429919     +Clerk Of Johnson County District Court,    Case No 12LA1473,   100 N Kansas Avenue,
              Olathe KS 66061-3278
7429920     +Clerk Of Johnson County District Court,    Case No 12LA2739,   100 N Kansas Avenue,
              Olathe KS 66061-3278
7429923     +Clerk Of Johnson County District Court,    Case No 12LA7998,   100 N Kansas Avenue,
              Olathe KS 66061-3278
7429924     +Client Services INc,   3451 Harry S Truman Blvd,    St. Charles MO 63301-9816
7429925     +Credit World Services Inc,    6000 Martway St,   Shawnee Mission KS 66202-3389
7429927     +Emergency Medical Care LLC,    C/O ARSI Account Recovery Specialists,    3505 No Topeka,
              Wichita KS 67219-3641
7429928      Emergency Medicine Care LLC,    PO Box 716,   Overland Park KS 66201-0716
7429931     +Escallate Llc (original Creditor:solarus,    5200 Stoneham Rd,   North Canton OH 44720-1584
7429932     +Evans Mullinix,   Attorneys At Law,    7225 Renner Rd Suite 200,   Shawnee KS 66217-3046
7429933     +Exe Fin Con (original Creditor:medical),    310 Armour Rd Suite 220,    Nkc MO 64116-3541
7429934     +Ford Cred,   Po Box Box 542000,   Omaha NE 68154-8000
7429935     +Frederick J Hanna & Assoc,    1427 Roswell Rd,   Marietta GA 30062-3668
7429936     +Gary Hubbard,   102 Brown Ave,   Osawatomie KS 66064-1314
7429937     +Golden Valley Medical,    1602 N Second,   Clinton MO 64735-1192
7429938     +Great Southern Bank,    1451 E Battlefield St,   Springfield MO 65804-3701
7429939     +Haase&long (original Creditor:medical),    303 West 11th St,   Lawrence KS 66044-3311
7429940      Healthcare Finanical Associates,    PO Box 803302,   Kansas City MO 64180-3302
7429941     +Homeward Residential,    1525 S Belt Line Rd,   Coppell TX 75019-4913
7429942     +Hsbc/bsbuy,   Po Box 5253,   Carol Stream IL 60197-5253
7429944     +John F Michaels,   Attorney At Law,    PO Box 7507,   Overland Park KS 66207-0507
7429945     +Johnson County Treasurer,    111 S Cherry St Ste 1500,   Olathe KS 66061-3471
7429949      KCI,   PO Box 14765,   Shawnee Mission KS 66285-4765
7429951     +Kramer&frank (original Creditor:medical),    9666 Olive Blvd Suite 450,    St Louis MO 63132-3013
7429953     +Krammer & Frank,   9300 Dielman Ind Dr,    St. Louis MO 63132-3080
7429952      Krammer & Frank,   1125 Grand Ste 600,    Kansas City MO 64106-2501
7429954     +Laboratory Corp Of America,    American Medical Collection Agency,    4 Westchester Plaza Bldg 4,
              Elmsfiord NY 10523-1612
7429955      Leading Edge Rec Sol,   PO Box 129,    Linden MI 48451-0129
7429957     +McCray,   10741 El Mounte St,   Overland Park KS 66211-1406
7429958     +McGuigan Law Office LLC,    311 Veterans Highway Ste 100A,    Levittown PA 19056-1422
7429960     +Merchants Credit Adjusters Inc,    17055 Frances St,   Omaha NE 68130-4655
7429963     +Midland Funding (org Creditor:Target,    8875 Aero Dr Ste 200,    San Diego CA 92123-2255
7429967     +NCB Management Services Inc,    PO Box 1099,   Langhorne PA 19047-6099
7429969      NCO Financial Systems Inc,    PO Box 17205,   Wilmington DE 19850-7205
7429966     +Nationwide Credit,   PO Box 26314,    Lehigh Valley PA 18002-6314
7429971     +Northland Group Inc,    PO Box 390846,   Minneapolis MN 55439-0846
7429972     +Office Of The United States Attorney,    Robert J Dole US Courthouse Ste 360,    500 State Avenue,
              Kansas City KS 66101-2448
```

```
7429973     +Office Of The United States Attorney,   US Courthouse Ste 290,   444 Southeast Quincy Street,
              Topeka KS 66683-0002
7429974     +Office Of The United States Attorney,   1200 Epic Center,   301 N Main,   Wichita KS 67202-4840
7429975     +Olathe Medical Center Inc,   20333 W 151st St,   Olathe KS 66061-7211
7429976     +Olathe Medical Services,   Central Billing Office,   14425 College Blvd Ste 100,
