# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS
# KANSAS CITY DIVISION

| | |
|---|---|
| In re ) | Chapter 13 |
| ) | |
| PAUL JOHN DEMO and ) | Case No. 2-12-bk-22983 |
| JEANETTE MARIE DEMO, ) | |
|   Debtor(s) ) | BANKRUPTCY JUDGE |
| ) | ROBERT D BERGER |

**REQUEST OF RECOVERY MANAGEMENT SYSTEMS CORP.**
**FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)**

PLEASE TAKE NOTICE that Recovery Management Systems Corporation ("Recovery Management"), as authorized agent for Portfolio Investments II LLC (CITIFINANCIAL, INC.), a creditor in the above-captioned chapter 13 case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

    Portfolio Investments II LLC
    c/o Recovery Management Systems Corp.
    25 SE 2nd Avenue, Suite 1120
    Miami, FL 33131-1605
    Attn: Ramesh Singh
    Telephone: (305) 379-7674
    Facsimile: (305) 374-8113
    E-mail: claims@recoverycorp.com

Dated: Miami, Florida
November 27, 2012

                                              By: /s/ Ramesh Singh

                                              Ramesh Singh
                                              c/o Recovery Management Systems Corp.
                                              Financial Controller
                                              25 SE 2nd Avenue, Suite 1120
                                              Miami, FL 33131-1605
                                              (305) 379-7674

Assignee Creditor: CITIFINANCIAL, INC.