IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

PAUL J. DEMO JR. and            Case No.    12-22983-13-RDB

JEANETTE M. DEMO,

           Debtors.

**UNITED STATES' OBJECTION
TO DEBTORS' CHAPTER 13 PLAN**

        The United States of America, on behalf of its agency the Internal Revenue Service (IRS), by and through Barry R. Grissom, United States Attorney for the District of Kansas, and Andrea L. Taylor, Assistant United States Attorney, objects to confirmation of Debtors' Chapter 13 Plan and in support of its objection states as follows:

        1.      The IRS filed a Proof of Claim on November 30, 2012, in the amount of $209,987.33. The Proof of Claim sets forth the IRS's secured claim in the amount of $68,593.00, an unsecured priority claim in the amount of $26,612.59, and a general unsecured priority claim in the amount of $114,781.74.

        2.      Debtors' plan fails to recognize or provide for payment of the IRS's secured claim.

        3.      Furthermore, pursuant to 11 U.S.C. §1325(a)(5), Debtors' plan must pay the IRS's secured liability in full, plus an appropriate rate of interest. The current interest rate under I.R.C. § 6621 that is applicable to underpayment is 4%. Furthermore, interest is compounded daily pursuant to I.R.C. § 6622. Debtors must amend their plan to pay the IRS's secured claim, with interest, and, further, to retain the IRS's lien.

        WHEREFORE, the United States, on behalf of its agency the Internal Revenue Service, objects to the confirmation of Debtors' Chapter 13 Plan until it is amended to pay the IRS's

secured claim with interest, to retain the IRS's lien, and until the debtors demonstrate that their plan is feasible.

        Respectfully submitted,

        BARRY R. GRISSOM
        United States Attorney

        s/Andrea L. Taylor
        ANDREA L. TAYLOR
        Assistant United States Attorney
        500 State Avenue, Suite 360
        Kansas City, Kansas 66101
        PH: (913) 551-6730
        FX: (913) 551-6541
        Email: Andrea.Taylor@usdoj.gov
        KS Fed. Bar No. 70422
        Attorneys for the United States
        ELECTRONICALLY FILED

CERTIFICATE OF MAILING

I hereby certify that on this date, December 4, 2012, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Matthew D. Mentzer
matt@chapinlawfirm.com
    Attorney for Debtor(s)

William H. Griffin
ecfgriff@13trusteekc.com
    Chapter 13 Trustee

I further certify that on this date, the foregoing document and the notice of electronic filing were mailed by first-class mail to the following non-CM/ECF participants:

    s/Andrea L. Taylor
    ANDREA L. TAYLOR
    Assistant United States Attorney