IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF KANSAS

IN RE:

   Paul John Demo, Jr.
   Jeanette Marie Demo
        Debtors         Case No: 12-22983-13

**CHAPTER 13 TRUSTEE'S MOTION TO DISMISS CASE**

   **COMES NOW** the Chapter 13 Trustee, W.H. Griffin, and hereby requests the Court enter an Order Dismissing the above captioned case without prejudice, and in support states and alleges the following:

   The Debtors have failed to abide by Standing Order 11-3 regarding conduit mortgage payments in a Chapter 13 in that the Debtors' have not provided the Trustee with the Authorization to Release Information form.

   The Debtors have failed to abide by Standing Order 11-3 regarding conduit mortgage payments in a Chapter 13 in that the Debtors' have not provided the Trustee with the Mortgage Creditor Checklist.

   **WHEREFORE**, the Trustee moves the Court for an Order dismissing the above captioned case without prejudice as provided in 11 U.S.C. Section 1307(c), and that a time be set for the Trustee to make a Final Report of his receipt and disbursements in these proceedings, and further, that a time be set to object to the confirmation of such report.

   Dated: December 06, 2012

        s/ W.H. Griffin, Chapter 13 Trustee
        W.H. Griffin #08060
        6330 LAMAR
        SUITE 110
        OVERLAND PARK, KS 66202-4286
        (913)-677-1311
        (913)-432-7857 (Fax)
        inquiries@13trusteekc.com