IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF KANSAS

IN RE:

Paul John Demo, Jr.
Jeanette Marie Demo

Debtors   Case No: 12-22983-13

## NOTICE OF WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS

**COMES NOW** the Chapter 13 Trustee, W.H. Griffin, and hereby advises the Court that the Motion to Dismiss filed on January 01, 1900 is hereby withdrawn.

Dated: December 10, 2012     s/W.H. Griffin, Chapter 13 Trustee

W.H. Griffin #08060
6330 LAMAR
SUITE 110
OVERLAND PARK, KS 66202-4286
(913) 677-1311
(913) 432-7857 (Fax)
inquiries@13trusteekc.com

## CERTIFICATE OF MAILING

I, the undersigned, do hereby certify that a true and attested copy of the above and foregoing Withdrawal has been forwarded to the Debtors and Debtors' Attorney either electronically or by U.S. Mail, first class postage prepaid, on December 10, 2012.

s/W.H. Griffin, Chapter 13 Trustee
W.H. Griffin, Trustee

Paul John Demo, Jr.
Jeanette Marie Demo
18175 W 156th St
Olathe, KS 66062