IN THE UNITED STATES BANKRUPTCY COURT
For the DISTRICT of KANSAS
KANSAS CITY DIVISION

|  |  |
|---|---|
| In re:<br>Paul J. Demo Jr<br><br>         Debtor(s) | Chapter:      13<br>Case Number:    12-22983-RDB<br>Assigned to the Honorable:<br>Robert D. Berger<br><br>REQUEST FOR SPECIAL NOTICE<br>[NO Hearing Required] |

TO THE CLERK:

    The undersigned attorneys for:

CAPITAL ONE, N.A.
Merchant Name: BEST BUY CO., INC.

a creditor of the above referenced debtor.

    Pursuant to the provisions of the Bankruptcy Code and Bankruptcy Rule 2002:

    REQUEST IS HEREBY MADE that CAPITAL ONE, N.A. be given and served with all notices given or required to be given in the case as follows:

    CAPITAL ONE, N.A.
    Bass & Associates, P.C.
    3936 E. Ft. Lowell Road, Suite #200
    Tucson, AZ 85712

    Accordingly, the undersigned attorney further requests that the foregoing name and address be added to the Master Mailing List.

Dated: 12/19/12
Account Number: ************5815

    Respectfully submitted,
    Bass & Associates, P.C.

    By: /s/ Patti H. Bass  (AZ 016849)
       Attorneys for Creditor
       CAPITAL ONE, N.A.
       3936 E Ft Lowell Rd Suite 200
       Tucson, AZ  85712-1083
       (520) 577-1544
       ecf@bass-associates.com