## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Paul John Demo, Jr., | ) | Case. No. 12-22983 |
| Jeanette Marie Demo | ) | |
| | ) | |
| Debtors. | ) | Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

COMES NOW, the law firm of Lathrop & Gage LLP and hereby enters its appearance on behalf of Great Southern Bank ("GSB") and, pursuant to Fed. R. Bankr. P. 2002 and 9007 and 11 U.S.C. § 1109(b), requests and demands that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned as well as to GSB.

PLEASE TAKE FURTHER NOTICE that GSB requests that all notices authorized, permitted, or required by any provision of the Bankruptcy Code, 11 U.S.C. §§ 101 through 1330, by any provision of the Federal Rules of Bankruptcy Procedure, by any Order of the United States Bankruptcy Court for the District of Kansas, and by any request, instruction, or directive of the Office of the United States Trustee, and all other notices, applications, motions, complaints, petitions, pleadings, disclosure statements, plans of reorganization, plans of liquidation, reports, orders, and papers lodged or filed in the above-captioned Bankruptcy Code proceedings, as well as all notices of any of the foregoing, be given to and served upon its attorneys:

> Andrew T. Jones, Esq.
> Lathrop & Gage LLP
> 2345 Grand Boulevard, Suite 2200
> Kansas City, MO  64108

19753764v1

Email: ajones@lathropgage.com

Neither this Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive (i) GSB's right to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) GSB's right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) GSB's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoff or recoupments to which GSB is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments GSB expressly reserves.

Respectfully submitted,

LATHROP & GAGE LLP

By:   *s/ Andrew T. Jones*
      Andrew T. Jones        KS #21639
      2345 Grand Boulevard, Suite 2200
      Kansas City, Missouri 64108-2684
      Telephone: (816) 292-2000
      Telecopier: (816) 292-2001
      Email: ajones@lathropgage.com

      ATTORNEYS FOR GREAT
      SOUTHERN BANK

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the above and foregoing on January 4, 2013, by electronic delivery on all persons receiving ECF notification.

*s/ Andrew T. Jones*
An Attorney for Great Southern Bank