IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS


IN RE:

PAUL J. DEMO JR. and          Case No.     12-22983-13-RDB

JEANETTE M. DEMO,

          Debtor.


## WITHDRAWAL OF
## UNITED STATES' OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The United States of America, on behalf of its agency, the Internal Revenue Service,

withdraws its Objection to Debtors' Chapter 13 Plan (Doc. 13) filed on December 4, 2012, as

Debtors have amended their Chapter 13 Plan and feasibility can now be determined by the

Trustee.


        Respectfully submitted,

        BARRY R. GRISSOM
        United States Attorney

        s/Andrea L. Taylor
        ANDREA L. TAYLOR
        Assistant United States Attorney
        500 State Avenue, Suite 360
        Kansas City, Kansas 66101
        PH:  (913) 551-6730
        FX:  (913) 551-6541
        Email: Andrea.Taylor@usdoj.gov
        KS Fed. Bar No. 70422
        Attorneys for the United States
        ELECTRONICALLY FILED

1

<u>CERTIFICATE OF MAILING</u>

I hereby certify that on this date, January 16, 2013, the foregoing was electronically filed

with the clerk of the court by using the CM/ECF system which will send a notice of electronic

filing to the following:

Matthew D. Mentzer
matt@chapinlawfirm.com
        Attorney for Debtor

William H. Griffin
ecfgriff@13trusteekc.com
        Chapter 13 Trustee

I further certify that on this date, the foregoing document and the notice of electronic

filing were mailed by first-class mail to the following non-CM/ECF participants:  None.


                                        s/Andrea L. Taylor_____
                                        ANDREA L. TAYLOR
                                        Assistant United States Attorney

2