**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 17th day of January, 2013.**



_____
Robert D. Berger
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF KANSAS

IN RE:
     Paul John Demo, Jr.

              Debtor               Case No: 12-22983-13

**ORDER TO DEBTOR TO PAY THE TRUSTEE**

    **WHEREAS,** the Debtor herein has submitted a Plan to pay debts out of future earnings, and by this plan submits all future earnings and wages under the supervision and control of the Court for the purpose of consummating the Plan;

    **IT IS ORDERED** that the above-named Debtor is hereby ordered and directed, until further order of this Court, to pay the sum of:

              **$4150.00 Monthly**

 **BEGINNING ON THE NEXT PAY PERIOD FOLLOWING RECEIPT OF THIS ORDER TO:**

              W.H. GRIFFIN, TRUSTEE
              PO BOX 613106
              MEMPHIS TN 38101

              ###

Prepared and Approved By:

s/W.H. GRIFFIN, Chapter 13 Trustee
W.H. GRIFFIN #08060
6330 LAMAR
SUITE 110
OVERLAND PARK, KS 66202-4286
(913)-677-1311
(913)-432-7857 (Fax)
inquiries@13trusteekc.com

```
                              United States Bankruptcy Court
                                    District of Kansas
In re:                                                              Case No. 12-22983-RDB
Paul John Demo, Jr.                                                 Chapter 13
Jeanette Marie Demo
        Debtors                    CERTIFICATE OF NOTICE
District/off: 1083-2       User: susan          Page 1 of 2          Date Rcvd: Jan 18, 2013
                           Form ID: pdf020      Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2013.
db/jdb       +Paul John Demo, Jr.,   Jeanette Marie Demo,   18175 W. 156th Street,   Olathe, KS 66062-6721

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 20, 2013**                    **Signature:**    _Joseph Speetjens_

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2013 at the address(es) listed below:
          Andrea L Taylor   on behalf of Creditor  Internal Revenue Service andrea.taylor@usdoj.gov, robyn.bloomquist@usdoj.gov
          Matthew D Mentzer   on behalf of Debtor Paul Demo matt@chapinlawfirm.com, sheila@chapinlawfirm.com
          Patti H Bass   on behalf of Creditor  Capital One NA ecf@bass-associates.com
          U.S. Trustee   ustpregion20.wi.ecf@usdoj.gov
          William H Griffin   ecfgriff@13trusteeks.com

TOTAL: 5