# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| PAUL JOHN DEMO, JR. AND | ) | Case No. 12-422983 |
| JEANETTE MARIE DEMO | ) | |
| | ) | |
| *Debtors* | ) | Chapter: 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

COMES NOW Susan P. DeCoursey of Cohen, McNeile & Pappas P.C., and hereby enters her appearance on behalf of McCray Lumber Company, a creditor of the above-captioned Debtors. Pursuant to the Bankruptcy Rules, all pleadings, notices and documents which are required or requested to be served upon McCray Lumber Company, should be served on its attorney, Susan P. DeCoursey, of Cohen, McNeile & Pappas P.C., 4601 College Blvd. Suite 200, Leawood, KS 66211

COHEN MCNEILE & PAPPAS P.C.

/s/ Susan P. DeCoursey
Susan DeCoursey     #16272
4601 College Blvd., Suite 200
Leawood, KS   66211
 (913) 491-4050; Fax; (913) 491-3059
sdecoursey@cmplaw.net
ATTORNEY FOR CREDITOR
MCCRAY LUMBER COMPANY

## CERTFICIATE OF MAILING/SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was filed electronically on this 01/21/2013, with the United States Bankruptcy Court for the District of Kansas, and shall be served on the parties via e-mail by the Court pursuant to CM/ECF.

/s/ Susan P. DeCoursey
Susan P. DeCoursey, KS 16272