**Form ks_13fmc**  (Revised 04/30/2007)

## United States Bankruptcy Court – District of Kansas
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number: 12−22983                                    Chapter: 13

In re: (Name of Debtor)

| | |
|---|---|
| Paul John Demo Jr. | Jeanette Marie Demo |
| dba    PMI Midwest | aka    Jeanette Strom−Demo |
| 18175 W. 156th Street | 18175 W. 156th Street |
| Olathe, KS 66062 | Olathe, KS 66062 |

| Entered By The Court 1/22/13 | **NOTICE TO CHAPTER 13 DEBTOR(S) THAT COURT HAS NOT RECEIVED CERTIFICATION REGARDING PERSONAL FINANCIAL MANAGEMENT** | **Filed By The Court** **1/22/13** **Fred Jamison** **Clerk of Court** **US Bankruptcy Court** |
|---|---|---|

A debtor may not receive a discharge if he or she fails to complete an instructional course concerning personal financial management and timely file the statement with the Court required by 11 U.S.C. § 1328(g)(1). This is different than the budget and credit counseling briefing required before filing bankruptcy.

The Court has no record that you have completed this required personal financial management course. This Notice is simply to warn you that if you fail to complete the course and file the statement before you make your final Plan payment in your case, the Court may be required to CLOSE your case without issuing a discharge. If your case is closed without a discharge and you seek to reopen it to file the certification of completion of the personal financial course, you will be required to pay the reopening fee.

Document 29

s/  Fred Jamison
Clerk, United States Bankruptcy Court