**Form ks_13fmc** (Revised 04/30/2007)

United States Bankruptcy Court – District of Kansas
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number: 12−22983　　　　　　　　　　　　Chapter: 13

In re: (Name of Debtor)

| | |
|---|---|
| Paul John Demo Jr. | Jeanette Marie Demo |
| dba    PMI Midwest | aka    Jeanette Strom−Demo |
| 18175 W. 156th Street | 18175 W. 156th Street |
| Olathe, KS 66062 | Olathe, KS 66062 |

**Entered By The Court**
**1/22/13**

**NOTICE TO CHAPTER 13 DEBTOR(S) THAT COURT HAS NOT RECEIVED CERTIFICATION REGARDING PERSONAL FINANCIAL MANAGEMENT**

**Filed By The Court**
**1/22/13**
**Fred Jamison**
**Clerk of Court**
**US Bankruptcy Court**

A debtor may not receive a discharge if he or she fails to complete an instructional course concerning personal financial management and timely file the statement with the Court required by 11 U.S.C. § 1328(g)(1). This is different than the budget and credit counseling briefing required before filing bankruptcy.

The Court has no record that you have completed this required personal financial management course. This Notice is simply to warn you that if you fail to complete the course and file the statement before you make your final Plan payment in your case, the Court may be required to CLOSE your case without issuing a discharge. If your case is closed without a discharge and you seek to reopen it to file the certification of completion of the personal financial course, you will be required to pay the reopening fee.

Document 29

s/   Fred Jamison
Clerk, United States Bankruptcy Court

```
                              United States Bankruptcy Court
                                     District of Kansas
In re:                                                              Case No. 12-22983-RDB
Paul John Demo, Jr.                                                 Chapter 13
Jeanette Marie Demo
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 1083-2          User: susan           Page 1 of 2           Date Rcvd: Jan 22, 2013
                              Form ID: ks13fm       Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 24, 2013.
db/jdb        +Paul John Demo, Jr.,   Jeanette Marie Demo,   18175 W. 156th Street,   Olathe, KS 66062-6721

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 24, 2013**                  **Signature:**   _Joseph Speetjens_

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2013 at the address(es) listed below:

      Andrea L Taylor   on behalf of Creditor  Internal Revenue Service andrea.taylor@usdoj.gov, robyn.bloomquist@usdoj.gov

      Matthew D Mentzer   on behalf of Debtor Paul Demo matt@chapinlawfirm.com, sheila@chapinlawfirm.com

      Patti H Bass   on behalf of Creditor  Capital One NA ecf@bass-associates.com

      Susan P DeCoursey   on behalf of Creditor  McCray Lumber Company sdecoursey@cmplaw.net, gpappas@cmplaw.net;jdavis@cmplaw.net

      U.S. Trustee   ustpregion20.wi.ecf@usdoj.gov

      William H Griffin   ecfgriff@13trusteeks.com

      TOTAL: 6