U.S. Bankruptcy Court - District of Kansas
Court Room Minute Sheet
2/12/2013
Hon. Robert D. Berger, Presiding
KC Room 151

09:30 AM

Case Information:
    12-22983 Paul John Demo, Jr. and Jeanette Marie Demo   Chapter: 13

Judge: RDB   Filed: 11/02/2012     Pln Confirmed:

Appearances:
    Matthew D Mentzer   representing  Paul John Demo Jr.  (Debtor)
    Matthew D Mentzer   representing  Jeanette Marie Demo  (Joint Debtor)
    William H Griffin  (Trustee)XX

Issue(s):
    [3]  Chapter 13 Plan  Filed by Joint Debtor Jeanette Marie Demo, Debtor Paul John Demo Jr..

Notes/Decision:

CONFIRM

Courtroom Deputy: Yolanda Marzett
ECRO Reporter: Dawn Cockrell/ Bowen & Assoc