**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 14th day of February, 2013.**



_____
Robert D. Berger
United States Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF KANSAS

IN RE:
    Paul John Demo, Jr.

                  Debtor                    Case No: 12-22983-13

**ORDER TO DEBTOR TO PAY THE TRUSTEE**

    **WHEREAS,** the Debtor herein has submitted a Plan to pay debts out of future earnings, and by this plan submits all future earnings and wages under the supervision and control of the Court for the purpose of consummating the Plan;

    **IT IS ORDERED** that the above-named Debtor is hereby ordered and directed, until further order of this Court, to pay the sum of:

                    **$4140.00 Monthly**

  **BEGINNING ON THE NEXT PAY PERIOD FOLLOWING RECEIPT OF THIS ORDER TO:**

                    **W.H. GRIFFIN, TRUSTEE**
                    **PO BOX 613106**
                    **MEMPHIS TN 38101**

                          ###

Prepared and Approved By:

<u>s/W.H. GRIFFIN, Chapter 13 Trustee</u>
W.H. GRIFFIN #08060
6330 LAMAR
SUITE 110
OVERLAND PARK, KS 66202-4286
(913)-677-1311
(913)-432-7857 (Fax)
inquiries@13trusteekc.com