**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 14th day of February, 2013.**



_____

Robert D. Berger
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

BAR DATE: March 05, 2013

IN RE:

    Paul John Demo, Jr.
       SSN: XXX-XX-0181
    Jeanette Marie Demo
       SSN: XXX-XX-7361

           Debtors         Case No: 12-22983-13

**ORDER CONFIRMING CHAPTER 13 PLAN**

The Court has determined that the debtor's Plan meets the confirmation requirements of Chapter 13 of Title 11 of the United States Code. The court finds that the Plan as ORIGINALLY FILED or as AMENDED is confirmed, and ORDERS:

1. PAYMENTS. Debtors shall make MONTHLY payments of $4150.00, as required by the Plan as Confirmed to:

    W.H. Griffin, Trustee
    PO BOX 613106
    MEMPHIS, TN 38101

If Debtor's employer is required to make the Plan payment but does not, then the Debtor is ultimately responsible to timely make all Plan payments.

2. DEBTOR ULTIMATELY RESPONSIBLE FOR PLAN PAYMENTS. If the Debtor's employer is not ordered to make payments to the Trustee and if the Debtor does not make timely payments, the Trustee may request and the Court may order, without further notice, Debtor's employer to make such payments to the Trustee.

3. CHANGE OF ADDRESS OR EMPLOYMENT. The debtor shall immediately notify the Court and the Trustee, in writing, of any change of address or any change in employment. Notice of a change in employment shall include the name and appropriate mailing address for the payroll department of the new employer.

4. INCURRING POST PETITION DEBT. DEBTOR SHALL NOT INCUR ANY ADDITIONAL DEBTS DURING THE PENDENCY OF THE PLAN WITHOUT PRIOR APPROVAL BY THE COURT OR THE TRUSTEE, EXCEPT DEBTS THAT MAY BE NECESSARY FOR THE PROTECTION AND PRESERVATION OF LIFE, HEALTH, OR PROPERTY, SUCH AS FOOD, CLOTHING, LODGING, OR MEDICAL CARE FOR THE DEBTOR AND FAMILY.

5. DISPOSAL OF PROPERTY. During the pendency of this case, debtor is enjoined and prohibited from selling, encumbering, or in any manner disposing of assets without prior order of the Court, except as may be required in the course of debtor's business, if debtor engages in business.

6. TAX RETURNS. Debtor shall timely file all tax returns that become due during the pendency of the case, and provide a copy to the Trustee at the same time the return is filed, if requested by the Trustee.

7. LENGTH OF PLAN. Nothing in the Plan shall be construed to permit a below median income debtor to receive a discharge before three years, or an above median debtor before five years.

8. MORTGAGE DEFAULTS. The amount of the pre-petition mortgage note arrearage, if any, as specified in the real property creditor's proof-of-claim, shall govern, unless the amount is specifically converted in the Plan or by an objection to the claim as required by D. Kan. LBR 3015(b).1. Creditors will be bound by the interest stated in the Plan unless modified by a separate order.

If debtor pays the pre-petition arrearage as determined in the foregoing paragraph, together with interest, if any, as specified in the Plan, all pre-petition defaults will be cured and the note and other loan documents will be deemed current as of the date of filing, extinguishing the right of the mortgagee to recover any amount alleged to have arisen prior to the filing of the petition or to declare a default of the note, mortgage, or other loan documents based upon pre-petition events.

9. PAYMENTS TO UNSECURED CREDITORS. The amount paid to unsecured creditors, in an above median case, shall be determined in accordance with line 59 of B22C or an order of the Court to the contrary. Confirmation of the Plan is without prejudice to the Trustee, Debtor, or other party in interest seeking modification of that amount based upon the actual claims filed for the pertinent obligations, such as domestic support obligations or tax liability. Additionally, a recalculation of the pool to be paid to unsecured creditors may be altered by the actual amount of the Plan payment, and Trustee fees. Any further items to be paid from the pool will occur only upon entry of a Court order after a motion with a notice and opportunity for hearing.

10. CONFIRMATION OBLIGATIONS. Confirmation of this Plan is a finding that Debtor has complied with all of the applicable provisions of 11 U.S.C. Secs. 1322 and 1325 and Debtor has fulfilled all pre-confirmation obligations under 11 U.S.C. Sec. 521.

11. NOTICE PROVIDED. The court finds that written notice of the confirmation hearing has been given by mail to all creditors and interested parties as shown by Debtor's schedules filed herein, which notice is hereby approved.

