**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 14th day of February, 2013.**



_____
Robert D. Berger
United States Bankruptcy Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF KANSAS

IN RE:
    Paul John Demo, Jr.

                Debtor                Case No: 12-22983-13

### ORDER TO DEBTOR TO PAY THE TRUSTEE

    **WHEREAS,** the Debtor herein has submitted a Plan to pay debts out of future earnings, and by this plan submits all future earnings and wages under the supervision and control of the Court for the purpose of consummating the Plan;

    **IT IS ORDERED** that the above-named Debtor is hereby ordered and directed, until further order of this Court, to pay the sum of:

                      **$4140.00 Monthly**

  **BEGINNING ON THE NEXT PAY PERIOD FOLLOWING RECEIPT OF THIS ORDER TO:**

                    **W.H. GRIFFIN, TRUSTEE**
                          PO BOX 613106
                        MEMPHIS TN 38101

                              ###

Prepared and Approved By:

s/W.H. GRIFFIN, Chapter 13 Trustee
W.H. GRIFFIN #08060
6330 LAMAR
SUITE 110
OVERLAND PARK, KS 66202-4286
(913)-677-1311
(913)-432-7857 (Fax)
inquiries@13trusteekc.com

```
                           United States Bankruptcy Court
                                  District of Kansas
In re:                                                      Case No. 12-22983-RDB
Paul John Demo, Jr.                                         Chapter 13
Jeanette Marie Demo
         Debtors                 CERTIFICATE OF NOTICE
District/off: 1083-2         User: susan           Page 1 of 2        Date Rcvd: Feb 15, 2013
                             Form ID: pdf020       Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 17, 2013.
db/jdb      +Paul John Demo, Jr.,   Jeanette Marie Demo,   18175 W. 156th Street,   Olathe, KS 66062-6721

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 17, 2013**              **Signature:**    _Joseph Speetjens_

```
District/off: 1083-2           User: susan              Page 2 of 2               Date Rcvd: Feb 15, 2013
                               Form ID: pdf020          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2013 at the address(es) listed below:

        Andrea L Taylor   on behalf of Creditor   Internal Revenue Service andrea.taylor@usdoj.gov, robyn.bloomquist@usdoj.gov

        Matthew D Mentzer   on behalf of Debtor Paul Demo matt@chapinlawfirm.com, sheila@chapinlawfirm.com

        Patti H Bass   on behalf of Creditor   Capital One NA ecf@bass-associates.com

        Susan P DeCoursey   on behalf of Creditor   McCray Lumber Company sdecoursey@cmplaw.net, gpappas@cmplaw.net;jdavis@cmplaw.net

        U.S. Trustee   ustpregion20.wi.ecf@usdoj.gov

        William H Griffin   ecfgriff@13trusteeks.com

        TOTAL: 6