# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

IN RE:

Paul John Demo, Jr.
Jeanette Marie Demo
      Debtors,                     Case No: 12-22983-13

## TRUSTEE'S OBJECTION TO CLAIM NO. 15
## OF BOARD OF COUNTY COMMISSIONERS OF JOHNSON COUNTY KS

**COMES NOW**, W.H. Griffin, Trustee, and objects to the allowance of the above claim as filed and recommends to the Court said claim be treated as follows:

Not allowed for the following reason:

THE COLLATERAL (BOAT) HAS BEEN SURRENDERED BY DEBTORS. THE TAXES DUE WILL NOT BE PAID FOR IN THE PLAN.

**WHEREFORE**, the Trustee prays the foregoing claim be allowed as set forth above.

Dated: March 20, 2013                       /s/ W.H. Griffin

                                                     W.H. Griffin #8060
                                                     6330 LAMAR
                                                     SUITE 110
                                                     OVERLAND PARK, KS  66202-4286
                                                     (913)677-1311
                                                     (913)432-7857(Fax)

## NOTICE WITH OPPORTUNITY FOR HEARING

Any objection/response to the above motion must be filed within thirty (30) days of the date of this notice, March 20, 2013 with the Clerk of the United States Bankruptcy Court. Documents can be filed electronically at http://ecf.ksb.uscourts.gov. A copy of such objection/response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing. If Debtors' counsel is not registered for electronic filing, you must serve the objection/response by mail. If an objection/response is timely filed, a hearing will be held before the US Bankruptcy Court at 500 State Ave, Room 151, Kansas City, KS 66101 on May 21, 2013 at 1:30 PM. If no response is filed on or before April 19, 2013, an exparte order will be entered. For information about electronic filing go to www.ksb.uscourts.gov.

/s/ W.H. Griffin
W.H. Griffin #8060

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that the Debtors, Debtors' attorney, and the Creditor will be served either electronically or via U.S. Mail.

/s/ W.H. Griffin
W.H. Griffin #8060

| | |
|---|---|
| Paul John Demo, Jr. | BOARD OF COUNTY COMMISSIONERS |
| Jeanette Marie Demo | OF JOHNSON COUNTY KS |
| 18175 W 156th St | LISA R WETZLER |
| Olathe, KS  66062 | JOHNSON COUNTY LEGAL DEPT |
| | 111 SOUTH CHERRY, STE 3200 |
| | OLATHE, KS  66061 |