**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 24th day of April, 2013.**



_____
Robert D. Berger
United States Bankruptcy Judge
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

IN RE:

Paul John Demo, Jr.
Jeanette Marie Demo
        Debtors,               Case No: 12-22983-13

### ORDER GRANTING CHAPTER 13 TRUSTEE'S OBJECTION
### TO CLAIM NO. 15 OF BOARD OF COUNTY COMMISSIONERS OF JOHNSON COUNTY KS

**THIS MATTER** comes on for consideration upon the Chapter 13 Trustee's Objection To Claim No. 15 of BOARD OF COUNTY COMMISSIONERS OF JOHNSON COUNTY KS. After reviewing the file and hearing recommendations of the Trustee, and there having been no response to the Notice with Opportunity, the Court finds the claim of BOARD OF COUNTY COMMISSIONERS OF JOHNSON COUNTY KS should be, and hereby is, treated as follows:

Not allowed for the following reason:

THE COLLATERAL (BOAT) HAS BEEN SURRENDERED BY DEBTORS. THE TAXES DUE WILL NOT BE PAID FOR IN THE PLAN.

###

Prepared and Approved by:

/s/ W.H. Griffin
_____
W.H. Griffin #8060
6330 LAMAR
SUITE 110
OVERLAND PARK, KS 66202-4286
(913)677-1311
(913)432-7857(Fax)