**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 24th day of April, 2013.**



_____
Robert D. Berger
United States Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

Paul John Demo, Jr.
Jeanette Marie Demo
        Debtors,                       Case No: 12-22983-13

**ORDER GRANTING CHAPTER 13 TRUSTEE'S OBJECTION
TO CLAIM NO. 30 OF GREAT SOUTHERN BANK**

    **THIS MATTER** comes on for consideration upon the Chapter 13 Trustee's Objection To Claim No. 30 of GREAT SOUTHERN BANK. After reviewing the file and hearing recommendations of the Trustee, and there having been no response to the Notice with Opportunity, the Court finds the claim of GREAT SOUTHERN BANK should be, and hereby is, treated as follows:

    Not allowed for the following reason:

    AS PER THE PLAN THE CAMPER IS BEING SURRENDERED.
    AN AMENDED DEFICIENCY CLAIM MAY BE FILED.

###

Prepared and Approved by:

/s/ W.H. Griffin

W.H. Griffin #8060
6330 LAMAR
SUITE 110
OVERLAND PARK, KS  66202-4286
(913)677-1311
(913)432-7857(Fax)