**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 24th day of April, 2013.**



_____
Robert D. Berger
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

    Paul John Demo, Jr.
    Jeanette Marie Demo

               Debtors,               Case No: 12-22983-13

### ORDER GRANTING CHAPTER 13 TRUSTEE'S OBJECTION
### TO CLAIM NO. 15 OF BOARD OF COUNTY COMMISSIONERS OF JOHNSON COUNTY KS

**THIS MATTER** comes on for consideration upon the Chapter 13 Trustee's Objection To Claim No. 15 of BOARD OF COUNTY COMMISSIONERS OF JOHNSON COUNTY KS. After reviewing the file and hearing recommendations of the Trustee, and there having been no response to the Notice with Opportunity, the Court finds the claim of BOARD OF COUNTY COMMISSIONERS OF JOHNSON COUNTY KS should be, and hereby is, treated as follows:

    Not allowed for the following reason:

    THE COLLATERAL (BOAT) HAS BEEN SURRENDERED BY DEBTORS.  THE TAXES DUE WILL NOT BE PAID FOR IN THE PLAN.

###

Prepared and Approved by:

/s/ W.H. Griffin
_____
W.H. Griffin #8060
6330 LAMAR
SUITE 110
OVERLAND PARK, KS  66202-4286
(913)677-1311
(913)432-7857(Fax)

```
                          United States Bankruptcy Court
                                District of Kansas
In re:                                                      Case No. 12-22983-RDB
Paul John Demo, Jr.                                         Chapter 13
Jeanette Marie Demo
         Debtors
                             CERTIFICATE OF NOTICE
District/off: 1083-2          User: knicole              Page 1 of 2           Date Rcvd: Apr 25, 2013
                              Form ID: pdf020            Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 27, 2013.
db/jdb       +Paul John Demo, Jr.,   Jeanette Marie Demo,   18175 W. 156th Street,   Olathe, KS 66062-6721
7480197      +BOCC of Johnson County Kansas,   Lisa R. Wetzler,   Johnson County Legal Dept.,
               111 South Cherry Street Suite 3200,   Olathe, KS 66061-3487

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 27, 2013**                    **Signature:**   *Joseph Speetjens*

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2013 at the address(es) listed below:

          Andrea L Taylor    on behalf of Creditor    Internal Revenue Service andrea.taylor@usdoj.gov, robyn.bloomquist@usdoj.gov

          Matthew D Mentzer    on behalf of Joint Debtor Jeanette Marie Demo matt@chapinlawfirm.com, sheila@chapinlawfirm.com

          Matthew D Mentzer    on behalf of Debtor Paul John Demo, Jr. matt@chapinlawfirm.com, sheila@chapinlawfirm.com

          Patti H Bass    on behalf of Creditor    Capital One NA ecf@bass-associates.com

          Susan P DeCoursey    on behalf of Creditor    McCray Lumber Company sdecoursey@cmplaw.net, gpappas@cmplaw.net;jdavis@cmplaw.net

          U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov

          William H Griffin    ecfgriff@13trusteeks.com

          TOTAL: 7