IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: ) | |
| ) | |
| PAUL JOHN DEMO JR. ) | |
| JEANETTE MARIE DEMO ) | |
| Debtors. ) | CASE NO. 12-22983-13 |
| ) | |
| ) | |
| ) | |

### ENTRY OF APPEARANCE AND NOTICE OF SUBSTITUTION OF COUNSEL

COMES NOW, W. Brett Chapin of Chapin Law Firm and enters his appearance as counsel for Paul John Demo, Jr. and Jeanette Marie Demo, debtors in the above-entitled case and advises and requests this Court to forward all notices and pleadings to his attention at the address below.

COMES NOW, Matthew D. Mentzer, hereby notifies the Bankruptcy Court and all interested parties and hereby withdraws as attorney of record in the above referenced case.

Submitted by:

/s/ W.Brett Chapin
W. Brett Chapin      #19411
Chapin Law Firm
11212 Johnson Dr.
Shawnee, Kansas 66203
Telephone:   (913) 385-0600
Facsimile:   (913) 385-0613
ATTORNEY FOR Debtors

s/ Matthew D. Mentzer
Matthew D. Mentzer   #23856
Chapin Law Firm
11212 Johnson Dr.
Shawnee, Kansas 66203
Telephone:   (913) 385-0600
Facsimile:   (913) 385-0613
ATTORNEY FOR Debtors