# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS AT KANSAS CITY

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Paul John Demo, Jr., and Jeanette Marie Demo, *Debtor* | ) | Case No. 12-22983-rdb |
| | ) | |
| | ) | Chapter: 13 |
| | ) | |
| | ) | |

### ENTRY OF APPEARANCE AND REQUEST FOR DOCUMENTS

COMES NOW the undersigned attorney of South & Associates, P.C., and hereby enter their appearance on behalf of Santander Consumer USA Inc., an assignee of GEMB Lending Inc, by Santander Consumer USA Inc., a creditor of the above-captioned Debtor. Pursuant to the Bankruptcy Rules, all pleadings, notices and documents which are required or requested to be served upon Santander Consumer USA Inc. should be served on the undersigned attorney, South & Associates, P.C., 6363 College Blvd., Suite 100, Overland Park, Kansas 66211.

SOUTH & ASSOCIATES, P.C.
 *s/ Ashley B. Osborn*
Steven L. Crouch, (MBE #37783; EDMO #2903; KSFd #70244)
Wendee Elliott-Clement (MBE #50311; KS #20523)
Ashley B. Osborn (MBE #59427; KS #23272)
6363 College Blvd., Suite 100
Overland Park, KS 66211
(913) 663-7600
(913) 663-7899 Fax
ksbkecf@southlaw.com
**ATTORNEYS FOR CREDITOR**

File No. 158740
Case No: 12-22983-rdb

## CERTIFICATE OF MAILING/SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was filed electronically on this June 24, 2013, with the United States Bankruptcy Court for the District of Kansas, and shall be served on the parties in interest via e-mail by the Court pursuant to CM/ECF as set out on the Notice of Electronic Filing as issued by the Court and shall be served by U.S. Mail, First Class, postage prepaid, on those parties directed by the Court on the Notice of Electronic Filing issued by the Court and as required by the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Kansas.

Paul John Demo, Jr.
Jeanette Marie Demo
18175 W. 156th Street
Olathe, KS  66062
**DEBTOR**

W. Brett Chapin
Chapin Law Firm
11212 Johnson Drive
Shawnee, KS  66203
**ATTORNEY FOR DEBTOR**

William H. Griffin
6330 Lamar, Ste 110
Overland Park, KS  66202-4286
**TRUSTEE**

Office of the United States Trustee
301 North Main, Suite 1150
Wichita, KS  67202
**U.S. TRUSTEE**

SOUTH & ASSOCIATES, P.C.
  *s/ Ashley B. Osborn*
Steven L. Crouch, (MBE #37783; EDMO #2903; KSFd #70244)
Wendee Elliott-Clement (MBE #50311; KS #20523)
Ashley B. Osborn (MBE #59427; KS #23272)
6363 College Blvd., Suite 100
Overland Park, KS 66211
(913) 663-7600
(913) 663-7899 Fax
ksbkecf@southlaw.com
**ATTORNEYS FOR CREDITOR**

File No. 158740
Case No: 12-22983-rdb