# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS AT KANSAS CITY

| | |
|---|---|
| In Re: ) | |
| ) | |
| Paul John Demo, Jr., and Jeanette Marie Demo, *Debtor* ) | |
| ) | Case No. 12-22983-rdb |
| Santander Consumer USA Inc., an assignee of GEMB ) | |
| Lending Inc, by Santander Consumer USA Inc., loan ) | Chapter: 13 |
| servicing agent for, *Movant* ) | |
| ) | |
| vs. ) | |
| ) | |
| Paul John Demo, Jr., and Jeanette Marie Demo, *Debtor* ) | |
| ) | |
| and ) | |
| ) | |
| William H. Griffin, *Trustee* ) | |

### NOTICE OF OBJECTION DEADLINE ON
### MOTION FOR RELIEF FROM STAY

**NOTICE IS HEREBY GIVEN** that a Motion for Order Granting Relief from Stay was filed herein by Santander Consumer USA Inc., an assignee of GEMB Lending Inc, by Santander Consumer USA Inc., copy of which is attached to this notice.

**NOTICE IS FURTHER GIVEN** that unless a written objection and/or response is filed on or before July 15, 2013, which is twenty one (21) days from the date this notice was mailed (with a copy to the undersigned), to Fred W. Jamison, 161 U.S. Courthouse, 500 State Avenue, Kansas City, Kansas 66101-2147, an order sustaining the motion/application will be submitted to the Court. A hearing will not be held on the motion/application unless an objection is timely filed with the Clerk. If a written objection and/or response is timely filed, the motion/application will come before the court for hearing on August 20, 2013, at 1:30 pm at the Bankruptcy Court, Courtroom 151, 500 State Avenue, Kansas City, KS.

SOUTH & ASSOCIATES, P.C.
    s/Ashley B. Osborn
_____
Steven L. Crouch, (MBE #37783; EDMO #2903; KSFd #70244)
Wendee Elliott-Clement (MBE #50311; KS #20523)
Ashley B. Osborn (MBE #59427; KS #23272)
6363 College Blvd., Suite 100
Overland Park, KS 66211
(913) 663-7600
(913) 663-7899 Fax
ksbkecf@southlaw.com
**ATTORNEYS FOR CREDITOR**

File No. 158740
Case No: 12-22983-rdb

## CERTIFICATE OF MAILING/SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was filed electronically on this June 24, 2013, with the United States Bankruptcy Court for the District of Kansas, and shall be served on the parties in interest via e-mail by the Court pursuant to CM/ECF as set out on the Notice of Electronic Filing as issued by the Court and shall be served by U.S. Mail, First Class, postage prepaid, on those parties directed by the Court on the Notice of Electronic Filing issued by the Court and as required by the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Kansas. I certify that a true copy of the Attached Pleading was served either electronically or via first class mail on June 24, 2013 upon the following parties:

Paul John Demo, Jr.
Jeanette Marie Demo
18175 W. 156th Street
Olathe, KS 66062
**DEBTOR**

Gary Hubbard
102 Brown Ave.
Osawatomie, KS 66064
**CO-DEBTOR**

W. Brett Chapin
Chapin Law Firm
11212 Johnson Drive
Shawnee, KS 66203
**ATTORNEY FOR DEBTOR**

William H. Griffin
6330 Lamar, Ste 110
Overland Park, KS 66202-4286
**TRUSTEE**

Office of the United States Trustee
301 North Main, Suite 1150
Wichita, KS 67202
**U.S. TRUSTEE**

   s/Ashley B. Osborn
Steven L. Crouch
Wendee Elliott-Clement
Ashley B. Osborn
**ATTORNEYS FOR CREDITOR**

File No. 158740
Case No: 12-22983-rdb