The relief described hereinbelow is SO ORDERED.

SIGNED this 22nd day of July, 2013.



_____
Robert D. Berger
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS AT KANSAS CITY

In Re:

Paul John Demo, Jr., and Jeanette Marie Demo, *Debtor*

Santander Consumer USA Inc., an assignee of GEMB Lending Inc, by Santander Consumer USA Inc., loan servicing agent for *Moving Creditor*

vs.

Paul John Demo, Jr., and Jeanette Marie Demo, *Debtor*

and

William H. Griffin, *Trustee*

Case No. 12-22983-rdb

Chapter: 13

### ORDER GRANTING RELIEF FROM STAY AND CO DEBTOR STAY

Santander Consumer USA Inc., an assignee of GEMB Lending Inc, by Santander Consumer USA Inc.'s Motion for Order Modifying Automatic Stay having been filed and presented to the Court, and upon due consideration of said Motion and notice having been given to the proper parties and no objections having been filed the Court hereby finds that said Motion should be, and is, hereby sustained; it is therefore

United States Bankruptcy Court
District of Kansas
In re: Santander Consumer USA Inc., an assignee of GEMB Lending Inc v. Paul John Demo, Jr., and Jeanette Marie Demo
Case No. 12-22983-rdb
Chapter 13
Order Granting Relief From Stay
Page 2

**ORDERED** that the automatic stay imposed by Section 362 of the Bankruptcy Code be, and the same hereby is, modified for the purpose of allowing Santander Consumer USA Inc., an assignee of GEMB Lending Inc, by Santander Consumer USA Inc. to repossess and sell the 2006 Crownline, VIN JTC64909C605, 350 MPI Bravo III Mercruiser OW623822, and 2006 Prestige trailer JHBT23276D001812 in accordance with applicable state law, and to exercise any and all rights provided under non-bankruptcy law as set forth in the Note and Security Agreement granting it an interest in said collateral.

**IT IS THEREFORE BY THE COURT ORDERED** that the secured claim of Creditor, claim number 2, is disallowed as a claim herein until such time as Creditor files an amended claim for a deficiency amount and without prejudice to any funds which may have been paid prior to stay modification.

**IT IS FURTHER ORDERED** that Relief from Stay includes any applicable Co-Debtor Stay, including Gary Hubbard, under 11 U.S.C. § 1301, and

**IT IS SO ORDERED.**

###

SOUTH & ASSOCIATES, P.C.
 *s/ Ashley B. Osborn*
Steven L. Crouch, (MBE #37783; EDMO #2903; KSFd #70244)
Wendee Elliott-Clement (MBE #50311; KS #20523)
Ashley B. Osborn (MBE #59427; KS #23272)
6363 College Blvd., Suite 100
Overland Park, KS 66211
(913) 663-7600
(913) 663-7899 Fax
ksbkecf@southlaw.com
**ATTORNEYS FOR CREDITOR**

File No. 158740
Case No: 12-22983-rdb

United States Bankruptcy Court
District of Kansas
In re: Santander Consumer USA Inc., an assignee of GEMB Lending Inc v. Paul John Demo, Jr., and Jeanette Marie Demo
Case No. 12-22983-rdb
Chapter 13
Order Granting Relief From Stay
Page 3

_S/ WILLIAM H. GRIFFIN_____
William H. Griffin
6330 Lamar, Ste 110
Overland Park, KS  66202-4286
**TRUSTEE**

File No. 158740
Case No: 12-22983-rdb