The relief described hereinbelow is SO ORDERED.

SIGNED this 22nd day of July, 2013.



_____
Robert D. Berger
United States Bankruptcy Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS AT KANSAS CITY

| | |
|---|---|
| In Re: ) | |
| ) | |
| Paul John Demo, Jr., and Jeanette Marie Demo, *Debtor* ) | |
| ) | Case No. 12-22983-rdb |
| Santander Consumer USA Inc., an assignee of GEMB ) | |
| Lending Inc, by Santander Consumer USA Inc., loan ) | Chapter: 13 |
| servicing agent for *Moving Creditor* ) | |
| ) | |
| vs. ) | |
| ) | |
| Paul John Demo, Jr., and Jeanette Marie Demo, *Debtor* ) | |
| ) | |
| and ) | |
| ) | |
| William H. Griffin, *Trustee* ) | |

## ORDER GRANTING RELIEF FROM STAY AND CO DEBTOR STAY

Santander Consumer USA Inc., an assignee of GEMB Lending Inc, by Santander Consumer USA Inc.'s Motion for Order Modifying Automatic Stay having been filed and presented to the Court, and upon due consideration of said Motion and notice having been given to the proper parties and no objections having been filed the Court hereby finds that said Motion should be, and is, hereby sustained; it is therefore

File No. 158740
Case No: 12-22983-rdb

United States Bankruptcy Court
District of Kansas
In re: Santander Consumer USA Inc., an assignee of GEMB Lending Inc v. Paul John Demo, Jr., and Jeanette Marie Demo
Case No. 12-22983-rdb
Chapter 13
Order Granting Relief From Stay
Page 2

**ORDERED** that the automatic stay imposed by Section 362 of the Bankruptcy Code be, and the same hereby is, modified for the purpose of allowing Santander Consumer USA Inc., an assignee of GEMB Lending Inc, by Santander Consumer USA Inc. to repossess and sell the 2006 Crownline, VIN JTC64909C605, 350 MPI Bravo III Mercruiser OW623822, and 2006 Prestige trailer JHBT23276D001812 in accordance with applicable state law, and to exercise any and all rights provided under non-bankruptcy law as set forth in the Note and Security Agreement granting it an interest in said collateral.

**IT IS THEREFORE BY THE COURT ORDERED** that the secured claim of Creditor, claim number 2, is disallowed as a claim herein until such time as Creditor files an amended claim for a deficiency amount and without prejudice to any funds which may have been paid prior to stay modification.

**IT IS FURTHER ORDERED** that Relief from Stay includes any applicable Co-Debtor Stay, including Gary Hubbard, under 11 U.S.C. § 1301, and

**IT IS SO ORDERED.**

###

SOUTH & ASSOCIATES, P.C.
 _s/ Ashley B. Osborn_
Steven L. Crouch, (MBE #37783; EDMO #2903; KSFd #70244)
Wendee Elliott-Clement (MBE #50311; KS #20523)
Ashley B. Osborn (MBE #59427; KS #23272)
6363 College Blvd., Suite 100
Overland Park, KS 66211
(913) 663-7600
(913) 663-7899 Fax
ksbkecf@southlaw.com
**ATTORNEYS FOR CREDITOR**

File No. 158740
Case No: 12-22983-rdb

United States Bankruptcy Court
District of Kansas
In re: Santander Consumer USA Inc., an assignee of GEMB Lending Inc v. Paul John Demo, Jr., and Jeanette Marie Demo
Case No. 12-22983-rdb
Chapter 13
Order Granting Relief From Stay
Page 3


_S/ WILLIAM H. GRIFFIN_____
William H. Griffin
6330 Lamar, Ste 110
Overland Park, KS  66202-4286
**TRUSTEE**

File No. 158740
Case No: 12-22983-rdb

```
                          United States Bankruptcy Court
                                District of Kansas
In re:                                                     Case No. 12-22983-RDB
Paul John Demo, Jr.                                        Chapter 13
Jeanette Marie Demo
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 1083-2         User: susan              Page 1 of 2        Date Rcvd: Jul 23, 2013
                             Form ID: pdf020          Total Noticed: 4
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 25, 2013.
db/jdb     +Paul John Demo, Jr.,   Jeanette Marie Demo,   18175 W. 156th Street,   Olathe, KS 66062-6721
aty        +Matthew D Mentzer,   9208 Dearborn St,   Overland Park, KS 66207-2420
7440187    +Santander Consumer USA Inc,   dba GEMB Lending,   P.O. Box 961245,   Fort Worth TX 76161-0244
7429989    +Santander Consumer Usa,   Po Box 961245,   Ft Worth TX 76161-0244

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 25, 2013**                    **Signature:**    *Joseph Speetjens*

```
District/off: 1083-2             User: susan              Page 2 of 2              Date Rcvd: Jul 23, 2013
                                 Form ID: pdf020          Total Noticed: 4
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2013 at the address(es) listed below:

```
          Andrea L Taylor    on behalf of Creditor    Internal Revenue Service andrea.taylor@usdoj.gov,
           rhonda.mckinzie@usdoj.gov
          Ashley  Osborn    on behalf of Creditor    Santander Consumer USA Inc. ksbkecf@southlaw.com
          Patti H Bass    on behalf of Creditor    Capital One NA ecf@bass-associates.com
          Susan P DeCoursey    on behalf of Creditor    McCray Lumber Company sdecoursey@cmplaw.net,
           gpappas@cmplaw.net;jdavis@cmplaw.net
          U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
          W Brett Chapin    on behalf of Joint Debtor Jeanette Marie Demo brett@chapinlawfirm.com,
           bchapin3@yahoo.com;sheila@chapinlawfirm.com
          W Brett Chapin    on behalf of Debtor Paul John Demo, Jr. brett@chapinlawfirm.com,
           bchapin3@yahoo.com;sheila@chapinlawfirm.com
          William H Griffin    ecfgriff@13trusteeks.com
                                                                                             TOTAL: 8
```