IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF KANSAS

IN RE:
    Paul John Demo, Jr.
    Jeanette Marie Demo
        Debtors         Case No: 12-22983-13

## CHAPTER 13 TRUSTEE'S MOTION TO DISMISS CASE

    **COMES NOW** the Chapter 13 Trustee, W.H. Griffin, and hereby requests the Court enter an Order Dismissing the above captioned case without prejudice, and in support states and alleges the following:

    The Debtors' Plan will exceed the alloted five year limitation from confirmation. The Trustee calculates that the payment will need to increase to $4261.00 per month in order for the Plan to complete within the five year limitation.

    **WHEREFORE**, the Trustee moves the Court for an Order dismissing the above captioned case without prejudice as provided in 11 U.S.C. Section 1307(c), and that a time be set for the Trustee to make a Final Report of his receipt and disbursements in these proceedings, and further, that a time be set to object to the confirmation of such report.

    Dated: October 10, 2013

                                        <u>s/ W.H. Griffin, Chapter 13 Trustee</u>
                                        W.H. Griffin #08060
                                        6330 LAMAR
                                        SUITE 110
                                        OVERLAND PARK, KS 66202-4286
                                        (913)-677-1311
                                        (913)-432-7857 (Fax)
                                        inquiries@13trusteekc.com