# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

IN RE:
    Paul John Demo, Jr.
    Jeanette Marie Demo
          Debtors          Case No: 12-22983-13

## NOTICE WITH OPPORTUNITY FOR HEARING ON TRUSTEE'S MOTION TO DISMISS

    Any objection/response to the above motion must be filed within twenty one (21) days of the date of this notice, October 10, 2013, with the Clerk of the United States Bankruptcy Court. Documents can be filed electronically at http://ecf.ksb.uscourts.gov. A copy of such objection/response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing. If Debtors' counsel is not registered for electronic filing, you must serve the objection/response by mail. If an objection/response is timely filed, a hearing will be held before the US Bankruptcy Court, 500 State Ave, Room 151, Kansas City, KS 66101 on November 19, 2013 at 1:30 pm. If no objection response is filed on or before October 31, 2013, an exparte order will be entered. For information about electronic filing go to ww.ksb.uscourts.gov.

                                              s/ W.H. Griffin, Chapter 13 Trustee
                                              W.H. Griffin #8060

## CERTIFICATE OF SERVICE

    I, the undersigned, do hereby certify that the Debtors and Debtors' Attorney will be served either electronically or via U.S. mail.

                                              s/ W.H. Griffin, Chapter 13 Trustee
                                              W.H. Griffin #8060

Paul John Demo, Jr.
Jeanette Marie Demo
18175 W 156th St
Olathe, KS 66062