IN THE UNITED STATES BANKRUPTCY COURT
FOR THE KANSAS

IN RE:

Paul John Demo, Jr.
Jeanette Marie Demo

    Debtors,      Case No: 12-22983-13

## NOTICE OF ALLOWED CLAIMS AND CLASSIFICATION

NOTICE is given that the claims listed have been filed and allowed pursuant to 11 U.S.C.§502 (a). The claim amount and classification listed are pursuant to the confirmed Plan and Orders of the Court as determined by the Trustee. In addition, the debtor's attorney will be paid $2,000.00 through the Plan.

Disbursements of Plan funds to creditors listed and classified has or will commence pursuant to the confirmed Plan and Orders of the Court. Unless an **objection to claims** together with a Notice of Hearing is filed with the Clerk of the Bankruptcy Court on or before November 27, 2013, the claims will be paid as allowed and classified on the following list without further notice.

              s/W.H. Griffin, Chapter 13 Trustee
              W.H. Griffin #8060
              6330 LAMAR
              SUITE 110
              OVERLAND PARK, KS  66202-4286
              (913)677-1311
              (913)432-7857(Fax)

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that the Debtors and Debtors' Attorney will be served either electronically or via U.S. mail.

              s/W.H. Griffin, Chapter 13 Trustee
              W.H. Griffin, Chapter 13 Trustee

Paul John Demo, Jr.
Jeanette Marie Demo
18175 W 156th St
Olathe, KS 66062

| Claim # | Creditor Name and Address | Claim Amount | Interest Rate | Percent to be Paid |
|---|---|---|---|---|
| 1 | CAVALRY PORTFOLIO SERVICE LLC<br>500 SUMMIT LAKE DRIVE<br>SUITE 400<br>VALHALLA, NY 10595-1340<br>Classified as: UNSECURED | $1,834.48<br><br>Monthly Payment: $0.00<br><br>GE RETAIL BANK/DILLARD'S | 0.00 | 0.00 |
| 2 | SANTANDER CONSUMER USA<br>DBA GEMB LENDING<br>PO BOX 560284<br>DALLAS, TX 75356<br>Classified as: SECURED/SURRENDER COLLATERAL | $0.00<br><br><br>Monthly Payment: $0.00<br>JER CROWNLIN 236/SURRENDERED | 0.00 | 0.00 |
| 3 | KANSAS DEPARTMENT OF REVENUE<br>ATTN: CTE/BANKRUPTCY UNIT<br>PO BOX 12005<br>TOPEKA, KS 66612-2005<br>Classified as: PRIORITY | $3,234.13<br><br><br>Monthly Payment: $0.00<br><br>2009/10/11 INCOME TAXES (AMEND | 0.00 | 100.00 |
| 4 | KANSAS DEPARTMENT OF REVENUE<br>ATTN: CTE/BANKRUPTCY UNIT<br>PO BOX 12005<br>TOPEKA, KS 66612-2005<br>Classified as: PRIORITY | $14,341.79<br><br><br>Monthly Payment: $0.00<br><br>WITHHOLDING JAN-DEC. 2005-08/1 | 0.00 | 100.00 |
| 5 | AMERICAN INFOSOURCE<br>AGENT FOR MIDLAND FUNDING<br>PO BOX 268941<br>OKLAHOMA CITY, OK 73126-8941<br>Classified as: UNSECURED | $3,759.87<br><br><br>Monthly Payment: $0.00<br>CHASE BANK USA / NOT SCHEDUL | 0.00 | 0.00 |
| 6 | AMERICAN INFOSOURCE<br>AGENT FOR MIDLAND FUNDING<br>PO BOX 268941<br>OKLAHOMA CITY, OK 73126-8941<br>Classified as: UNSECURED | $3,554.58<br><br><br>Monthly Payment: $0.00<br><br>CITIBANK S.D. | 0.00 | 0.00 |
| 7 | AMERICAN INFOSOURCE<br>AGENT FOR MIDLAND FUNDING<br>PO BOX 268941<br>OKLAHOMA CITY, OK 73126-8941 | $823.47<br><br><br>Monthly Payment: $0.00 | 0.00 | 0.00 |

