# Notice Recipients

District/Off: 1083−2     User: susan     Date Created: 11/14/2013
Case: 12−22983     Form ID: defo     Total: 3

**Recipients of Notice of Electronic Filing:**
ust     U.S. Trustee     ustpregion20.wi.ecf@usdoj.gov
tr     William H Griffin     ecfgriff@13trusteeks.com
aty     W Brett Chapin     brett@chapinlawfirm.com

TOTAL: 3