**Form defo** (Revised 12/01/2009)

## United States Bankruptcy Court – District of Kansas
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number: 12–22983                                    Chapter: 13

In re:

| | |
|---|---|
| Paul John Demo Jr. | Jeanette Marie Demo |
| dba    PMI Midwest | aka    Jeanette Strom–Demo |
| 18175 W. 156th Street | 18175 W. 156th Street |
| Olathe, KS 66062 | Olathe, KS 66062 |
| SSN: xxx–xx–0181 | SSN: xxx–xx–7361 |

| Entered By The Court 11/15/13 | ORDER TO CORRECT DEFECTIVE PLEADING(S) | **Filed By The Court** 11/15/13 David D. Zimmerman Clerk of Court US Bankruptcy Court |
|---|---|---|

The following pleading was filed in this matter and is defective for the following reason(s):

*52* – Motion to Modify Plan Payment (Abating Plan Payments). Filed on behalf of Joint Debtor Jeanette Marie Demo, Debtor Paul John Demo Jr., with Certificate of Service.(Chapin, W)

*53* – Notice of Objection Deadline. Proposed Hearing to be held 12/17/13 at 1:30 pm. Certificate of Service on 11–14–13. Filed by W Brett Chapin on behalf of Jeanette Marie Demo, Paul John Demo Jr. (RE: related document(s)52 Motion to Modify Plan Payment (Abating Plan Payments). Filed on behalf of Joint Debtor Jeanette Marie Demo, Debtor Paul John Demo Jr., with Certificate of Service.) Objections due by 12/5/2013. (Chapin, W)

The Clerk of the United States Bankruptcy Court will take no further action and no hearing will be scheduled on the court's calendar until the filer corrects the above–described deficiency. Your motion or application will not be heard until you give proper notice.

The person filing the pleading is ordered to correct all deficiencies listed above within fourteen (14) days of the date hereof. Failure to timely comply will result in this matter being set on the Court's Show Cause Docket or the motion or application denied, in the Court's sole discretion, without further notice.

It is so ORDERED.

Document 54 – 52, 53                                    s/ David D. Zimmerman
                                                        Clerk, United States Bankruptcy Court