IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE:<br>PAUL JOHN DEMO JR.<br>JEANETTE MARIE DEMO | )<br>)  CASE NO. 12-22983<br>)<br>)<br>) |

## AMENDED NOTICE WITH OPPORTUNITY ON MOTION TO ABATE

NOTICE IS HEREBY GIVEN that if you fail to file a written objection to the attached Debtors' Motion for Plan Modification to Abate Payments with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before December 6, 2013, no hearing will be held and order will be submitted for approval.

If you file a timely objection, a hearing will be held before the U.S. Bankruptcy Court, U.S. Courthouse, Courtroom 151, Kansas City, Kansas, on the 17th day of December, 2013, at 1:30 o'clock, p.m., or as soon thereafter as the court's schedule permits. If you file the objection, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

## CERTIFCATE OF SERVICE

I CERTIFY THAT ON THIS 15TH DAY OF NOVEMBER, 2013, I ELECTRONICALLY FILED THE AMENDED NOTICE AND COPY OF DEBTORS' MOTION FOR PLAN MODIFICATION TO ABATE PAYMENTS WITH NOTICE TO THE COURT USING CM/ECF SYSTEM WHICH HAS SENT NOTIFICATION TO ALL PARTIES PARTICIPATING IN THE CM/ECF SYSTEM.

FURTHER I HEREBY CERTIFY THAT ON THIS 15TH DAY OF NOVEMBER, 2013, A TRUE AND CORRECT COPY OF THE DEBTORS' MOTION FOR PLAN MODIFICATION TO ABATE PAYMENTS AND AMENDED NOTICE WAS FORWARDED VIA U.S. MAIL, FIRST CLASS, POSTAGE PREPAID AND PROPERLY ADDRESSED TO THE PARTIES' AND/OR COUNSEL'S ADDRESSES ON THE ATTACHED MATRIX WHO DO NOT RECEIVE NOTICE ELECTRONICALLY VIA CM/ECF.

/S/ W. BRETT CHAPIN

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE: )
PAUL JOHN DEMO JR. ) CASE NO. 12-22983
JEANETTE MARIE DEMO )
)
)

## DEBTORS' MOTION FOR PLAN MODIFICATION TO ABATE PAYMENTS

COMES NOW, the Debtors, by and through their attorney, W. Brett Chapin of the Chapin Law Firm, LLC, and moves the Court for an Order modifying the Chapter 13 Plan in this case to abate/suspend all plan payments due, but not yet paid, for the period through November, 2013. This motion would abate payments of $4,140.00 per month for September and October 2013 and payments of $4,310.00 would resume in November of 2013. In support of said Motion, Debtors would show the Court as follows:

1. Their chapter 13 plan as filed called for the Debtors to pay $4,140.00 per month to the Trustee.
2. Debtors request suspension of payment for the following reason:
    a. Debtors experienced an unexpected drop in Business Revenue.
3. In the event that payments are not resumed within 30 days after the end of the suspension, Debtor understands that the Trustee will move to have the case dismissed for failure to make plan payments.
4. Even with this modification, Debtors would be able to complete their obligations under the plan within the statutorily-required period. In the event an increase in the plan payment is required to accommodate this modification, Debtor consents in advance to such an increase.
5. The Debtor would agree that the Trustee can move the missed post-petition mortgage payments into a separate administration claim to be paid with late charges and pro-rata so funds free up for the other secured creditors.

6. Debtors have incurred additional attorney fees in the amount $290.00 associated with this plan modification, and ask that those fees be added to the plan. These fees are as follows:

| | |
|---|---|
| Phone Conversations between Debtor & Attorney | $40.00 |
| Discussions between Paralegal and Attorney | $100.00 |
| Draft, File, and mail Motion to Modify Plan to Abate Payments | $100.00 |
| Draft, File and mail Order to Modify for future filing | $50.00 |

Wherefore, Debtors pray that the Court grant this Motion for Plan Modifications and for such other and further relief as the Court deem just and equitable.

Respectfully submitted by:

CHAPIN LAW FIRM, LLC.

/s/ W. Brett Chapin

W. Brett Chapin, Kansas Bar No. 19411
11212 Johnson Drive
Shawnee, Kansas 66203
Telephone: (913) 385-0600
Facsimile: (913) 385-0613
ATTORNEY FOR DEBTORS

## NOTICE WITH OPPORTUNITY ON MOTION TO ABATE

NOTICE IS HEREBY GIVEN that if you fail to file a written objection to the above motion with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before December 5, 2013, no hearing will be held and order will be submitted for approval.

