**Form defo**  (Revised 12/01/2009)

## United States Bankruptcy Court – District of Kansas
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

| | |
|---|---|
| Case Number: 12–22983 | Chapter: 13 |

In re:

| | |
|---|---|
| Paul John Demo Jr. | Jeanette Marie Demo |
| dba     PMI Midwest | aka     Jeanette Strom–Demo |
| 18175 W. 156th Street | 18175 W. 156th Street |
| Olathe, KS 66062 | Olathe, KS 66062 |
| SSN: xxx–xx–0181 | SSN: xxx–xx–7361 |

**Entered By The Court
11/15/13**

**ORDER TO CORRECT DEFECTIVE PLEADING(S)**

**Filed By The Court
11/15/13
David D. Zimmerman
Clerk of Court
US Bankruptcy Court**

The following pleading was filed in this matter and is defective for the following reason(s):

*52* – Motion to Modify Plan Payment (Abating Plan Payments). Filed on behalf of Joint Debtor Jeanette Marie Demo, Debtor Paul John Demo Jr., with Certificate of Service.(Chapin, W)

*53* – Notice of Objection Deadline. Proposed Hearing to be held 12/17/13 at 1:30 pm. Certificate of Service on 11–14–13. Filed by W Brett Chapin on behalf of Jeanette Marie Demo, Paul John Demo Jr. (RE: related document(s)52 Motion to Modify Plan Payment (Abating Plan Payments). Filed on behalf of Joint Debtor Jeanette Marie Demo, Debtor Paul John Demo Jr., with Certificate of Service.) Objections due by 12/5/2013. (Chapin, W)

The Clerk of the United States Bankruptcy Court will take no further action and no hearing will be scheduled on the court's calendar until the filer corrects the above–described deficiency. Your motion or application will not be heard until you give proper notice.

The person filing the pleading is ordered to correct all deficiencies listed above within fourteen (14) days of the date hereof. Failure to timely comply will result in this matter being set on the Court's Show Cause Docket or the motion or application denied, in the Court's sole discretion, without further notice.

It is so ORDERED.

| | |
|---|---|
| Document 54 – 52, 53 | s/  David D. Zimmerman
Clerk, United States Bankruptcy Court |

```
                        United States Bankruptcy Court
                              District of Kansas
```

In re:                                                          Case No. 12-22983-RDB
Paul John Demo, Jr.                                             Chapter 13
Jeanette Marie Demo
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 1083-2        User: judy           Page 1 of 1            Date Rcvd: Nov 15, 2013
                            Form ID: defo        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2013.
db/jdb       +Paul John Demo, Jr.,   Jeanette Marie Demo,   18175 W. 156th Street,   Olathe, KS 66062-6721

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2013                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2013 at the address(es) listed below:
              Andrea L Taylor    on behalf of Creditor    Internal Revenue Service andrea.taylor@usdoj.gov,
               rhonda.mckinzie@usdoj.gov
              Ashley  Osborn    on behalf of Creditor    Santander Consumer USA Inc. ksbkecf@southlaw.com
              Patti H Bass    on behalf of Creditor    Capital One NA ecf@bass-associates.com
              Susan P DeCoursey    on behalf of Creditor    McCray Lumber Company sdecoursey@cmplaw.net,
               gpappas@cmplaw.net;jdavis@cmplaw.net
              U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
              W Brett Chapin    on behalf of Debtor Paul John Demo, Jr. brett@chapinlawfirm.com,
               bchapin3@yahoo.com;sheila@chapinlawfirm.com
              W Brett Chapin    on behalf of Joint Debtor Jeanette Marie Demo brett@chapinlawfirm.com,
               bchapin3@yahoo.com;sheila@chapinlawfirm.com
              William H Griffin    ecfgriff@13trusteeks.com
                                                                                             TOTAL: 8