# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

IN RE:

    Paul John Demo, Jr.
    Jeanette Marie Demo
                Debtors            Case No: 12-22983-13

## NOTICE OF WITHDRAWAL OF TRUSTEE'S
## MOTION TO DISMISS

**COMES NOW** the Chapter 13 Trustee, W.H. Griffin, and hereby advises the Court that the Motion to Dismiss filed on October 10, 2013 is hereby withdrawn.

Dated: January 07, 2014                s/W.H. Griffin, Chapter 13 Trustee

                                              W.H. Griffin #08060
                                              6330 LAMAR
                                              SUITE 110
                                              OVERLAND PARK, KS 66202-4286
                                              (913) 677-1311
                                              (913) 432-7857 (Fax)
                                              inquiries@13trusteekc.com

## CERTIFICATE OF MAILING

I, the undersigned, do hereby certify that a true and attested copy of the above and foregoing Withdrawal has been forwarded to the Debtors and Debtors' Attorney either electronically or by U.S. Mail, first class postage prepaid, on January 07, 2014.

                                                        s/W.H. Griffin, Chapter 13 Trustee
                                                        W.H. Griffin, Trustee

Paul John Demo, Jr.
Jeanette Marie Demo
18175 W 156th St
Olathe, KS 66062