**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 10th day of February, 2014.**



_____
Robert D. Berger
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS, KANSAS CITY DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| PAUL JOHN DEMO, JR. | ) | Case No. 12-22983 |
| JEANETTE MARIE DEMO | ) | Chapter 13 |
| Debtors. | ) | |

### ORDER FOR PLAN MODIFICATION TO ABATE PAYMENTS

No objections have been filed to the Debtor's Motion for Plan Modification to Abate Payments. The last date for objection was December 6, 2013.

**IT IS SO ORDERED THAT:**

The Motion for Plan Modification to Abate Payments of $4,140.00 per month for September and October, 2013, filed by the above-captioned Debtor on November 14, 2013, is ordered. This order shall abate the Debtor's Plan Payments of

$4,140.00 per month for September and October, 2013. Payments shall resume in November, 2013.

The order shall include the attorney fees in the amount of $290.00 associated with this plan modification to be added to the plan.

The Trustee can move the missed post-petition mortgage payments into a separate administration claim to be paid with late charges and pro-rata so funds free up for the other secured creditors.

In the event that payments are not resumed within 30 days after the end of the suspension, Debtor understands that the Trustee will move to have the case dismissed for failure to make plan payments.

###

RESPECTFULLY SUBMITTED BY:
CHAPIN LAW FIRM, LLC.

| /s/ W. Brett Chapin | /s/William H. Griffin |
|---|---|
| W. Brett Chapin, Kansas Bar No. 19411 | William H. Griffin, Trustee |
| 11212 Johnson Drive | 6330 Lamar, Suite 110 |
| Shawnee, Kansas 66203 | Overland Park, Kansas 66202 |
| Telephone: (913) 385-0600 | Telephone: (913) 677-1311 |
| Facsimile: (913) 385-0613 | *Chapter 13 Trustee* |
| Attorney for Debtors | |