**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 10th day of February, 2014.**



_____
Robert D. Berger
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS, KANSAS CITY DIVISION

IN RE                                              )
                                                   )
PAUL JOHN DEMO, JR.                                )   Case No. 12-22983
JEANETTE MARIE DEMO                                )   Chapter 13
                    Debtors.                       )

### ORDER FOR PLAN MODIFICATION TO ABATE PAYMENTS

No objections have been filed to the Debtor's Motion for Plan Modification to Abate Payments. The last date for objection was December 6, 2013.

**IT IS SO ORDERED THAT:**

The Motion for Plan Modification to Abate Payments of $4,140.00 per month for September and October, 2013, filed by the above-captioned Debtor on November 14, 2013, is ordered.  This order shall abate the Debtor's Plan Payments of

$4,140.00 per month for September and October, 2013. Payments shall resume in November, 2013.

The order shall include the attorney fees in the amount of $290.00 associated with this plan modification to be added to the plan.

The Trustee can move the missed post-petition mortgage payments into a separate administration claim to be paid with late charges and pro-rata so funds free up for the other secured creditors.

In the event that payments are not resumed within 30 days after the end of the suspension, Debtor understands that the Trustee will move to have the case dismissed for failure to make plan payments.

###

RESPECTFULLY SUBMITTED BY:
CHAPIN LAW FIRM, LLC.

/s/ W. Brett Chapin                                     /s/William H. Griffin
W. Brett Chapin,    Kansas Bar No. 19411    William H. Griffin, Trustee
11212 Johnson Drive                                  6330 Lamar, Suite 110
Shawnee, Kansas 66203                             Overland Park, Kansas 66202
Telephone: (913) 385-0600                          Telephone: (913) 677-1311
Facsimile: (913) 385-0613                            *Chapter 13 Trustee*
Attorney for Debtors

```
                          United States Bankruptcy Court
                                District of Kansas
```

In re:                                                         Case No. 12-22983-RDB
Paul John Demo, Jr.                                            Chapter 13
Jeanette Marie Demo
        Debtors
## CERTIFICATE OF NOTICE

District/off: 1083-2          User: susan            Page 1 of 1            Date Rcvd: Feb 10, 2014
                              Form ID: pdf020        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 12, 2014.
aty          +Matthew D Mentzer,    9208 Dearborn St,   Overland Park, KS 66207-2420

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2014                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 10, 2014 at the address(es) listed below:
              Andrea L Taylor    on behalf of Creditor    Internal Revenue Service andrea.taylor@usdoj.gov,
               rhonda.mckinzie@usdoj.gov
              Ashley  Osborn    on behalf of Creditor    Santander Consumer USA Inc. ksbkecf@southlaw.com
              Patti H Bass    on behalf of Creditor    Capital One NA ecf@bass-associates.com
              Susan P DeCoursey    on behalf of Creditor    McCray Lumber Company sdecoursey@cmplaw.net,
               gpappas@cmplaw.net;jdavis@cmplaw.net
              U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
              W Brett Chapin    on behalf of Debtor Paul John Demo, Jr. brett@chapinlawfirm.com,
               bchapin3@yahoo.com;sheila@chapinlawfirm.com
              W Brett Chapin    on behalf of Joint Debtor Jeanette Marie Demo brett@chapinlawfirm.com,
               bchapin3@yahoo.com;sheila@chapinlawfirm.com
              William H Griffin    ecfgriff@13trusteeks.com
                                                                                             TOTAL: 8