# NOTICE OF CHANGE OF ADDRESS

Please enter the change of address set forth below in the records of:

**Case Name**   Paul J. & Jeanette M. Demo

**Case No.**   12-22983

**Check Appropriate Role Of Party The Address Change Will Affect:**
✓  Debtor        __ Creditor

Paul John Demo Jr. and Jeanette Marie Demo

**Name Of Party - (type or print)**

### Old Address Information:

18175 W. 156th Street

**Old** Street Address, Rural Route or Post Office Box - (type or print)

Olathe, Kansas 66062

**Old** City, State and Zip Code - (type or print)

### New Address Information:

20520 Kittridge Street

**New** Street Address, Rural Route or Post Office Box - (type or print)

Winnetka, California 91306

**New** City, State and Zip Code - (type or print)

Dated:  02/17/2014                    /s/Paul J. Demo
                                       Signature of Person Authorizing Address Change

                                       /Jeanette Demo
                                       Signature of Joint Debtor, if applicable

### INSTRUCTIONS

This form must be electronically filed by authorized ECF Filers. All other parties must complete the form and cause it to be mailed or delivered to the appropriate Bankruptcy Clerk's Office:

| | | |
|---|---|---|
| Bankruptcy Clerk's Office | Bankruptcy Clerk's Office | Bankruptcy Clerk's Office |
| 401 N. Market Rm 167 | 500 State Ave Rm 161 | 444 SE Quincy Rm 240 |
| Wichita KS 67202 | Kansas City KS 66101 | Topeka KS 66683 |

Revised 11/04/05