IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE: )
PAUL JOHN DEMO JR. ) CASE NO. 12-22983
JEANETTE MARIE DEMO )
)
)

## DEBTORS' MOTION FOR PLAN MODIFICATION TO ABATE PAYMENTS AND VOLUNTARILY SURRENDER HOMESTEAD

COMES NOW, the Debtors, by and through their attorney, W. Brett Chapin of the Chapin Law Firm, LLC, and moves the Court for an Order modifying the Chapter 13 Plan in this case to abate/suspend all plan payments due, but not yet paid, for the period through December 2013 through March, 2014. This motion would abate payments of $4,140.00 per month for December 2013 through March, 2014, and payments would resume in April of 2014. In addition, this Motion requests amendment to Chapter 13 plan to voluntarily surrender the Debtors' homestead. In support of said Motion, Debtors would show the Court as follows:

1. Debtors filed for Chapter 13 bankruptcy on November 2, 2012, and the plan was confirmed on February 14, 2013.
2. Debtors' confirmed plan proposed to pay Homeward Residential to cure the mortgage arrearage on their homestead. The ongoing payments were paid directly by the Debtors through the plan.
3. The Debtors are unable to afford the ongoing payments.
4. Pursuant to 11 USC §1329, Debtors requests amendment of their Chapin 13 plan to voluntarily surrender the homestead.
5. Their Chapter 13 plan as filed called for the Debtors to pay $4,140.00 per month to the Trustee.
6. Debtors request suspension of payment for the following reason:
    a. Debtors experienced an unexpected drop in Business Revenue and have moved to California for employment.

7. In the event that payments are not resumed within 30 days after the end of the suspension, Debtor understands that the Trustee will move to have the case dismissed for failure to make plan payments.

8. Even with this modification, Debtors would be able to complete their obligations under the plan within the statutorily-required period. In the event an increase in the plan payment is required to accommodate this modification, Debtor consents in advance to such an increase.

9. Debtors have incurred additional attorney fees in the amount $290.00 associated with this plan modification, and ask that those fees be added to the plan. These fees are as follows:

| | |
|---|---|
| Phone Conversations between Debtor & Attorney | $40.00 |
| Discussions between Paralegal and Attorney | $100.00 |
| Draft, File, and mail Motion to Modify Plan | $100.00 |
| Draft, File and mail Order to Modify for future filing | $50.00 |

Wherefore, Debtors pray that the Court grant this Motion for Plan Modifications and for such other and further relief as the Court deem just and equitable.

Respectfully submitted by:

CHAPIN LAW FIRM, LLC.

/s/ W. Brett Chapin
W. Brett Chapin, Kansas Bar No. 19411
11212 Johnson Drive
Shawnee, Kansas 66203
Telephone: (913) 385-0600
Facsimile: (913) 385-0613
ATTORNEY FOR DEBTORS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE: PAUL JOHN DEMO JR. )
      JEANETTE MARIE DEMO )
)   CASE NO. 12-22983
)
)
)

## NOTICE WITH OPPORTUNITY FOR NONEVIDENTIARY HEARING ON DEBTORS' MOTION FOR PLAN MODIFICATION TO ABATE PAYMENTS AND VOLUNTARILY SURRENDER HOMESTEAD

NOTICE IS HEREBY GIVEN that if you fail to file a written objection to the above motion with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before March 14, 2014, no hearing will be held and order will be submitted for approval.

If you file a timely objection, a hearing will be held before the U.S. Bankruptcy Court, US Courthouse, Courtroom 151, Kansas City, Kansas, on the 22nd day of April, 2014, at 1:30 o'clock, p.m., or as soon thereafter as the court's schedule permits. If you file the objection, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

## CERTIFICATE OF SERVICE

I hereby certify that on this Friday, February 21, 2014, a true and correct copy of the Debtor's Motion for Plan Modification to Abate Payments and Voluntarily Surrender Homestead electronically filed with the court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system, and was forwarded via U.S. Mail, first class, postage prepaid and properly addressed to the parties' and/or counsel's addresses on the attached matrix who do not receive notice electronically via CM/ECF.

