IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:  PAUL JOHN DEMO, JR )
       JEANETTE MARIE DEMO, )
) 
) CASE NO. 12-22983
Debtors. ) CHAPTER 13
)
)

## APPLICATION FOR ALLOWANCE OF ADDITIONAL ATTORNEY FEES

COMES NOW W. Brett Chapin, attorney for the above-named debtors, and requests an additional allowance of $1955.00 as and for attorney fees for services performed and $52.90 for expenses incurred for the debtors. In support of this application, said applicant states as follows:

1.    The debtors agreed to pay compensation for legal services in the amount of $4,000.00 as stated in the petition filed on November 2, 2012.

2.    The amount of $2,000.00 was paid directly by the debtors and $2,000.00 was to be paid through the Plan. These fees have been consumed in full by previous work done in this case.

3.    Applicant has expended additional time conferring with the debtor, preparing responsive pleadings and objections to proof of claims, corresponding with the creditors and Trustee and incurred additional attorney fees in the total amount of $1955.00 and expenses in the total amount of $52.90. Applicant seeks an allowance of additional fees and expenses in the amount of $2007.90. (See attached detailed billing summary.)

4. The additional attorney fees of $1955.00 and expenses of $52.90 would be paid from surplus funds that are otherwise available for the general unsecured creditors which would not increase the present Chapter 13 plan payment amount for the debtors. However, in the event an increase in the plan payment is required, Debtors consent in advance to such an increase.

WHEREFORE, the applicant requests that he be granted an additional allowance of $1955.00 for attorney fees and expenses of $52.90 or such amount that the court shall seem reasonable and just out of said estate, as part of the costs and expenses of administration thereof.

Respectfully submitted by:

CHAPIN LAW FIRM, L.L.C.

/s/ W. Brett Chapin
W. Brett Chapin, Kansas Bar No. 19411
11212 Johnson Drive
Shawnee, Kansas 66203
Telephone: (913) 385-0600
Facsimile: (913) 385-0613
ATTORNEY FOR DEBTORS

## ATTORNEY AND PARALEGAL FEES

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER/PARALEGAL |
|---|---|---|---|---|
| 2/19/13 | Scanned and case filed letter from Great Southern Bank regarding notice of plan to sell property. Prepared and sent e-mail to Attorney for his review. | .1 | n/c | Paralegal |
| 2/19/13 | Review of letter from Great Southern Bank regarding notice of plan to sell Property | .1 | 17.50 | Lawyer |
| 3/6/13 | Review of filed Proofs of Claim No. 25, 26, 27, 29, 30, 31, and 32 | .5 | 87.50 | Lawyer |
| 5/11/13 | Review of Trustee objection to Proof of Claim Nos. 30 and 15. Review of Orders Granting Trustee's objections to POC 30 and 15. Review of Amended POC No. 30. | .5 | 87.50 | Lawyer |
| 5/22/13 | Phone conversations with creditor and client regarding surrender of boat and co-debtor payments. | .4 | 70.00 | Lawyer |
| 6/3/13 | Review and responded to Kramer & Frank correspondence and e-mails Regarding post-petition debts. | .2 | 35.00 | Lawyer |
| 7/12/13 | Review of Motion for Relief of Stay filed by creditor on Crownline Boat. Phone conversation with client regarding Motion for Relief of Stay on Crownline Boat and objection to Motion. Review of client's documents on payments to Santander. Preparation and signed letter to client regarding follow up to telephone conversation. | .5 | 112.50 | Lawyer |
| 7/24/13 | Processed incoming bankruptcy e-mail of Order granting Relief of Stay on Crownline boat. | .2 | n/c | Paralegal |

| Date | Description | Hours | Amount | Role |
|---|---|---|---|---|
| 10/31/13 | Review of Trustee's Motion to Dismiss. Preparation of Response to Trustee's Motion to Dismiss. | .5 | 125.00 | Attorney |
| 11/5/13 | Met with client to discuss Trustee's Motion to Dismiss and sale of Residence. | 1.0 | 225.00 | Attorney |
| 11/14/13 | Preparation and filed Motion to Abate, Objection deadline & Certificate of Service. Preparation and mailing of Letter to client re Motion to Abate September & October payments. | 1.0 | 225.00 | Attorney |
| 11/14/13 | Postage for mailing Motion to Abate and objection to creditors. | | 52.90 | |
| 12/10/13 | Phone conversation with realtor regarding value of residence. | .4 | 90.00 | Attorney |
| 12/17/13 | Attendance at hearing on Trustee's Motion to Dismiss. | 2.0 | 450.00 | Attorney |
| 12/18/13 | Review of case file and phone conversation with client regarding surrendering home in bankruptcy. | .5 | 112.50 | Attorney |
| 1/21/14 | Phone conversation with client regarding determination of recovery of truck from mechanic. | 1.0 | 250.00 | Attorney |
| 2/4/14 | Preparation of Order for Motion To Abate Payments for Trustee's Review. | .3 | 67.50 | Attorney |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

