The relief described hereinbelow is SO ORDERED.

SIGNED this 5th day of June, 2014.



_____
Robert D. Berger
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS, KANSAS CITY DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| PAUL JOHN DEMO JR. | ) | Case No. 12-22983 |
| JEANETTE MARIE DEMO | ) | Chapter 13 |
| Debtors. | ) | |

### ORDER FOR PLAN MODIFICATION TO ABATE PAYMENTS AND VOLUNTARILY SURRENDER HOMESTEAD

No objections have been filed to the Debtor's Motion for Plan Modification to Abate Payments and Voluntarily Surrender Homestead. The last date for objection was March 14, 2014.

**IT IS SO ORDERED THAT:**

The Motion for Plan Modification to Abate Payments of $4,140.00 per month for December 2013 through March, 2014, filed by the above-captioned Debtor on February 21, 2014, is ordered. This order shall abate the Debtor's Plan Payments

of $4,140.00 per month for December 2013 through March, 2014, only.  Payments shall resume in April, 2014.

The order shall grant the Debtors to voluntarily surrender their homestead.

The order shall include the attorney fees in the amount of $290.00 associated with this plan modification to be added to the plan.

In the event that payments are not resumed within 30 days after the end of the suspension, Debtor understands that the Trustee will move to have the case dismissed for failure to make plan payments.

###

RESPECTFULLY SUBMITTED BY:
CHAPIN LAW FIRM, LLC.

| /s/ W. Brett Chapin | /s/William H. Griffin |
|---|---|
| W. Brett Chapin,    Kansas Bar No. 19411 | William H. Griffin, Trustee |
| 11212 Johnson Drive | 5115 Roe Blvd, Ste 200 |
| Shawnee, Kansas 66203 | Roeland Park, Kansas 66205-2393 |
| Telephone:  (913) 385-0600 | Telephone: (913) 677-1311 |
| Facsimile: (913) 385-0613 | *Chapter 13 Trustee* |
| Attorney for Debtors | |