**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 5th day of June, 2014.**



_____
Robert D. Berger
United States Bankruptcy Judge
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: ) | |
| ) | |
| PAUL JOHN DEMO, JR. ) | |
| JEANETTE MARIE DEMO, ) | CASE NO. 12-22983 |
| ) | |
| Debtors ) | |

### ORDER FOR APPLICATION FOR ALLOWANCE OF
### ADDITIONAL ATTORNEY FEES

THIS MATTER comes on for consideration upon the Debtor's Application for Allowance of Additional Attorney Fees. Notice with Opportunity for Hearing on the motion was properly given and no other objections were filed, and no hearing was held on the matter.

IT IS THEREFORE BY THE COURT ORDERED that the Application for Allowance of Additional Attorney Fees be granted for an additional allowance of $2,007.90 as and for attorney fees and for expenses, from the funds so received by the

Wage Earner Trustee.

      IT IS SO ORDERED.

# # #

Approved By:

CHAPIN LAW FIRM, L.L.C.

 /s/ W. Brett Chapin_____
W. Brett Chapin, Kansas Bar No. 19411
11212 Johnson Drive
Shawnee, Kansas 66203
Telephone: (913) 385-0600
Facsimile:   (913) 385-0613
ATTORNEY FOR DEBTORS


/s/William H. Griffin_____
William H. Griffin
5115 Roe Blvd, Ste 200
Roeland Park, Kansas 66205-2393
Telephone: (913) 677-1311
*Chapter 13 Trustee*