**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 5th day of June, 2014.**



_____
Robert D. Berger
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS, KANSAS CITY DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| PAUL JOHN DEMO JR. | ) | Case No. 12-22983 |
| JEANETTE MARIE DEMO | ) | Chapter 13 |
| Debtors. | ) | |

### ORDER FOR PLAN MODIFICATION TO ABATE PAYMENTS AND VOLUNTARILY SURRENDER HOMESTEAD

No objections have been filed to the Debtor's Motion for Plan Modification to Abate Payments and Voluntarily Surrender Homestead. The last date for objection was March 14, 2014.

**IT IS SO ORDERED THAT:**

The Motion for Plan Modification to Abate Payments of $4,140.00 per month for December 2013 through March, 2014, filed by the above-captioned Debtor on February 21, 2014, is ordered. This order shall abate the Debtor's Plan Payments

of $4,140.00 per month for December 2013 through March, 2014, only. Payments shall resume in April, 2014.

The order shall grant the Debtors to voluntarily surrender their homestead.

The order shall include the attorney fees in the amount of $290.00 associated with this plan modification to be added to the plan.

In the event that payments are not resumed within 30 days after the end of the suspension, Debtor understands that the Trustee will move to have the case dismissed for failure to make plan payments.

###

RESPECTFULLY SUBMITTED BY:
CHAPIN LAW FIRM, LLC.

/s/ W. Brett Chapin
W. Brett Chapin, Kansas Bar No. 19411
11212 Johnson Drive
Shawnee, Kansas 66203
Telephone: (913) 385-0600
Facsimile: (913) 385-0613
Attorney for Debtors

/s/William H. Griffin
William H. Griffin, Trustee
5115 Roe Blvd, Ste 200
Roeland Park, Kansas 66205-2393
Telephone: (913) 677-1311
*Chapter 13 Trustee*

```
                          United States Bankruptcy Court
                                District of Kansas
```

In re:                                                       Case No. 12-22983-RDB
Paul John Demo, Jr.                                          Chapter 13
Jeanette Marie Demo
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 1083-2          User: cindy              Page 1 of 1                  Date Rcvd: Jun 06, 2014
                              Form ID: pdf020          Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 08, 2014.
db/jdb      +Paul John Demo, Jr.,    Jeanette Marie Demo,    20520 Kittridge Street,    Winnetka, CA 91306-4121
aty         +Matthew D Mentzer,   9208 Dearborn St,    Overland Park, KS 66207-2420
cr          +Great Southern Bank,   c/o Andrew Jones,    Lathrop & Gage LLP,   2345 Grand Blvd.,   Suite 2200,
              Kansas City, MO 64108-2618
cr          +McCray Lumber Company,    c/o Cohen McNeile & Pappas, P.C.,   4601 College Blvd.,   Suite 200,
              Leawood, KS 66211-1650

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +E-mail/Text: bnc@bass-associates.com Jun 07 2014 00:30:51     Capital One NA,
              Bass and Associates PC,   3936 E Ft Lowell Road Suite 200,    Tucson, AZ 85712-1083
cr           E-mail/Text: cio.bncmail@irs.gov Jun 07 2014 00:31:01     Internal Revenue Service,
              271 W 3rd St N Ste 3000,    Stop 5333 WIC,   Wichita, KS  67202
cr          +E-mail/PDF: rmscedi@recoverycorp.com Jun 07 2014 00:35:31
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, Fl 33131-1605
cr          +E-mail/Text: bnc@bass-associates.com Jun 07 2014 00:30:51     eCAST Settlement Corporation,
              c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,   TUCSON, AZ 85712-1083
                                                                                              TOTAL: 4

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Santander Consumer USA Inc.
                                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 6, 2014 at the address(es) listed below:
              Andrea L Taylor    on behalf of Creditor    Internal Revenue Service andrea.taylor@usdoj.gov,
               rhonda.mckinzie@usdoj.gov
              Ashley  Osborn    on behalf of Creditor    Santander Consumer USA Inc. ksbkecf@southlaw.com
              Patti H Bass    on behalf of Creditor    Capital One NA ecf@bass-associates.com
              Susan P DeCoursey    on behalf of Creditor    McCray Lumber Company sdecoursey@cmplaw.net,
               gpappas@cmplaw.net;jdavis@cmplaw.net
              Tyrus L Trueblood    on behalf of Creditor    eCAST Settlement Corporation
               kdouglass@bass-associates.com
              U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
              W Brett Chapin    on behalf of Debtor Paul John Demo, Jr. brett@chapinlawfirm.com,
               bchapin3@yahoo.com;sheila@chapinlawfirm.com
              W Brett Chapin    on behalf of Joint Debtor Jeanette Marie Demo brett@chapinlawfirm.com,
               bchapin3@yahoo.com;sheila@chapinlawfirm.com
              William H Griffin    ecfgriff@13trusteeks.com
                                                                                             TOTAL: 9