**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 5th day of June, 2014.**



_____
Robert D. Berger
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE: )
)
PAUL JOHN DEMO, JR. )
JEANETTE MARIE DEMO, ) CASE NO. 12-22983
)
    Debtors )

### ORDER FOR APPLICATION FOR ALLOWANCE OF ADDITIONAL ATTORNEY FEES

THIS MATTER comes on for consideration upon the Debtor's Application for Allowance of Additional Attorney Fees. Notice with Opportunity for Hearing on the motion was properly given and no other objections were filed, and no hearing was held on the matter.

IT IS THEREFORE BY THE COURT ORDERED that the Application for Allowance of Additional Attorney Fees be granted for an additional allowance of $2,007.90 as and for attorney fees and for expenses, from the funds so received by the

Wage Earner Trustee.

    IT IS SO ORDERED.

                                # # #

Approved By:

CHAPIN LAW FIRM, L.L.C.

 /s/ W. Brett Chapin_____
W. Brett Chapin, Kansas Bar No. 19411
11212 Johnson Drive
Shawnee, Kansas 66203
Telephone: (913) 385-0600
Facsimile:   (913) 385-0613
ATTORNEY FOR DEBTORS


/s/William H. Griffin_____
William H. Griffin
5115 Roe Blvd, Ste 200
Roeland Park, Kansas 66205-2393
Telephone: (913) 677-1311
*Chapter 13 Trustee*

```
                          United States Bankruptcy Court
                                District of Kansas
In re:                                                      Case No. 12-22983-RDB
Paul John Demo, Jr.                                         Chapter 13
Jeanette Marie Demo
        Debtors                    CERTIFICATE OF NOTICE
District/off: 1083-2          User: cindy              Page 1 of 1            Date Rcvd: Jun 06, 2014
                              Form ID: pdf020          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2014.
db/jdb     +Paul John Demo, Jr.,   Jeanette Marie Demo,   20520 Kittridge Street,   Winnetka, CA 91306-4121

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2014                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2014 at the address(es) listed below:
              Andrea L Taylor    on behalf of Creditor    Internal Revenue Service andrea.taylor@usdoj.gov,
               rhonda.mckinzie@usdoj.gov
              Ashley  Osborn    on behalf of Creditor    Santander Consumer USA Inc. ksbkecf@southlaw.com
              Patti H Bass    on behalf of Creditor    Capital One NA ecf@bass-associates.com
              Susan P DeCoursey    on behalf of Creditor    McCray Lumber Company sdecoursey@cmplaw.net,
               gpappas@cmplaw.net;jdavis@cmplaw.net
              Tyrus L Trueblood    on behalf of Creditor    eCAST Settlement Corporation
               kdouglass@bass-associates.com
              U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
              W Brett Chapin    on behalf of Debtor Paul John Demo, Jr. brett@chapinlawfirm.com,
               bchapin3@yahoo.com;sheila@chapinlawfirm.com
              W Brett Chapin    on behalf of Joint Debtor Jeanette Marie Demo brett@chapinlawfirm.com,
               bchapin3@yahoo.com;sheila@chapinlawfirm.com
              William H Griffin    ecfgriff@13trusteeks.com
                                                                                             TOTAL: 9