IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

Paul John Demo, Jr.
Jeanette Marie Demo
      Debtors,               Case No: 12-22983-13

## TRUSTEE'S OBJECTION TO CLAIM NO. 11
## OF HOMEWARD RESIDENTIAL, INC

**COMES NOW**, W.H. Griffin, Trustee, and objects to the allowance of the above claim as filed and recommends to the Court said claim be treated as follows:

Allowed as described herein for the following reason:

THIS REPRESENTS THE AMOUNTS PAID BY THE TRUSTEE PRIOR TO THE PLAN BEING MODIFIED AND THE PROPERTY SURRENDERED.
AN AMENDED CLAIM MAY BE FILED.

As a ARREARS claim in the amount of $5,285.50 Principal and $0.00 Interest.

As a ONGOING MORTGAGE-SECURED claim in the amount of $22,911.73 Principal and $0.00 Interest .

As a ADMIN EXP/POST-PET DQ claim in the amount of $1,537.79 Principal and $244.09 Interest .

**WHEREFORE**, the Trustee prays the foregoing claim be allowed as set forth above.

Dated: June 09, 2014               /s/ W.H. Griffin
                                          W.H. Griffin #8060
                                          5115 ROE BLVD
                                          SUITE 200
                                          ROELAND PARK, KS  66205-2393
                                          (913)677-1311
                                          (913)432-7857(Fax)

## NOTICE WITH OPPORTUNITY FOR HEARING

Any objection/response to the above motion must be filed within thirty (30) days of the date of this notice, June 09, 2014 with the Clerk of the United States Bankruptcy Court.  Documents can be filed electronically at http://ecf.ksb.uscourts.gov.  A copy of such objection/response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing.  If Debtors' counsel is not registered for electronic filing, you must serve the objection/response by mail.  If an objection/response is timely filed, a hearing will be held before the US Bankruptcy Court at 500 State Ave, Room 151, Kansas City, KS 66101 on July 15, 2014 at 1:30 PM.  If no response is filed on or before July 09, 2014, an exparte order will be entered.  For information about electronic filing go to www.ksb.uscourts.gov.

/s/ W.H. Griffin
W.H. Griffin #8060

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that the Debtors, Debtors' attorney, and the Creditor will be served either electronically or via U.S. Mail.

/s/ W.H. Griffin
W.H. Griffin #8060

Paul John Demo, Jr.
Jeanette Marie Demo
20520 KITTRIDGE ST
WINNETKA, CA  91306

HOMEWARD RESIDENTIAL, INC
BANKRUPTCY DEPARTMENT
1525 S BELTLINE ROAD, SUITE 100
NORTH
COPPELL, TX  75019