IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF KANSAS

IN RE:
    Paul John Demo, Jr.
    Jeanette Marie Demo
        Debtors        Case No: 12-22983-13

**CHAPTER 13 TRUSTEE'S MOTION TO DISMISS CASE**

    **COMES NOW** the Chapter 13 Trustee, W.H. Griffin, and hereby requests the Court enter an Order Dismissing the above captioned case without prejudice, and in support states and alleges the following:

    The Debtors have failed to begin payments within thirty days of filing the plan as required under 11 U.S.C. 1326 (a) (1).

    The Debtors have failed to maintain payments to the Trustee's office as required under 11 U.S.C. 1326. The Trustee calculates the current default amount as $8620.00 through May 2014. If the Debtor has obtained new employment the Trustee requests the Debtor provide his or her employer information to the Trustee's office so a Wage Order may be generated and filed.

    If payments are not RECEIVED by the 30th of each month, the Trustee requests an Order permitting dismissal of Debtors' case without further notice or hearing.

    **WHEREFORE**, the Trustee moves the Court for an Order dismissing the above captioned case without prejudice as provided in 11 U.S.C. Section 1307(c), and that a time be set for the Trustee to make a Final Report of his receipt and disbursements in these proceedings, and further, that a time be set to object to the confirmation of such report.

    Dated: June 09, 2014

                            <u>s/ W.H. Griffin, Chapter 13 Trustee</u>
                            W.H. Griffin #08060
                            5115 ROE BLVD
                            SUITE 200
                            ROELAND PARK, KS 66205-2393
                            (913)-677-1311
                            (913)-432-7857 (Fax)
                            inquiries@13trusteekc.com