IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE: PAUL JOHN DEMO )
JEANETTE MARIE DEMO )
)  CASE NO. 12-22983-13
)
)
)

## DEBTOR'S OBJECTION TO AMENDED INTERNAL REVENUE SERVICE PROOF OF CLAIM NUMBER 12

Comes now the Debtors by and through their Attorney W. Brett Chapin and objects to the allowance of the above claim as filed and recommends to the Court that said claim be treated as follows:

The Debtors surrendered their residence on February 21, 2014, and no longer have equity to support the IRS secured claim of $41,819.00. The secured portion of the claim should be treated as general unsecured.

Wherefore, the Debtor prays that the foregoing claim be allowed as set forth above.

/s/ W. Brett Chapin
W. BRETT CHAPIN
KS Bar No. 19411
11212 JOHNSON DRIVE
SHAWNEE, KS 66212
(913) 385-0600
(913) 385-0613 Fax
brett@chapinlawfirm.com

## NOTICE WITH OPPORTUNITY FOR HEARING

Any objection/response to the above motion must be filed within thirty (30) days of the date of this notice, July 25, 2014, with the Clerk of the United States Bankruptcy Court. If an objection/response is timely filed a hearing will be held on August 19, 2014 at 1:30 p.m. at the United States Bankruptcy Court at 500 State Avenue, Room 151, Kansas City, Kansas 66101. If no objection/response is filed on or before July 25, 2014, an exparte order will be entered.

## CERTIFICATE OF SERVICE

    I hereby certify that on this Thursday, June 26, 2014, a true and correct copy of the Debtor's Objection to Amended Internal Revenue Service Proof of Claim Number 12 electronically filed with the court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system, which would include W. H. Griffin, Trustee; US Trustee; and Marcie Hofmann, Revenue Officer with IRS.

                                            /s/W. Brett Chapin_____
                                            W. Brett Chapin