IN THE UNITED STATES BANKRUPCTY COURT
FOR THE DISTRICT OF KANSAS

IN RE: )
) Case No.: 12-22983-13
PAUL JOHN DEMO, JR. )
JEANETTE MARIE DEMO )
  Debtors. )

**DEBTOR'S RESPONSE TO TRUSTEE'S MOTION TO DISMISS**

COMES NOW, Debtors, PAUL JOHN DEMO, JR. and JEANETTE MARIE DEMO, by and through their attorney, W. Brett Chapin, Chapin Law Firm, LLC, and responds to the Chapter 13 Trustee's (hereinafter "Trustee") Motion to Dismiss. In support of this Response, Debtors state as follows:

1. Debtors were ordered on February 14, 2013, to make monthly plan payments of $4,140.00.

2. Trustee filed a Motion to Dismiss on June 9, 2014, alleging that the Debtors' failed to maintain payments to the trustee's Office and calculates the current default amount as $8,620.00 through May 2014.

3. Debtors are in the process of amending their Schedule I & J, modifying their plan to abate payments from December 2013 through May 2014 and decreasing their plan payment due to the Debtor surrendering his residence.

WHEREFORE Debtors pray that this Court deny Trustee's Motion for an Order

dismissing Debtors' Chapter 13 Petition and for such other relief as the Court finds just and equitable.

Respectfully submitted by:

CHAPIN LAW FIRM, L.L.C.

/s/ W. Brett Chapin
W. Brett Chapin,   Kansas Bar No. 19411
11212 Johnson Drive
Shawnee, Kansas 66203
Telephone: (913) 385-0600
Facsimile:    (913) 385-0613
ATTORNEY FOR DEBTORS

## CERTIFICATE OF SERVICE

COMES NOW W. Brett Chapin, attorney for the Debtors and hereby certifies that on this 26th day of June, 2014, a true and correct copy of the Debtor's Response to Trustee Motion to Dismiss electronically filed with the court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system, and was forwarded via U.S. Mail, first class, postage prepaid to debtors.

/s/ W. Brett Chapin
W. Brett Chapin