              Lenexa KS 66215-2184
7429977      Olathe Medical Services Inc,   PO Box 505001,   St. Louis MO 63150-5001
7429983    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates,   120 Corporate Blvd Ste 100,
              Norfolk VA  23502)
7429980      Physicians Reference Laboratory LLC,   PO Box 879593,   Kansas City MO 64187-0001
7429981     +Physicians Reference Laboratory LLC,   7800 W 110th Street,   Overland Park KS 66210-2304
7429982     +Portfolio,   120 Corporate Blvd Ste 100,   Norfolk VA 23502-4962
7429985      RGS Financial,   PO Box 852039,   Richardson TX  75085-2039
7429986     +RMS,   77 Hartland St Ste 401 Box 280431,   East Hartford CT 06108-3253
7429994    ++STELLAR RECOVERY INC,   1327 US HIGHWAY 2 WEST,   STE 100,   KALISPELL MT 59901-3413
             (address filed with court: Stellar Recovery Inc (original Creditor:,   1845 Highway 93 South,
              Kalispell MT  59901)
7429987      Saint Lukes Medical Group,   PO Box 740197,   Atlanta GA  30374-0197
7429989     +Santander Consumer Usa,   Po Box 961245,   Ft Worth TX 76161-0244
7429990     +Sports Rehab & Physical Therapy,   10701 Nall Avenue Ste 130,   Overland Park KS 66211-1244
7429991     +St Lukes Medical Group,   14115 W 95th St,   Lenexa KS 66215-5207
7429992     +St Lukes South Hospital,   C/O Venture Financial Services LLC,
              PO Box 16568 9500 E 63rd St St 202,   Raytown MO 64133-0568
7429993      Stellar Recovery,   1327 Highway 2 W Suite 100,   Kalispell MT  59901-3413
7429995     +Thd/cbna,   Po Box 6497,   Sioux Falls SD 57117-6497
7429996     +Unifund Ccr Partners (original Creditor:,   10625 Techwoods Circle,   Cincinnati OH 45242-2846
7429997     +United Heating & Cooling Inc,   301 Duck Rd,   Grandview MO 64030-3270
7429999      United Imaging Consultants LLC,   PO Box 807001,   Kansas City MO 64180-7001
7429998     +United Imaging Consultants LLC,   5800 Foxridge Dr 240,   Mission KS 66202-2338
7430000     +United Specialty Products,   Lifetime Cookware,   PO Box 36203,   Denver CO 80236-0203
7430002      University Of Kansas Pysicians,   PO Box 410208,   Kansas City MO  64141-0208
7430001      University Of Kansas Pysicians,   PO Box 410389,   Kansas City MO  64141-0389
7430003      Venture Financial Services Inc,   PO Box 16568,   Raytown MO  64133-0568
7430004     +Venture Finanical Services Inc,   Box 16568 9500 East 63rd St Ste 202,   Raytown MO 64133-0568
7430005     +Wells Fargo,   11809 Shawnee Mission Parkway,   Shawnee KS 66203-3337

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
7429898      E-mail/Text: BKRPT@RETRIEVALMASTERS.COM Nov 06 2012 02:14:40     AMCA,   PO Box 1235,
              Elmsford NY  10523-0935
7429902     +E-mail/Text: BKRPT@RETRIEVALMASTERS.COM Nov 06 2012 02:14:40
              American Medical Collection Agency,   4 Westchester Plaza Bldg 4,   Elmsford NY 10523-1615
7429912      E-mail/Text: bankruptcy@cavps.com Nov 06 2012 04:21:33     Cavalry Portfolio Services LLC,
              PO Box 1017,   Hawthorne NY  10532-0000
7429911     +E-mail/Text: bankruptcy@cavps.com Nov 06 2012 04:21:33
              Cavalry Portfolio Serv (original Credito,   500 Summit Lake Dr,   Valhalla NY 10595-1340
7429926      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 06 2012 02:32:19     Discovr Cd,   Po Box15316,
              Wilmington DE  19850-5316
7429929     +E-mail/Text: bknotice@erccollections.com Nov 06 2012 04:16:30
              Enhanced Recovery Co L (original Credito,   8014 Bayberry Rd,   Jacksonville FL 32256-7412
7429930      E-mail/Text: bknotice@erccollections.com Nov 06 2012 04:16:30     Enhanced Recovery Company,
              8014 Bayberry Rd,   Jacksonville FL  32256-7412
7429943      E-mail/Text: cio.bncmail@irs.gov Nov 06 2012 02:06:15     Internal Revenue Service,
              PO Box 21126,   Philadelphia PA  19114