12. TRUSTEE FEE. The Trustee is authorized to deduct a floating percentage fee up to the statutorily allowed maximum of the amount paid in under the Plan, as an administrative fee.

13. VESTING. After approval of the Trustee's Final Report and Account by the Court, all property of the bankruptcy estate that is not proposed or reasonably contemplated to be distributable under the Plan, shall re-vest in Debtor as Debtor's property following dismissal or discharge.

14. In the event findings of fact and conclusions of law, as required by Fed. R. Bank. P. 7052 and Fed. R. Civ. P. 52, were stated orally and recorded in open court, these are hereby incorporated herein by reference.

###

Prepared and Approved By:

s/W.H. Griffin, Chapter 13 Trustee
W.H. Griffin #08060
6330 LAMAR
SUITE 110
OVERLAND PARK, KS 66202-4286
(913)-677-1311
(913)-432-7857 (Fax)
inquiries@13trusteekc.com

```
                                  United States Bankruptcy Court
                                        District of Kansas
In re:                                                                   Case No. 12-22983-RDB
Paul John Demo, Jr.                                                      Chapter 13
Jeanette Marie Demo
     Debtors                          CERTIFICATE OF NOTICE
District/off: 1083-2          User: susan                 Page 1 of 5                   Date Rcvd: Feb 15, 2013
                              Form ID: pdf020             Total Noticed: 132
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 17, 2013.
```
db/jdb     +Paul John Demo, Jr.,    Jeanette Marie Demo,    18175 W. 156th Street,    Olathe, KS 66062-6721
cr         +Great Southern Bank,    c/o Andrew Jones,    Lathrop & Gage LLP,    2345 Grand Blvd.,   Suite 2200,
             Kansas City, MO 64108-2618
7429894     Account Recovery Specil,    3505 W Topeka St,    Wichita KS 67219-0000
7429895     Alliance Radiology,    PO Box 809012,    Kansas City MO 64180-9012
7429896     Allied Insurance,    PO Box 280431 Hartland St Suite 401,    East Hartford CT 06128-0431
7429897     Allied Interstate,    300 Corporate Exchange Dr 5th Floor,    Columbus OH 43231-0000
7429899     American Express,    PO Box 26312,    Lehigh Valley PA 18002-6312
7429900     American Express,    PO Box 650448,    Dallas TX 75265-0448
7481175     American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
7429901    +American Kenpo Karate Academy,    2073 E Santa Fe,    Olathe KS 66062-1608
7429903    +Amex,   Po Box 297871,    Fort Lauderdale FL 33329-7871
7429904    +Asset Recovery Solutions LLC,    C/O Berman & Rabin,    15280 Metcalf Avenue,
             Overland Park KS 66223-2811
7480197    +BOCC of Johnson County Kansas,    Lisa R. Wetzler,    Johnson County Legal Dept.,
             111 South Cherry Street Suite 3200,    Olathe, KS 66061-3487
7429905    +Berman & Rabin,    15280 Metcalf Avenue,    Overland Park KS 66223-2803
7429906    +Berman & Rabin,    PO Box 24327,    Overland Park KS 66283-4327
7429907     Burns Burns Walsh & Walsh PA,    PO Box 487 704 Topeka Avenue,    Lyndon KS 66451-0487
7429908   ++++CAC FINANCIAL CORP,    2601 NW EXPRESSWAY STE 1000E,    OKLAHOMA CITY OK 73112-7236
            (address filed with court: CAC Financial Corp,     2601 NW Expwy Suite 1000,
             E. Oklahoma City OK 73112-0000)
7429910    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
            (address filed with court: Capital One Bank USA,     Po Box 85520,    Richmond VA 23285)
7429913    +CBE Group,    1309 Technology Pkwy,    Cedar Falls IA 50613-6976
7429909     Cach Llc (original Creditor:ge Money Ba,    4340 S Monaco Second Floor,    Denver CO 80237