| Claim # | Creditor Name and Address | Claim Amount | Interest Rate | Percent to be Paid |
|---|---|---|---|---|
| | Classified as: UNSECURED | | | TARGET NATIONAL BANK |
| 8 | VENTURE FINANCIAL SERVICES<br>PO BOX 16568<br>RAYTOWN, MO 64133 | $5,488.81 | 0.00 | 0.00 |
| | | Monthly Payment: $0.00 | | |
| | Classified as: UNSECURED | | | SERVICES PROVIDED |
| 9 | UNITED HEATING & COOLING, INC<br>% EVANS & MULLINIX<br>7225 RENNER RD, STE 200<br>SHAWNEE, KS 66217 | $1,178.50 | 0.00 | 0.00 |
| | | Monthly Payment: $0.00 | | |
| | Classified as: UNSECURED | | | JUDGMENT |
| 10 | PORTFOLIO INVESTMENTS II, LLC<br>% RECOVERY MANAGEMENT<br>SYSTEMS CORP<br>25 SE 2ND AVE, STE 1120<br>MIAMI, FL 33131-1605 | $6,299.61 | 0.00 | 0.00 |
| | | Monthly Payment: $0.00 | | |
| | Classified as: UNSECURED | | | CITIFINANCIAL |
| 11 | HOMEWARD RESIDENTIAL, INC<br>BANKRUPTCY DEPARTMENT<br>1525 S BELTLINE ROAD, SUITE 100 NORTH<br>COPPELL, TX 75019 | $13,946.31 | 0.00 | 100.00 |
| | | Monthly Payment: $0.00 | | |
| | Classified as: ARREARS | | | THROUGH NOVEMBER 2012 |
| 12 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | $41,819.00 | 3.00 | 100.00 |
| | | Monthly Payment: $770.16 | | |
| | Classified as: OTHER SECURED | | | 2003/04 INCOME TAXES/AMEND |
| 13 | SALLIE MAE GUARANTEE SERVICES<br>ATTN: DEPOSIT OPERATIONS<br>PO BOX 7167<br>INDIANAPOLIS, IN 46206-7167 | $1,305.99 | 0.00 | 0.00 |
| | | Monthly Payment: $0.00 | | |
| | Classified as: UNSECURED | | | STUDENT LOAN |

| Claim # | Creditor Name and Address | Claim Amount | Interest Rate | Percent to be Paid |
|---|---|---|---|---|
| 14 | QUANTUM3 GROUP LLC<br>QUANTUM3 FUNDING LLC<br>PO BOX 788<br>KIRKLAND, WA 98083-0788<br>Classified as: UNSECURED | $2,847.49<br><br><br>Monthly Payment: $0.00<br>HSBC BANK/BEST BUY | 0.00 | 0.00 |
| 15 | BOARD OF COUNTY COMMISSIONERS OF JOHNSON COUNTY KS<br>LISA R WETZLER<br>JOHNSON COUNTY LEGAL DEPT<br>111 SOUTH CHERRY, STE 3200<br>OLATHE, KS 66061<br>Classified as: PRIORITY | $0.00<br><br>Monthly Payment: $0.00<br><br><br>TAXES ON BOAT/SURRENDERED | 0.00 | 100.00 |
| 16 | AMERICAN EXPRESS BANK FSB<br>% BECKETT & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701<br>Classified as: UNSECURED | $4,457.97<br><br><br>Monthly Payment: $0.00<br>CREDIT CARD | 0.00 | 0.00 |
| 17 | CAPITAL ONE, NA<br>% BECKETT & LEE<br>PO BOX 3001<br>MALVERN, PA 19355-0701<br>Classified as: UNSECURED | $1,045.44<br><br><br>Monthly Payment: $0.00<br>KOHL'S | 0.00 | 0.00 |
| 18 | ACCOUNT RECOVERY<br>200 W WYATT EARP BLVD<br>PO BOX 136<br>DODGE CITY, KS 67801<br>Classified as: UNSECURED | $450.01<br><br><br>Monthly Payment: $0.00<br>EMERGENCY MED CARE | 0.00 | 0.00 |
| 19 | MAIN STREET ACQUISITION CORP<br>ASSIGNEE OF CHASE BANK USA NA<br>%BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701<br>Classified as: UNSECURED | $2,617.60<br><br><br>Monthly Payment: $0.00<br><br><br>CHASE BANK/NOT SCHEDULED | 0.00 | 0.00 |