If you file a timely objection, a hearing will be held before the U.S. Bankruptcy Court, U.S. Courthouse, Courtroom 151, Kansas City, Kansas, on the 17th day of December, 2013, at 1:30 o'clock, p.m., or as soon thereafter as the court's schedule permits. If you file the objection, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

## CERTIFCATE OF SERVICE

I CERTIFY THAT ON THIS 14TH DAY OF NOVEMER, 2013, I ELECTRONICALLY FILED THE ABOVE AND FOREGOING MOTION WITH NOTICE TO THE COURT USING CM/ECF SYSTEM WHICH HAS SENT NOTIFICATION TO ALL PARTIES PARTICIPATING IN THE CM/ECF SYSTEM.

FURTHER I CERTIFY THAT I HAVE DEPOSITED IN THE US MAIL, FIRST CLASS POSTAGE PREPAID, A TRUE AND CORRECT COPY OF THE ABOVE AND FOREGOING MOTION ADDRESSED AS FOLLOWS:

PAUL & JEANETTE DEMO
18175 W. 156TH STREET
OLATHE, KANSAS 66062

/S/ W. BRETT CHAPIN

Demo, Paul John Jr.
18175 W. 156th Street
Olathe, KS  66062-0000

Demo, Jeanette Marie
18175 W. 156th Street
Olathe, KS  66062-0000

Account Recovery Specil
3505 W. Topeka St.
Wichita, KS  67219-0000

Alliance Radiology
P.O. Box 809012
Kansas City, MO  64180-9012

Allied Insurance
P.O. Box 280431, Hartland St., Suite 401
East Hartford, CT  06128-0431

Allied Interstate
300 Corporate Exchange Dr., 5th Floor
Columbus, OH  43231-0000

AMCA
P.O. Box 1235
Elmsford, NY  10523-0935

American Express
P.O. Box 650448
Dallas, TX  75265-0448

American Express
P.O. Box 26312
Lehigh Valley, PA  18002-6312

American Kenpo Karate Academy
2073 E. Santa Fe
Olathe, KS  66062

American Medical Collection Agency
4 Westchester Plaza, Bldg 4
Elmsford, NY  10523-0000

Amex
Po Box 297871
Fort Lauderdale, FL  33329

Asset Recovery Solutions, LLC
C/O Berman & Rabin
15280 Metcalf Avenue
Overland Park, KS  66223

Berman & Rabin
15280 Metcalf Avenue
Overland Park, KS  66223-0000

Berman & Rabin
P.O. Box 24327
Overland Park, KS  66283-0000

Burns Burns Walsh & Walsh PA
P.O. Box 487, 704 Topeka Avenue
Lyndon, KS  66451-0487

CAC Financial Corp
2601 NW Expwy, Suite 1000
E. Oklahoma City, OK  73112-0000

Cach, Llc (original Creditor:ge Money Ba
4340 S Monaco, Second Floor
Denver, CO  80237

Capital One Bank USA
Po Box 85520
Richmond, VA  23285

Cavalry Portfolio Serv (original Credito
500 Summit Lake Dr
Valhalla, NY  10595

Cavalry Portfolio Services LLC
P.O. Box 1017
Hawthorne, NY  10532-0000

CBE Group
1309 Technology Pkwy
Cedar Falls, IA  50613-0000

Chase
Po Box 15298
Wilmington, DE  19850

Children Mercy Hospital
P.O. Box 803302
Kansas City, MO  64180-3302

Children's Mercy Hospitals And Clinics
P.O. Box 804435
Kansas City, MO  64180-4435

Citifinancial
300 Saint Paul Pl
Baltimore, MD  21202

Clerk Of Johnson County District Court
Case No. 12LA1473
100 N. Kansas Avenue
Olathe, KS  66061

Clerk Of Johnson County District Court
Case No. 12LA2739
100 N. Kansas Avenue
Olathe, KS  66061

Clerk Of Johnson County District Court
Case No. 09LA1129
100 N. Kansas Avenue
Olathe, KS  66061

Clerk Of Johnson County District Court
Case No. 11LA9399
100 N. Kansas Avenue
Olathe, KS  66061