/S/ W. BRETT CHAPIN

Demo, Paul John Jr.
18175 W. 156th Street
Olathe, KS  66062-0000

Demo, Jeanette Marie
18175 W. 156th Street
Olathe, KS  66062-0000

Account Recovery Specil
3505 W. Topeka St.
Wichita, KS  67219-0000

Alliance Radiology
P.O. Box 809012
Kansas City, MO  64180-9012

Allied Insurance
P.O. Box 280431, Hartland St., Suite 401
East Hartford, CT  06128-0431

Allied Interstate
300 Corporate Exchange Dr., 5th Floor
Columbus, OH  43231-0000

AMCA
P.O. Box 1235
Elmsford, NY  10523-0935

American Express
P.O. Box 650448
Dallas, TX  75265-0448

American Express
P.O. Box 26312
Lehigh Valley, PA  18002-6312

American Kenpo Karate Academy
2073 E. Santa Fe
Olathe, KS  66062

American Medical Collection Agency
4 Westchester Plaza, Bldg 4
Elmsford, NY  10523-0000

Amex
Po Box 297871
Fort Lauderdale, FL  33329

Asset Recovery Solutions, LLC
C/O Berman & Rabin
15280 Metcalf Avenue
Overland Park, KS  66223

Berman & Rabin
15280 Metcalf Avenue
Overland Park, KS  66223-0000

Berman & Rabin
P.O. Box 24327
Overland Park, KS  66283-0000

Burns Burns Walsh & Walsh PA
P.O. Box 487, 704 Topeka Avenue
Lyndon, KS  66451-0487

CAC Financial Corp
2601 NW Expwy, Suite 1000
E. Oklahoma City, OK  73112-0000

Cach, Llc (original Creditor:ge Money Ba
4340 S Monaco, Second Floor
Denver, CO  80237

Capital One Bank USA
Po Box 85520
Richmond, VA  23285

Cavalry Portfolio Serv (original Credito
500 Summit Lake Dr
Valhalla, NY  10595

Cavalry Portfolio Services LLC
P.O. Box 1017
Hawthorne, NY  10532-0000

CBE Group
1309 Technology Pkwy
Cedar Falls, IA  50613-0000

Chase
Po Box 15298
Wilmington, DE  19850

Children Mercy Hospital
P.O. Box 803302
Kansas City, MO  64180-3302

Children's Mercy Hospitals And Clinics
P.O. Box 804435
Kansas City, MO  64180-4435

Citifinancial
300 Saint Paul Pl
Baltimore, MD  21202

Clerk Of Johnson County District Court
Case No. 12LA1473
100 N. Kansas Avenue
Olathe, KS  66061

Clerk Of Johnson County District Court
Case No. 12LA2739
100 N. Kansas Avenue
Olathe, KS  66061

Clerk Of Johnson County District Court
Case No. 09LA1129
100 N. Kansas Avenue
Olathe, KS  66061

Clerk Of Johnson County District Court
Case No. 11LA9399
100 N. Kansas Avenue
Olathe, KS  66061