IN RE: PAUL JOHN DEMO JR. )
    JEANETTE MARIE DEMO )
                ) CASE NO. 12-22983
                )
                )
                )

## NOTICE WITH OPPORTUNITY FOR NONEVIDENTIARY HEARING ON DEBTORS' APPLICATION FOR ALLOWANCE OF ADDITIONAL ATTORNEY FEES

    NOTICE IS HEREBY GIVEN that if you fail to file a written objection to the above motion with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before March 14, 2014, no hearing will be held and order will be submitted for approval.

    If you file a timely objection, a hearing will be held before the U.S. Bankruptcy Court, US Courthouse, Courtroom 151, Kansas City, Kansas, on the 22nd day of April, 2014, at 1:30 o'clock, p.m., or as soon thereafter as the court's schedule permits. If you file the objection, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

## CERTIFICATE OF SERVICE

    I hereby certify that on this Friday, February 21, 2014, a true and correct copy of the Debtor's Application for Allowance of Additional Attorney Fees electronically filed with the court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system, and was forwarded via U.S. Mail, first class, postage prepaid and properly addressed to the parties' and/or counsel's addresses on the attached matrix who do not receive notice electronically via CM/ECF.

                   /S/ W. BRETT CHAPIN

Demo, Paul John Jr.
18175 W. 156th Street
Olathe, KS  66062-0000

Demo, Jeanette Marie
18175 W. 156th Street
Olathe, KS  66062-0000

Account Recovery Specil
3505 W. Topeka St.
Wichita, KS  67219-0000

Alliance Radiology
P.O. Box 809012
Kansas City, MO  64180-9012

Allied Insurance
P.O. Box 280431, Hartland St., Suite 401
East Hartford, CT  06128-0431

Allied Interstate
300 Corporate Exchange Dr., 5th Floor
Columbus, OH  43231-0000

AMCA
P.O. Box 1235
Elmsford, NY  10523-0935

American Express
P.O. Box 650448
Dallas, TX  75265-0448

American Express
P.O. Box 26312
Lehigh Valley, PA  18002-6312

American Kenpo Karate Academy
2073 E. Santa Fe
Olathe, KS  66062

American Medical Collection Agency
4 Westchester Plaza, Bldg 4
Elmsford, NY  10523-0000

Amex
Po Box 297871
Fort Lauderdale, FL  33329

Asset Recovery Solutions, LLC
C/O Berman & Rabin
15280 Metcalf Avenue
Overland Park, KS  66223

Berman & Rabin
15280 Metcalf Avenue
Overland Park, KS  66223-0000

Berman & Rabin
P.O. Box 24327
Overland Park, KS  66283-0000

Burns Burns Walsh & Walsh PA
P.O. Box 487, 704 Topeka Avenue
Lyndon, KS  66451-0487

CAC Financial Corp
2601 NW Expwy, Suite 1000
E. Oklahoma City, OK  73112-0000

Cach, Llc (original Creditor:ge Money Ba
4340 S Monaco, Second Floor
Denver, CO  80237

Capital One Bank USA
Po Box 85520
Richmond, VA  23285

Cavalry Portfolio Serv (original Credito
500 Summit Lake Dr
Valhalla, NY  10595

Cavalry Portfolio Services LLC
P.O. Box 1017
Hawthorne, NY  10532-0000

CBE Group
1309 Technology Pkwy
Cedar Falls, IA  50613-0000

Chase
Po Box 15298
Wilmington, DE  19850

Children Mercy Hospital
P.O. Box 803302
Kansas City, MO  64180-3302

Children's Mercy Hospitals And Clinics
P.O. Box 804435
Kansas City, MO  64180-4435

Citifinancial
300 Saint Paul Pl
Baltimore, MD  21202

Clerk Of Johnson County District Court
Case No. 12LA1473
100 N. Kansas Avenue
Olathe, KS  66061