7429946      E-mail/Text: cgraham@nci.com Nov 06 2012 04:20:55     Kansas City Homes & Gardens,
              2305 Newpointe Pky,   Lawrenceville GA  30043-5530
7429947      E-mail/Text: KSBANKRUPTCY@KDOR.STATE.KS.US Nov 06 2012 03:26:09     Kansas Department Of Revenue,
              Director Of Taxation,   915 SW Harrison,   Topeka KS  66625-3512
7429948      E-mail/Text: KSBANKRUPTCY@KDOR.STATE.KS.US Nov 06 2012 03:26:09     Kansas Department Of Revenue,
              915 SW Harrison St,   Topeka KS  66699-4000
7429950     +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 06 2012 02:12:38     Kohls/capone,   Po Box 3115,
              Milwaukee WI 53201-3115
7429956     +E-mail/Text: bankruptcy@leadingedgerecovery.com Nov 06 2012 04:15:46
              Leading Edge Recovery Solutions,   5440 N Cumberland Avenue Ste 300,   Chicago IL 60656-1486
7429959     +E-mail/Text: bankruptcydpt@mcmcg.com Nov 06 2012 02:14:42     MCM,   PO Box 603 Dept 12421,
              Oaks PA 19456-0603
7429961      E-mail/Text: bankruptcydpt@mcmcg.com Nov 06 2012 02:14:42     Midland Credit Management Inc,
              PO Box 60578,   Los Angeles CA  90060-0578
7429962     +E-mail/Text: bankruptcydpt@mcmcg.com Nov 06 2012 02:14:42     Midland Credit Management Inc,
              8875 Aero Drive Ste 200,   San Diego CA 92123-2255
7429964     +E-mail/Text: bankruptcydpt@mcmcg.com Nov 06 2012 02:14:42
              Midland Funding (original Creditor:chase,   8875 Aero Dr Ste 200,   San Diego CA 92123-2255
7429965     +E-mail/Text: bankruptcydpt@mcmcg.com Nov 06 2012 02:14:42
              Midland Funding (original Creditor:citib,   8875 Aero Dr Ste 200,   San Diego CA 92123-2255
7429968     +E-mail/Text: bankruptcydepartment@ncogroup.com Nov 06 2012 04:18:43     NCO Financial Systems Inc,
              507 Prudential Road,   Horsham PA 19044-2368
7429970     +E-mail/Text: demand@nfm.com Nov 06 2012 04:13:17     Nebraska Furniture Mar,   700 S 72nd St,
              Omaha NE 68114-4697
7429978     +E-mail/Text: bankruptcy@optimarecoveryservices.com Nov 06 2012 04:21:08
              Optima Recovery Servic (original Credito,   6215 Kingston Pk Ste A,   Knoxville TN 37919-4044
```

```
District/off: 1083-2           User: knicole            Page 3 of 4              Date Rcvd: Nov 05, 2012
                               Form ID: pdf008          Total Noticed: 112
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
7429979        +E-mail/Text: bankruptcy@optimarecoveryservices.com Nov 06 2012 04:21:09
                 Optima Recovery Services LLC,   6215 Kingston Pike Ste B Box 52968,   Knoxville TN 37919-4044
7429988         E-mail/PDF: pa_dc_claims@salliemae.com Nov 06 2012 04:24:38      Sallie Mae,   Po Box 9500,
                 Wilkes-barre PA   18773-9500
                                                                                              TOTAL: 23

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
7429984*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court:   Portfolio Recovery Associates LLC,    PO Box 12903,
                   Norfolk VA   23541-0000)
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 07, 2012**                         **Signature:**        *Joseph Speetjens*

```
District/off: 1083-2          User: knicole              Page 4 of 4              Date Rcvd: Nov 05, 2012
                              Form ID: pdf008            Total Noticed: 112
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2012 at the address(es) listed below:
          Matthew D Mentzer    on behalf of Debtor Paul Demo matt@chapinlawfirm.com, sheila@chapinlawfirm.com
          U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov

                                                                                                                                                   TOTAL: 2