7481177     Capital One NA,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
7472028    +Capital One NA,    Bass and Associates PC,    3936 E Ft Lowell Road Suite 200,
             Tucson AZ 85712-1083
7429914    +Chase,   Po Box 15298,    Wilmington DE 19850-5298
7429915     Children Mercy Hospital,    PO Box 803302,    Kansas City MO 64180-3302
7429916     Children's Mercy Hospitals And Clinics,    PO Box 804435,    Kansas City MO 64180-4435
7429917    +Citifinancial,    300 Saint Paul Pl,    Baltimore MD 21202-2120
7429921    +Clerk Of Johnson County District Court,    Case No 09LA1129,    100 N Kansas Avenue,
             Olathe KS 66061-3278
7429922    +Clerk Of Johnson County District Court,    Case No 11LA9399,    100 N Kansas Avenue,
             Olathe KS 66061-3278
7429918    +Clerk Of Johnson County District Court,    Case No 12CV8082,    100 N Kansas Avenue,
             Olathe KS 66061-3278
7429919    +Clerk Of Johnson County District Court,    Case No 12LA1473,    100 N Kansas Avenue,
             Olathe KS 66061-3278
7429920    +Clerk Of Johnson County District Court,    Case No 12LA2739,    100 N Kansas Avenue,
             Olathe KS 66061-3278
7429923    +Clerk Of Johnson County District Court,    Case No 12LA7998,    100 N Kansas Avenue,
             Olathe KS 66061-3278
7429924    +Client Services INc,    3451 Harry S Truman Blvd,    St. Charles MO 63301-9816
7429925    +Credit World Services Inc,    6000 Martway St,    Shawnee Mission KS 66202-3389
7429927    +Emergency Medical Care LLC,    C/O ARSI Account Recovery Specialists,    3505 No Topeka,
             Wichita KS 67219-3641
7429928     Emergency Medicine Care LLC,    PO Box 716,    Overland Park KS 66201-0716
7492615    +Emergency Medicine Care, LLC,    co ARSI,    200 W Wyatt Earp Blvd,    PO Box 136,
             Dodge City KS 67801-0136
7429932    +Evans Mullinix,    Attorneys At Law,    7225 Renner Rd Suite 200,    Shawnee KS 66217-3046
7429933    +Exe Fin Con (original Creditor:medical),    310 Armour Rd Suite 220,    Nkc MO 64116-3541
7429934    +Ford Cred,   Po Box Box 542000,    Omaha NE 68154-8000
7429935    +Frederick J Hanna & Assoc,    1427 Roswell Rd,    Marietta GA 30062-3668
7429936    +Gary Hubbard,    102 Brown Ave,    Osawatomie KS 66064-1314
7429937    +Golden Valley Medical,    1602 N Second,    Clinton MO 64735-1192
7429938    +Great Southern Bank,    1451 E Battlefield St,    Springfield MO 65804-3701
7452249    +HOMEWARD RESIDENTIAL,INC.,    BANKRUPTCY DEPARTMENT,    1525 S. BELTLINE RD SUITE 100,
             COPPELL, TEXAS 75019-4913
7429939    +Haase&long (original Creditor:medical),    303 West 11th St,    Lawrence KS 66044-3311
7429940     Healthcare Finanical Associates,    PO Box 803302,    Kansas City MO 64180-3302
7429941    +Homeward Residential,    1525 S Belt Line Rd,    Coppell TX 75019-4913
7429942    +Hsbc/bsbuy,    Po Box 5253,    Carol Stream IL 60197-5253
7429944    +John F Michaels,    Attorney At Law,    PO Box 7507,    Overland Park KS 66207-0507
7429945    +Johnson County Treasurer,    111 S Cherry St Ste 1500,    Olathe KS 66061-3471
7429949     KCI,   PO Box 14765,    Shawnee Mission KS 66285-4765
7429951    +Kramer&frank (original Creditor:medical),    9666 Olive Blvd Suite 450,    St Louis MO 63132-3013
7429952     Krammer & Frank,    1125 Grand Ste 600,    Kansas City MO 64106-2501
7429953    +Krammer & Frank,    9300 Dielman Ind Dr,    St. Louis MO 63132-3080
7429954    +Laboratory Corp Of America,    American Medical Collection Agency,    4 Westchester Plaza Bldg 4,
             Elmsfiord NY 10523-1612
```