| Claim # | Creditor Name and Address | Claim Amount | Interest Rate | Percent to be Paid |
|---|---|---|---|---|
| 20 | COHEN, MCNEILE, PAPPAS ET AL<br>4601 COLLEGE BLVD., STE. 200<br>LEAWOOD, KS 66211<br>Classified as: UNSECURED | $53,306.05<br>Monthly Payment: $0.00 | 0.00 | 0.00<br>FOR MCCRAY LUMBER |
| 21 | UNIFUND CCR PARTNERS<br>%COHEN MCNEILE & PAPPAS<br>4601 COLLEGE BLVD #200<br>LEAWOOD, KS 66211<br>Classified as: UNSECURED | $3,933.36<br>Monthly Payment: $0.00 | 0.00 | 0.00<br>AMAZON |
| 22 | OLATHE MEDICAL CENTER<br>% KRAMER & FRANK PC<br>9300 DIELMAN INDUSTRIAL #100<br>ST LOUIS, MO 63132<br>Classified as: UNSECURED | $1,883.11<br>Monthly Payment: $0.00 | 0.00 | 0.00 |
| 23 | OLATHE MEDICAL CENTER<br>% KRAMER & FRANK PC<br>9300 DIELMAN INDUSTRIAL #100<br>ST LOUIS, MO 63132<br>Classified as: UNSECURED | $1,931.71<br>Monthly Payment: $0.00 | 0.00 | 0.00 |
| 24 | CAPITAL ONE, NA<br>% BASS & ASSOCIATES<br>3936 E. FT. LOWELL RD, STE 200<br>TUCSON, AZ 85712<br>Classified as: OTHER SECURED | $293.99<br>Monthly Payment: $0.00 | 4.75 | 100.00<br>BEST BUY CO/NOT SCHEDULED AS |
| 25 | RJM ACQUISITION FUNDING LLC<br>575 UNDERHILL BLVD., STE 224<br>SYOSSET, NY 11791<br>Classified as: UNSECURED | $84.25<br>Monthly Payment: $0.00 | 0.00 | 0.00<br>SCHOLASTIC/NOT SCHEDULED |
| 26 | PORTFOLIO RECOVERY<br>ASSOCIATES<br>PO BOX 12914<br>NORFOLK, VA 23541<br>Classified as: UNSECURED | $3,518.43<br>Monthly Payment: $0.00 | 0.00 | 0.00<br>GE MONEY BANK/CARE CREDIT |

| Claim # | Creditor Name and Address | Claim Amount | Interest Rate | Percent to be Paid |
|---|---|---|---|---|
| 27 | PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK, VA 23541<br>Classified as: UNSECURED | $1,948.93<br><br>Monthly Payment: $0.00<br>GE MONEY BANK/LOWES | 0.00 | 0.00 |
| 28 | PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK, VA 23541<br>Classified as: UNSECURED | $2,189.23<br><br>Monthly Payment: $0.00<br>DICK'S SPORTING GOODS | 0.00 | 0.00 |
| 29 | PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK, VA 23541<br>Classified as: UNSECURED | $765.48<br><br>Monthly Payment: $0.00<br>CAPITAL ONE | 0.00 | 0.00 |
| 30 | GREAT SOUTHERN BANK<br>C/O LATHROP & GAGE LLP<br>2345 GRAND BLVD, STE 2200<br>KANSAS CITY, MO 64108<br>Classified as: SECURED/SURRENDER COLLATERAL | $0.00<br><br><br>Monthly Payment: $0.00<br>ZURSANDPIPER/AMENDED. SEE #1 | 0.00 | 0.00 |
| 31 | PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK, VA 23541<br>Classified as: UNSECURED | $1,679.00<br><br>Monthly Payment: $0.00<br>iE MONEY BANK/NOT SCHEDULED | 0.00 | 0.00 |
| 32 | ASSET ACCEPTANCE LLC<br>PO BOX 2036<br>WARREN, MI 48090-2036<br><br>Classified as: UNSECURED | $4,632.03<br><br><br>Monthly Payment: $0.00<br>GE MONEY BANK/BENCHMARK | 0.00 | 0.00 |
| 1003 | KANSAS DEPARTMENT OF REVENUE<br>ATTN: CTE/BANKRUPTCY UNIT<br>PO BOX 12005<br>TOPEKA, KS 66612-2005<br>Classified as: UNSECURED | $29,989.30<br><br><br>Monthly Payment: $0.00<br>:003-08 INCOME TAXES/PENALTIES | 0.00 | 0.00 |