Kohls/capone  
Po Box 3115  
Milwaukee, WI 53201

KCI  
P.O. Box 14765  
Shawnee Mission, KS 66285-4765

Kansas Department Of Revenue  
Director Of Taxation  
915 SW. Harrison  
Topeka, KS 66625-3512

Kansas City Homes & Gardens  
2305 Newpointe Pky  
Lawrenceville, GA 30043-5530

Johnson County Treasurer  
111 S. Cherry St., Ste 1500  
Olathe, KS 66061-3451

John F. Michaels  
Attorney At Law  
P.O. Box 7507  
Overland Park, KS 66207-0000

Internal Revenue Service  
P.O. Box 21126  
Philadelphia, PA 19114

Hsbc/bsbuy  
Po Box 5253  
Carol Stream, IL 60197

Homeward Residential  
1525 S Belt Line Rd  
Coppell, TX 75019

Healthcare Finanical Associates  
P.O. Box 803302  
Kansas City, MO 64180-3302

Haase&long (original Creditor:medical)  
303 West 11th St  
Lawrence, KS 66044

Great Southern Bank  
1451 E Battlefield St  
Springfield, MO 65804

Golden Valley Medical  
1602 N. Second  
Clinton, MO 64735

Gary Hubbard  
102 Brown Ave  
Osawatomie, KS 66064-0000

Gary Hubbard  
102 Brown Ave  
Osawatomie, KS 66064-0000

Frederick J. Hanna & Assoc  
1427 Roswell Rd.  
Marietta, GA 30062-0000

Ford Cred  
Po Box Box 542000  
Omaha, NE 68154

Exe Fin Con (original Creditor:medical)  
310 Armour Rd Suite 220  
Nkc, MO 64116

Evans Mullinix  
Attorneys At Law  
7225 Renner Rd, Suite 200  
Shawnee, KS 66217-0000

Escallate Llc (original Creditor:solarus  
5200 Stoneham Rd  
North Canton, OH 44720

Enhanced Recovery Company  
8014 Bayberry Rd.  
Jacksonville, FL 32256-7412

Enhanced Recovery Co L (original Credito  
8014 Bayberry Rd  
Jacksonville, FL 32256

Emergency Medicine Care LLC  
P.O. Box 716  
Overland Park, KS 66201-0716

Emergency Medical Care LLC  
C/O ARSI Account Recovery Specialists  
3505 No. Topeka  
Wichita, KS 67219

Discovr Cd  
Po Box15316  
Wilmington, DE 19850-5316

David J. Cobb DDS, PA  
975 N. Mur-Len Ste #A  
Olathe, KS 66062

Credit World Services, Inc.  
6000 Martway St.  
Shawnee Mission, KS 66202-3339

Client Services INc  
3451 Harry S. Truman Blvd  
St. Charles, MO 63301-4047

Clerk Of Johnson County District Court  
Case No. 12LA7998  
100 N. Kansas Avenue  
Olathe, KS 66061

Clerk Of Johnson County District Court  
Case No. 12CV8082  
100 N. Kansas Avenue  
Olathe, KS 66061

Physicians Reference Laboratory LLC
P.O. Box 879593
Kansas City, MO  64187-0001

Optima Recovery Services LLC
6215 Kingston Pike, Ste B, Box 52968
Knoxville, TN  37950-2968

Optima Recovery Servic (original Credito
6215 Kingston Pk Ste A
Knoxville, TN  37919

Olathe Medical Services, Inc.
P.O. Box 505001
St. Louis, MO  63150-5001

Olathe Medical Services
Central Billing Office
14425 College Blvd, Ste 100
Lenexa, KS  66215-0000

Olathe Medical Center Inc.
20333 W. 151st St
Olathe, KS  66061

Office Of The United States Attorney
1200 Epic Center
301 N. Main
Wichita, KS  67202-0000

Office Of The United States Attorney
U.S. Courthouse, Ste 290
444 Southeast Quincy Street
Topeka, KS  66683-0000

Office Of The United States Attorney
Robert J. Dole U.S. Courthouse, Ste 360
500 State Avenue
Kansas City, KS  66101-0000