| | | |
|---|---|---|
| Kohls/capone<br>Po Box 3115<br>Milwaukee, WI 53201 | KCI<br>P.O. Box 14765<br>Shawnee Mission, KS 66285-4765 | Kansas Department Of Revenue<br>Director Of Taxation<br>915 SW. Harrison<br>Topeka, KS 66625-3512 |
| Kansas City Homes & Gardens<br>2305 Newpointe Pky<br>Lawrenceville, GA 30043-5530 | Johnson County Treasurer<br>111 S. Cherry St., Ste.1500<br>Olathe, KS 66061-3451 | John F. Michaels<br>Attorney At Law<br>P.O. Box 7507<br>Overland Park, KS 66207-0000 |
| Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Hsbc/bsbuy<br>Po Box 5253<br>Carol Stream, IL 60197 | Homeward Residential<br>1525 S Belt Line Rd<br>Coppell, TX 75019 |
| Healthcare Finanical Associates<br>P.O. Box 803302<br>Kansas City, MO 64180-3302 | Haase&long (original Creditor:medical)<br>303 West 11th St<br>Lawrence, KS 66044 | Great Southern Bank<br>1451 E Battlefield St<br>Springfield, MO 65804 |
| Golden Valley Medical<br>1602 N. Second<br>Clinton, MO 64735 | Gary Hubbard<br>102 Brown Ave<br>Osawatomie, KS 66064-0000 | Gary Hubbard<br>102 Brown Ave<br>Osawatomie, KS 66064-0000 |
| Frederick J. Hanna & Assoc<br>1427 Roswell Rd.<br>Marietta, GA 30062-0000 | Ford Cred<br>Po Box Box 542000<br>Omaha, NE 68154 | Exe Fin Con (original Creditor:medical)<br>310 Armour Rd Suite 220<br>Nkc, MO 64116 |
| Evans Mullinix<br>Attorneys At Law<br>7225 Renner Rd, Suite 200<br>Shawnee, KS 66217-0000 | Escallate Llc (original Creditor:solarus<br>5200 Stoneham Rd<br>North Canton, OH 44720 | Enhanced Recovery Company<br>8014 Bayberry Rd.<br>Jacksonville, FL 32256-7412 |
| Enhanced Recovery Co L (original Credito<br>8014 Bayberry Rd<br>Jacksonville, FL 32256 | Emergency Medicine Care LLC<br>P.O. Box 716<br>Overland Park, KS 66201-0716 | Emergency Medical Care LLC<br>C/O ARSI Account Recovery Specialists<br>3505 No. Topeka<br>Wichita, KS 67219 |
| Discovr Cd<br>Po Box15316<br>Wilmington, DE 19850-5316 | David J. Cobb DDS, PA<br>975 N. Mur-Len Ste #A<br>Olathe, KS 66062 | Credit World Services, Inc.<br>6000 Martway St.<br>Shawnee Mission, KS 66202-3339 |
| Client Services INc<br>3451 Harry S. Truman Blvd<br>St. Charles, MO 63301-4047 | Clerk Of Johnson County District Court<br>Case No. 12LA7998<br>100 N. Kansas Avenue<br>Olathe, KS 66061 | Clerk Of Johnson County District Court<br>Case No. 12CV8082<br>100 N. Kansas Avenue<br>Olathe, KS 66061 |

| | | |
|---|---|---|
| Physicians Reference Laboratory LLC<br>P.O. Box 879593<br>Kansas City, MO  64187-0001 | Optima Recovery Services LLC<br>6215 Kingston Pike, Ste B, Box 52968<br>Knoxville, TN  37950-2968 | Optima Recovery Servic (original Credito<br>6215 Kingston Pk Ste A<br>Knoxville, TN  37919 |
| Olathe Medical Services, Inc.<br>P.O. Box 505001<br>St. Louis, MO  63150-5001 | Olathe Medical Services<br>Central Billing Office<br>14425 College Blvd, Ste 100<br>Lenexa, KS  66215-0000 | Olathe Medical Center Inc.<br>20333 W. 151st St<br>Olathe, KS  66061 |
| Office Of The United States Attorney<br>1200 Epic Center<br>301 N. Main<br>Wichita, KS  67202-0000 | Office Of The United States Attorney<br>U.S. Courthouse, Ste 290<br>444 Southeast Quincy Street<br>Topeka, KS  66683-0000 | Office Of The United States Attorney<br>Robert J. Dole U.S. Courthouse, Ste 360<br>500 State Avenue<br>Kansas City, KS  66101-0000 |
| Northland Group Inc.<br>P.O. Box 390846<br>Minneapolis, MN  55439-0000 | Nebraska Furniture Mar<br>700 S 72nd St<br>Omaha, NE  68114 | NCO Financial Systems Inc.<br>P.O. Box 17205<br>Wilmington, DE  19850-7205 |
| NCO Financial Systems Inc.<br>507 Prudential Road<br>Horsham, PA  19044-0000 | NCB Management Services Inc.<br>P.O. Box 1099<br>Langhorne, PA  19047-0000 | Nationwide Credit<br>P.O. Box 26314<br>Lehigh Valley, PA  18002 |
| Midland Funding (original Creditor:citib<br>8875 Aero Dr Ste 200<br>San Diego, CA  92123 | Midland Funding (original Creditor:chase<br>8875 Aero Dr Ste 200<br>San Diego, CA  92123 | Midland Funding (org Creditor Target<br>8875 Aero Dr Ste 200<br>San Diego, CA  92123 |
| Midland Credit Management Inc.<br>P.O. Box 60578<br>Los Angeles, CA  90060-0578 | Midland Credit Management Inc.<br>8875 Aero Drive, Ste 200<br>San Diego, CA  92123-0000 | Merchants Credit Adjusters, Inc.<br>17055 Frances St.<br>Omaha, NE  68130-0000 |
| MCM<br>P.O. Box 603, Dept 12421<br>Oaks, PA  19456-0000 | McGuigan Law Office, LLC<br>311 Veterans Highway, Ste 100A<br>Levittown, PA  19056-0000 | McCray<br>10741 El Mounte St.<br>Overland Park, KS  66211 |
| Leading Edge Recovery Solutions<br>5440 N. Cumberland Avenue, Ste 300<br>Chicago, IL  60656-1490 | Leading Edge Rec. Sol<br>P.O. Box 129<br>Linden, MI  48451-0129 | Laboratory Corp. Of America<br>American Medical Collection Agency<br>4 Westchester Plaza, Bldg 4<br>Elmsfiord, NY  10523 |
| Krammer & Frank<br>1125 Grand Ste 600<br>Kansas City, MO  64106-2501 | Krammer & Frank<br>9300 Dielman Ind Dr.<br>St. Louis, MO  63132-2205 | Kramer&frank (original Creditor:medical)<br>9666 Olive Blvd Suite 450<br>St Louis, MO  63132 |