Clerk Of Johnson County District Court
Case No. 12LA2739
100 N. Kansas Avenue
Olathe, KS  66061

Clerk Of Johnson County District Court
Case No. 09LA1129
100 N. Kansas Avenue
Olathe, KS  66061

Clerk Of Johnson County District Court
Case No. 11LA9399
100 N. Kansas Avenue
Olathe, KS  66061

Kohls/capone
Po Box 3115
Milwaukee, WI 53201

KCI
P.O. Box 14765
Shawnee Mission, KS 66285-4765

Kansas Department Of Revenue
Director Of Taxation
915 SW. Harrison
Topeka, KS 66625-3512

Kansas City Homes & Gardens
2305 Newpointe Pky
Lawrenceville, GA 30043-5530

Johnson County Treasurer
111 S. Cherry St., Ste.1500
Olathe, KS 66061-3451

John F. Michaels
Attorney At Law
P.O. Box 7507
Overland Park, KS 66207-0000

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Hsbc/bsbuy
Po Box 5253
Carol Stream, IL 60197

Homeward Residential
1525 S Belt Line Rd
Coppell, TX 75019

Healthcare Finanical Associates
P.O. Box 803302
Kansas City, MO 64180-3302

Haase&long (original Creditor:medical)
303 West 11th St
Lawrence, KS 66044

Great Southern Bank
1451 E Battlefield St
Springfield, MO 65804

Golden Valley Medical
1602 N. Second
Clinton, MO 64735

Gary Hubbard
102 Brown Ave
Osawatomie, KS 66064-0000

Gary Hubbard
102 Brown Ave
Osawatomie, KS 66064-0000

Frederick J. Hanna & Assoc
1427 Roswell Rd.
Marietta, GA 30062-0000

Ford Cred
Po Box Box 542000
Omaha, NE 68154

Exe Fin Con (original Creditor:medical)
310 Armour Rd Suite 220
Nkc, MO 64116

Evans Mullinix
Attorneys At Law
7225 Renner Rd, Suite 200
Shawnee, KS 66217-0000

Escallate Llc (original Creditor:solarus
5200 Stoneham Rd
North Canton, OH 44720

Enhanced Recovery Company
8014 Bayberry Rd.
Jacksonville, FL 32256-7412

Enhanced Recovery Co L (original Credito
8014 Bayberry Rd
Jacksonville, FL 32256

Emergency Medicine Care LLC
P.O. Box 716
Overland Park, KS 66201-0716

Emergency Medical Care LLC
C/O ARSI Account Recovery Specialists
3505 No. Topeka
Wichita, KS 67219

Discovr Cd
Po Box15316
Wilmington, DE 19850-5316

David J. Cobb DDS, PA
975 N. Mur-Len Ste #A
Olathe, KS 66062

Credit World Services, Inc.
6000 Martway St.
Shawnee Mission, KS 66202-3339

Client Services INc
3451 Harry S. Truman Blvd
St. Charles, MO 63301-4047

Clerk Of Johnson County District Court
Case No. 12LA7998
100 N. Kansas Avenue
Olathe, KS 66061

Clerk Of Johnson County District Court
Case No. 12CV8082
100 N. Kansas Avenue
Olathe, KS 66061

Physicians Reference Laboratory LLC
P.O. Box 879593
Kansas City, MO 64187-0001

Optima Recovery Services LLC
6215 Kingston Pike, Ste B, Box 52968
Knoxville, TN 37950-2968

Optima Recovery Servic (original Credito
6215 Kingston Pk Ste A
Knoxville, TN 37919

Olathe Medical Services, Inc.
P.O. Box 505001
St. Louis, MO 63150-5001

Olathe Medical Services
Central Billing Office
14425 College Blvd, Ste 100
Lenexa, KS 66215-0000

Olathe Medical Center Inc.
20333 W. 151st St
Olathe, KS 66061

Office Of The United States Attorney
1200 Epic Center
301 N. Main
Wichita, KS 67202-0000

Office Of The United States Attorney
U.S. Courthouse, Ste 290
444 Southeast Quincy Street
Topeka, KS 66683-0000

Office Of The United States Attorney
Robert J. Dole U.S. Courthouse, Ste 360
500 State Avenue
Kansas City, KS 66101-0000