```
7429955        Leading Edge Rec Sol,    PO Box 129,    Linden MI 48451-0129
7493299        Main Street Acquisition Corp assignee of CHASE,     BANK USA N A,    c/o Becket and Lee LLP,
               POB 3001,    Malvern PA 19355-0701
7429957       +McCray,    10741 El Mounte St,    Overland Park KS 66211-1406
7495677       +McCray Lumber Company,    c/o Cohen McNeile & Pappas, P.C.,     4601 College Blvd., Suite 200,
               Leawood, KS 66211-1650
7429958       +McGuigan Law Office LLC,    311 Veterans Highway Ste 100A,     Levittown PA 19056-1422
7429960      #+Merchants Credit Adjusters Inc,    17055 Frances St,    Omaha NE 68130-4655
7429967       +NCB Management Services Inc,    PO Box 1099,    Langhorne PA 19047-6099
7429969        NCO Financial Systems Inc,    PO Box 17205,    Wilmington DE 19850-7205
7429966       +Nationwide Credit,    PO Box 26314,    Lehigh Valley PA 18002-6314
7429971       +Northland Group Inc,    PO Box 390846,    Minneapolis MN 55439-0846
7429972       +Office Of The United States Attorney,     Robert J Dole US Courthouse Ste 360,    500 State Avenue,
               Kansas City KS 66101-2448
7429973       +Office Of The United States Attorney,     US Courthouse Ste 290,    444 Southeast Quincy Street,
               Topeka KS 66683-0002
7429974       +Office Of The United States Attorney,     1200 Epic Center,    301 N Main,    Wichita KS 67202-4840
7429975       +Olathe Medical Center Inc,    20333 W 151st St,    Olathe KS 66061-7211
7503096       +Olathe Medical Center, Inc.,    c/o Kramer and Frank, P.C.,     9300 Dielman Ind. Dr.,
               St. Louis, MO 63132-2205
7429976       +Olathe Medical Services,    Central Billing Office,    14425 College Blvd Ste 100,
               Lenexa KS 66215-2184
7429977        Olathe Medical Services Inc,    PO Box 505001,    St. Louis MO 63150-5001
7429983      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates,     120 Corporate Blvd Ste 100,
               Norfolk VA  23502)
7429981       +Physicians Reference Laboratory LLC,     7800 W 110th Street,    Overland Park KS 66210-2304
7429980        Physicians Reference Laboratory LLC,     PO Box 879593,    Kansas City MO 64187-0001
7429982       +Portfolio,    120 Corporate Blvd Ste 100,    Norfolk VA 23502-4962
7429985        RGS Financial,    PO Box 852039,    Richardson TX 75085-2039
7429986       +RMS,    77 Hartland St Ste 401 Box 280431,    East Hartford CT 06108-3253
7429994      ++STELLAR RECOVERY INC,    1327 US HIGHWAY 2 WEST,    STE 100,    KALISPELL MT 59901-3413
               (address filed with court: Stellar Recovery Inc (original Creditor:,    1845 Highway 93 South,
               Kalispell MT  59901)
7429987        Saint Lukes Medical Group,    PO Box 740197,    Atlanta GA 30374-0197
7440187       +Santander Consumer USA Inc,    dba GEMB Lending,    P.O. Box 961245,    Fort Worth TX 76161-0244
7429989       +Santander Consumer Usa,    Po Box 961245,    Ft Worth TX 76161-0244
7429990       +Sports Rehab & Physical Therapy,    10701 Nall Avenue Ste 130,     Overland Park KS 66211-1244
7429991       +St Lukes Medical Group,    14115 W 95th St,    Lenexa KS 66215-5207
7429992       +St Lukes South Hospital,    C/O Venture Financial Services LLC,