| Claim # | Creditor Name and Address | Claim Amount | Interest Rate | Percent to be Paid |
|---|---|---|---|---|
| 1004 | KANSAS DEPARTMENT OF REVENUE<br>ATTN: CTE/BANKRUPTCY UNIT<br>PO BOX 12005<br>TOPEKA, KS 66612-2005<br>Classified as: UNSECURED | $4,393.74<br><br>Monthly Payment: $0.00<br><br>PENALTIES - AMENDED | 0.00 | 0.00 |
| 1011 | HOMEWARD RESIDENTIAL, INC<br>BANKRUPTCY DEPARTMENT<br>1525 S BELTLINE ROAD, SUITE 100 NORTH<br>COPPELL, TX 75019<br>Classified as: ONGOING MORTGAGE-SECURED | $0.00<br><br>Monthly Payment: $2130.69<br><br>BEGIN WITH FEB 2013 | 0.00 | 100.00 |
| 1012 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317<br>Classified as: PRIORITY | $20,475.31<br><br>Monthly Payment: $0.00<br><br>09 & 10 TAXES/AMEND | 0.00 | 100.00 |
| 1030 | GREAT SOUTHERN BANK<br>C/O LATHROP & GAGE LLP<br>2345 GRAND BLVD, STE 2200<br>KANSAS CITY, MO 64108<br>Classified as: UNSECURED | $4,164.44<br><br>Monthly Payment: $0.00<br><br>AMENDED DEFICIENCY CLAIM | 0.00 | 0.00 |
| 1111 | HOMEWARD RESIDENTIAL, INC<br>BANKRUPTCY DEPARTMENT<br>1525 S BELTLINE ROAD, SUITE 100 NORTH<br>COPPELL, TX 75019<br>Classified as: ADMIN EXP/POST-PET DQ | $4,311.38<br><br>Monthly Payment: $0.00<br><br>DEC 12 & JAN 13 | 8.50 | 100.00 |
| 1112 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317<br>Classified as: UNSECURED | $141,555.74<br><br>Monthly Payment: $0.00<br><br>2004-08 TAXES/PENALTIES/AMEND | 0.00 | 0.00 |
| 1212 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317<br><br>Monthly Payment: $0.00 | $6,137.28 | 0.00 | 100.00 |

| Claim # | Creditor Name and Address | Claim Amount | Interest Rate | Percent to be Paid |
|---|---|---|---|---|
| | Classified as: PRIORITY ESTIMATED TAXES | 011 EST'D TAXES/NOT FILED/AMEN | | |
| 10024 | CAPITAL ONE, NA<br>% BASS & ASSOCIATES<br>3936 E. FT. LOWELL RD, STE 200<br>TUCSON, AZ 85712 | $847.45 | 0.00 | 0.00 |
| | | Monthly Payment: $0.00 | | |
| | Classified as: UNSECURED | plit Claim BEST BUY CO/NOT SCHED | | |

Total: $397,045.26

As of the date of this report, we estimate this Plan should run 54 more months. Please be aware that any number of modifications can affect the Plan length and/or the Percent to be Paid, and as such these numbers can change.