Northland Group Inc.
P.O. Box 390846
Minneapolis, MN  55439-0000

Nebraska Furniture Mar
700 S 72nd St
Omaha, NE  68114

NCO Financial Systems Inc.
P.O. Box 17205
Wilmington, DE  19850-7205

NCO Financial Systems Inc.
507 Prudential Road
Horsham, PA  19044-0000

NCB Management Services Inc.
P.O. Box 1099
Langhorne, PA  19047-0000

Nationwide Credit
P.O. Box 26314
Lehigh Valley, PA  18002

Midland Funding (original Creditor:citib
8875 Aero Dr Ste 200
San Diego, CA  92123

Midland Funding (original Creditor:chase
8875 Aero Dr Ste 200
San Diego, CA  92123

Midland Funding (org Creditor Target
8875 Aero Dr Ste 200
San Diego, CA  92123

Midland Credit Management Inc.
P.O. Box 60578
Los Angeles, CA  90060-0578

Midland Credit Management Inc.
8875 Aero Drive, Ste 200
San Diego, CA  92123-0000

Merchants Credit Adjusters, Inc.
17055 Frances St.
Omaha, NE  68130-0000

MCM
P.O. Box 603, Dept 12421
Oaks, PA  19456-0000

McGuigan Law Office, LLC
311 Veterans Highway, Ste 100A
Levittown, PA  19056-0000

McCray
10741 El Mounte St.
Overland Park, KS  66211

Leading Edge Recovery Solutions
5440 N. Cumberland Avenue, Ste 300
Chicago, IL  60656-1490

Leading Edge Rec. Sol
P.O. Box 129
Linden, MI  48451-0129

Laboratory Corp. Of America
American Medical Collection Agency
4 Westchester Plaza, Bldg 4
Elmsfiord, NY  10523

Krammer & Frank
1125 Grand Ste 600
Kansas City, MO  64106-2501

Krammer & Frank
9300 Dielman Ind Dr.
St. Louis, MO  63132-2205

Kramer&frank (original Creditor:medical)
9666 Olive Blvd Suite 450
St Louis, MO  63132

Wells Fargo
11809 Shawnee Mission Parkway
Shawnee, KS  66203

Venture Finanical Services, Inc.
Box 16568, 9500 East 63rd St., Ste 202
Raytown, MO  64133-0000

Venture Financial Services, Inc.
P.O. Box 16568
Raytown, MO  64133-0568

University Of Kansas Pysicians
P.O. Box 410208
Kansas City, MO  64141-0208

University Of Kansas Pysicians
P.O. Box 410389
Kansas City, MO  64141-0389

United Specialty Products
Lifetime Cookware
P.O. Box 36203
Denver, CO  80227

United Imaging Consultants LLC
P.O. Box 807001
Kansas City, MO  64180-7001

United Imaging Consultants LLC
5800 Foxridge Dr. 240
Mission, KS  66202

United Heating & Cooling Inc.
301 Duck Rd
Grandview, MO  64030

Unifund Ccr Partners (original Creditor:
10625 Techwoods Circle
Cincinnati, OH  45242

Thd/cbna
Po Box 6497
Sioux Falls, SD  57117

Stellar Recovery Inc (original Creditor:
1845 Highway 93 South
Kalispell, MT  59901

Stellar Recovery
1327 Highway 2 W. Suite 100
Kalispell, MT  59901-3413

St. Lukes South Hospital
C/O Venture Financial Services LLC
P.O. Box 16568, 9500 E. 63rd St., St 202
Raytown, MO  64133

St. Lukes Medical Group
14115 W. 95th St.
Lenexa, KS  66215

Sports Rehab & Physical Therapy
10701 Nall Avenue, Ste 130
Overland Park, KS  66211

Santander Consumer Usa
Po Box 961245
Ft Worth, TX  76161

Sallie Mae
Po Box 9500
Wilkes-barre, PA  18773-9500

Saint Lukes Medical Group
P.O. Box 740197
Atlanta, GA  30374-0197

RMS
77 Hartland St., Ste 401, Box 280431
East Hartford, CT  06128-0431

RGS Financial
P.O. Box 852039
Richardson, TX  75085-2039

QC Financial Services,
Quik Cash #014
129 W. Dennis
Olathe, KS  66061

Portfolio Recovery Associates LLC
P.O. Box 12903
Norfolk, VA  23541-0000

Portfolio Recovery Associates
120 Corporate Blvd, Ste 100
Norfolk, VA  23502

Portfolio
120 Corporate Blvd, Ste 100
Norfolk, VA  23502

Physicians Reference Laboratory, LLC
7800 W. 110th Street
Overland Park, KS  66210-0000