| | | |
|---|---|---|
| | Wells Fargo<br>11809 Shawnee Mission Parkway<br>Shawnee, KS  66203 | Venture Finanical Services, Inc.<br>Box 16568, 9500 East 63rd St., Ste 202<br>Raytown, MO  64133-0000 |
| Venture Financial Services, Inc.<br>P.O. Box 16568<br>Raytown, MO  64133-0568 | University Of Kansas Pysicians<br>P.O. Box 410208<br>Kansas City, MO  64141-0208 | University Of Kansas Pysicians<br>P.O. Box 410389<br>Kansas City, MO  64141-0389 |
| United Specialty Products<br>Lifetime Cookware<br>P.O. Box 36203<br>Denver, CO  80227 | United Imaging Consultants LLC<br>P.O. Box 807001<br>Kansas City, MO  64180-7001 | United Imaging Consultants LLC<br>5800 Foxridge Dr. 240<br>Mission, KS  66202 |
| United Heating & Cooling Inc.<br>301 Duck Rd<br>Grandview, MO  64030 | Unifund Ccr Partners (original Creditor:<br>10625 Techwoods Circle<br>Cincinnati, OH  45242 | Thd/cbna<br>Po Box 6497<br>Sioux Falls, SD  57117 |
| Stellar Recovery Inc (original Creditor:<br>1845 Highway 93 South<br>Kalispell, MT  59901 | Stellar Recovery<br>1327 Highway 2 W. Suite 100<br>Kalispell, MT  59901-3413 | St. Lukes South Hospital<br>C/O Venture Financial Services LLC<br>P.O. Box 16568, 9500 E. 63rd St., St 202<br>Raytown, MO  64133 |
| St. Lukes Medical Group<br>14115 W. 95th St.<br>Lenexa, KS  66215 | Sports Rehab & Physical Therapy<br>10701 Nall Avenue, Ste 130<br>Overland Park, KS  66211 | Santander Consumer Usa<br>Po Box 961245<br>Ft Worth, TX  76161 |
| Sallie Mae<br>Po Box 9500<br>Wilkes-barre, PA  18773-9500 | Saint Lukes Medical Group<br>P.O. Box 740197<br>Atlanta, GA  30374-0197 | RMS<br>77 Hartland St., Ste 401, Box 280431<br>East Hartford, CT  06128-0431 |
| RGS Financial<br>P.O. Box 852039<br>Richardson, TX  75085-2039 | QC Financial Services,<br>Quik Cash #014<br>129 W. Dennis<br>Olathe, KS  66061 | Portfolio Recovery Associates LLC<br>P.O. Box 12903<br>Norfolk, VA  23541-0000 |
| Portfolio Recovery Associates<br>120 Corporate Blvd, Ste 100<br>Norfolk, VA  23502 | Portfolio<br>120 Corporate Blvd, Ste 100<br>Norfolk, VA  23502 | Physicians Reference Laboratory, LLC<br>7800 W. 110th Street<br>Overland Park, KS  66210-0000 |