Northland Group Inc.
P.O. Box 390846
Minneapolis, MN 55439-0000

Nebraska Furniture Mar
700 S 72nd St
Omaha, NE 68114

NCO Financial Systems Inc.
P.O. Box 17205
Wilmington, DE 19850-7205

NCO Financial Systems Inc.
507 Prudential Road
Horsham, PA 19044-0000

NCB Management Services Inc.
P.O. Box 1099
Langhorne, PA 19047-0000

Nationwide Credit
P.O. Box 26314
Lehigh Valley, PA 18002

Midland Funding (original Creditor:citib
8875 Aero Dr Ste 200
San Diego, CA 92123

Midland Funding (original Creditor:chase
8875 Aero Dr Ste 200
San Diego, CA 92123

Midland Funding (org Creditor Target
8875 Aero Dr Ste 200
San Diego, CA 92123

Midland Credit Management Inc.
P.O. Box 60578
Los Angeles, CA 90060-0578

Midland Credit Management Inc.
8875 Aero Drive, Ste 200
San Diego, CA 92123-0000

Merchants Credit Adjusters, Inc.
17055 Frances St.
Omaha, NE 68130-0000

MCM
P.O. Box 603, Dept 12421
Oaks, PA 19456-0000

McGuigan Law Office, LLC
311 Veterans Highway, Ste 100A
Levittown, PA 19056-0000

McCray
10741 El Mounte St.
Overland Park, KS 66211

Leading Edge Recovery Solutions
5440 N. Cumberland Avenue, Ste 300
Chicago, IL 60656-1490

Leading Edge Rec. Sol
P.O. Box 129
Linden, MI 48451-0129

Laboratory Corp. Of America
American Medical Collection Agency
4 Westchester Plaza, Bldg 4
Elmsfiord, NY 10523

Krammer & Frank
1125 Grand Ste 600
Kansas City, MO 64106-2501

Krammer & Frank
9300 Dielman Ind Dr.
St. Louis, MO 63132-2205

Kramer&frank (original Creditor:medical)
9666 Olive Blvd Suite 450
St Louis, MO 63132

Wells Fargo
11809 Shawnee Mission Parkway
Shawnee, KS  66203

Venture Finanical Services, Inc.
Box 16568, 9500 East 63rd St., Ste 202
Raytown, MO  64133-0000

Venture Financial Services, Inc.
P.O. Box 16568
Raytown, MO  64133-0568

University Of Kansas Pysicians
P.O. Box 410208
Kansas City, MO  64141-0208

University Of Kansas Pysicians
P.O. Box 410389
Kansas City, MO  64141-0389

United Specialty Products
Lifetime Cookware
P.O. Box 36203
Denver, CO  80227

United Imaging Consultants LLC
P.O. Box 807001
Kansas City, MO  64180-7001

United Imaging Consultants LLC
5800 Foxridge Dr. 240
Mission, KS  66202

United Heating & Cooling Inc.
301 Duck Rd
Grandview, MO  64030

Unifund Ccr Partners (original Creditor:
10625 Techwoods Circle
Cincinnati, OH  45242

Thd/cbna
Po Box 6497
Sioux Falls, SD  57117

Stellar Recovery Inc (original Creditor:
1845 Highway 93 South
Kalispell, MT  59901

Stellar Recovery
1327 Highway 2 W. Suite 100
Kalispell, MT  59901-3413

St. Lukes South Hospital
C/O Venture Financial Services LLC
P.O. Box 16568, 9500 E. 63rd St., St 202
Raytown, MO  64133

St. Lukes Medical Group
14115 W. 95th St.
Lenexa, KS  66215

Sports Rehab & Physical Therapy
10701 Nall Avenue, Ste 130
Overland Park, KS  66211

Santander Consumer Usa
Po Box 961245
Ft Worth, TX  76161

Sallie Mae
Po Box 9500
Wilkes-barre, PA  18773-9500

Saint Lukes Medical Group
P.O. Box 740197
Atlanta, GA  30374-0197

RMS
77 Hartland St., Ste 401, Box 280431
East Hartford, CT  06128-0431

RGS Financial
P.O. Box 852039
Richardson, TX  75085-2039

QC Financial Services,
Quik Cash #014
129 W. Dennis
Olathe, KS  66061

Portfolio Recovery Associates LLC
P.O. Box 12903
Norfolk, VA  23541-0000

Portfolio Recovery Associates
120 Corporate Blvd, Ste 100
Norfolk, VA  23502

Portfolio
120 Corporate Blvd, Ste 100
Norfolk, VA  23502

Physicians Reference Laboratory, LLC
7800 W. 110th Street
Overland Park, KS  66210-0000