               PO Box 16568 9500 E 63rd St St 202,    Raytown MO 64133-0568
7429993        Stellar Recovery,    1327 Highway 2 W Suite 100,    Kalispell MT 59901-3413
7429995       +Thd/cbna,    Po Box 6497,    Sioux Falls SD 57117-6497
7496648       +Unifund CCR Partners,    Cohen McNeile & Pappas PC,    4601 College Blvd Suite 200,
               Leawood KS 66211-1650
7429996       +Unifund Ccr Partners (original Creditor:,     10625 Techwoods Circle,    Cincinnati OH 45242-2846
7429997       +United Heating & Cooling Inc,    co Merle E. Parks,    Evans & Mullinix PA,
               7225 Renner Road Suite 200,    Shawnee KS 66217-3046
7429998       +United Imaging Consultants LLC,    5800 Foxridge Dr 240,     Mission KS 66202-2338
7429999        United Imaging Consultants LLC,    PO Box 807001,    Kansas City MO 64180-7001
7430000       +United Specialty Products,    Lifetime Cookware,    PO Box 36203,    Denver CO 80236-0203
7430002        University Of Kansas Pysicians,    PO Box 410208,    Kansas City MO 64141-0208
7430001        University Of Kansas Pysicians,    PO Box 410389,    Kansas City MO 64141-0389
7430003        Venture Financial Services Inc,    PO Box 16568,    Raytown MO 64133-0568
7430004       +Venture Finanical Services Inc,    Box 16568 9500 East 63rd St Ste 202,     Raytown MO 64133-0568
7430005       +Wells Fargo,    11809 Shawnee Mission Parkway,    Shawnee KS 66203-3337
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             E-mail/Text: cio.bncmail@irs.gov Feb 16 2013 02:45:02      Internal Revenue Service,
               271 W 3rd St N Ste 3000,    Stop 5333 WIC,    Wichita, KS 67202
7429898        E-mail/Text: bkrpt@retrievalmasters.com Feb 16 2013 02:48:04      AMCA,    PO Box 1235,
               Elmsford NY 10523-0935
7440764        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 16 2013 03:02:52
               American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
               Oklahoma City OK  731268941
7429902       +E-mail/Text: bkrpt@retrievalmasters.com Feb 16 2013 02:48:04
               American Medical Collection Agency,     4 Westchester Plaza Bldg 4,    Elmsford NY 10523-1615
7429912        E-mail/Text: bankruptcy@cavps.com Feb 16 2013 02:54:49      Cavalry Portfolio Services LLC,
               PO Box 1017,    Hawthorne NY 10532-0000
7429911       +E-mail/Text: bankruptcy@cavps.com Feb 16 2013 02:54:49
               Cavalry Portfolio Serv (original Credito,    500 Summit Lake Dr,    Valhalla NY 10595-1340
7432053       +E-mail/Text: bankruptcy@cavps.com Feb 16 2013 02:54:49      Cavalry Portfolio Services,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2322
7429926        E-mail/PDF: mrdiscen@discoverfinancial.com Feb 16 2013 03:01:02      Discovr Cd,    Po Box15316,
               Wilmington DE 19850-5316
7429929       +E-mail/Text: bknotice@erccollections.com Feb 16 2013 02:52:29
               Enhanced Recovery Co L (original Credito,    8014 Bayberry Rd,    Jacksonville FL 32256-7412
7429930        E-mail/Text: bknotice@erccollections.com Feb 16 2013 02:52:29      Enhanced Recovery Company,
               8014 Bayberry Rd,    Jacksonville FL 32256-7412
```

```
District/off: 1083-2            User: susan                Page 3 of 5                  Date Rcvd: Feb 15, 2013
                                Form ID: pdf020            Total Noticed: 132
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
7429931        +E-mail/Text: bankruptcies@escallate.com Feb 16 2013 02:49:57
                 Escallate Llc (original Creditor:solarus,    5200 Stoneham Rd,    North Canton OH 44720-1584
7429943         E-mail/Text: cio.bncmail@irs.gov Feb 16 2013 02:45:02      Internal Revenue Service,
                 PO Box 21126,    Philadelphia PA   19114
7429946         E-mail/Text: cgraham@nci.com Feb 16 2013 02:53:13      Kansas City Homes & Gardens,
                 2305 Newpointe Pky,    Lawrenceville GA   30043-5530
7429947         E-mail/Text: KSBANKRUPTCY@KDOR.STATE.KS.US Feb 16 2013 02:49:46      Kansas Department Of Revenue,
                 Director Of Taxation,    915 SW Harrison,    Topeka KS   66625-3512
7429948         E-mail/Text: KSBANKRUPTCY@KDOR.STATE.KS.US Feb 16 2013 02:49:46      Kansas Department Of Revenue,
                 915 SW Harrison St,    Topeka KS   66699-4000
7440174        +E-mail/Text: KSBANKRUPTCY@KDOR.STATE.KS.US Feb 16 2013 02:49:46      Kansas Department of Revenue,
                 Civil Tax Enforcement,    PO Box 12005,    Topeka KS 66601-3005
7429950        +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 16 2013 02:47:38      Kohls/capone,    Po Box 3115,
                 Milwaukee WI 53201-3115
7429956        +E-mail/Text: bankruptcy@leadingedgerecovery.com Feb 16 2013 02:52:20
                 Leading Edge Recovery Solutions,    5440 N Cumberland Avenue Ste 300,    Chicago IL 60656-1486
7429959        +E-mail/Text: bankruptcydpt@mcmcg.com Feb 16 2013 02:48:05      MCM,    PO Box 603 Dept 12421,
                 Oaks PA 19456-0603
7429961         E-mail/Text: bankruptcydpt@mcmcg.com Feb 16 2013 02:48:05      Midland Credit Management Inc,
                 PO Box 60578,    Los Angeles CA   90060-0578
7429962        +E-mail/Text: bankruptcydpt@mcmcg.com Feb 16 2013 02:48:05      Midland Credit Management Inc,
                 8875 Aero Drive Ste 200,    San Diego CA 92123-2255
7429963        +E-mail/Text: bankruptcydpt@mcmcg.com Feb 16 2013 02:48:05
                 Midland Funding (org Creditor Target,    8875 Aero Dr Ste 200,    San Diego CA 92123-2255
7429964        +E-mail/Text: bankruptcydpt@mcmcg.com Feb 16 2013 02:48:05
                 Midland Funding (original Creditor:chase,    8875 Aero Dr Ste 200,    San Diego CA 92123-2255
7429965        +E-mail/Text: bankruptcydpt@mcmcg.com Feb 16 2013 02:48:05
                 Midland Funding (original Creditor:citib,    8875 Aero Dr Ste 200,    San Diego CA 92123-2255
7429968        +E-mail/Text: bankruptcydepartment@ncogroup.com Feb 16 2013 02:53:05      NCO Financial Systems Inc,
                 507 Prudential Road,    Horsham PA 19044-2368
7429970        +E-mail/Text: demand@nfm.com Feb 16 2013 02:52:04      Nebraska Furniture Mar,    700 S 72nd St,
                 Omaha NE 68114-4697
7429978        +E-mail/Text: bankruptcy@optimarecoveryservices.com Feb 16 2013 02:53:22
                 Optima Recovery Servic (original Credito,    6215 Kingston Pk Ste A,    Knoxville TN 37919-4044
7429979        +E-mail/Text: bankruptcy@optimarecoveryservices.com Feb 16 2013 02:53:22
                 Optima Recovery Services LLC,    6215 Kingston Pike Ste B Box 52968,    Knoxville TN 37919-4044
7452012         E-mail/PDF: rmscedi@recoverycorp.com Feb 16 2013 03:00:21      Portfolio Investments II LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
7479846         E-mail/Text: bnc-quantum@quantum3group.com Feb 16 2013 02:51:59
                 Quantum3 Group LLC as agent for,    Quantum3 Funding LLC,    PO Box 788,
                 Kirkland, WA   98083-0788
7448844         E-mail/PDF: rmscedi@recoverycorp.com Feb 16 2013 03:00:21
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
7429988         E-mail/PDF: pa_dc_claims@salliemae.com Feb 16 2013 03:01:06      Sallie Mae,    Po Box 9500,
                 Wilkes-barre PA   18773-9500
7455636         E-mail/PDF: pa_dc_litigation@salliemae.com Feb 16 2013 02:58:18
                 Sallie Mae Inc. on behalf of USA FUNDS,    Attn: Bankruptcy Litigation Unit E3149,
                 P.O. Box 9430,    Wilkes-Barre, PA 18773-9430
                                                                                              TOTAL: 33

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Capital One NA,    Bass and Associates PC,    3936 E Ft Lowell Road Suite 200,
                Tucson, AZ 85712-1083
cr*           +McCray Lumber Company,    c/o Cohen McNeile & Pappas, P.C.,    4601 College Blvd.,    Suite 200,
                Leawood, KS 66211-1650
cr*           +Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,    Miami, Fl 33131-1605
7429984*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates LLC,    PO Box 12903,
                Norfolk VA   23541-0000)
                                                                                               TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 17, 2013**                    **Signature:**         _Joseph Speetjens_

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2013 at the address(es) listed below:

           Andrea L Taylor    on behalf of Creditor   Internal Revenue Service andrea.taylor@usdoj.gov, robyn.bloomquist@usdoj.gov

           Matthew D Mentzer    on behalf of Debtor Paul Demo matt@chapinlawfirm.com, sheila@chapinlawfirm.com

           Patti H Bass    on behalf of Creditor   Capital One NA ecf@bass-associates.com

           Susan P DeCoursey    on behalf of Creditor   McCray Lumber Company sdecoursey@cmplaw.net, gpappas@cmplaw.net;jdavis@cmplaw.net

           U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov

           William H Griffin    ecfgriff@13trusteeks.com

           TOTAL: 6