IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

PAUL AND JEANETTE DEMO,                Case No.    12-22983-13

        Debtors.

**UNITED STATES' RESPONSE TO**
**DEBTOR'S OBJECTION TO AMENDED INTERNAL REVENUE SERVICE**
**PROOF OF CLAIM NUMBER 12**

     The United States of America, on behalf of its agency the Internal Revenue Service, by and through Barry R. Grissom, United States Attorney for the District of Kansas, and Andrea L. Taylor, Assistant United States Attorney, responds to Debtors' June 26, 2014, objection to the IRS Amended Proof of Claim No. 12 as follows:

     1.    The IRS filed Claim 12-2 on December 20, 2012, setting forth a secured claim in the amount of $41,819.00, an unsecured priority claim in the amount of $26,612.59, and an unsecured general claim in the amount of $141,555.74.

     2.    Debtors objected to the IRS's secured claim because the "Debtors surrendered their residence on February 21, 2014, and no longer have equity to support the IRS secured claim of $41,819.00." *See* Doc. 78, Debtors' Objection.

     3.    After analyzing the Debtors' schedules, the IRS asserts that its secured claim is fully secured.

     4.    Debtors mistakenly believe that the IRS's secured claim is supported by the equity in their residence. In fact, the IRS's secured claim is fully secured by the debtors' personal property listed on their Schedule B. *See* Doc. 1 at 23-25. After re-calculating the secured claim based upon Schedule B, the IRS should add $850 to its current $41,819.00 secured claim to reflect a more accurate claim.

WHEREFORE, the Court should deny Debtor's Objection to Amended Internal Revenue Service Proof of Claim Number 12 because it is fully secured by the debtors' personalty, and further find that the calculation of the IRS's secured claim should be amended to $42,669.00.

    Respectfully submitted,

    Barry R. Grissom
    United States Attorney

    s/ Andrea L. Taylor
    ANDREA L. TAYLOR
    Assistant United States Attorney
    KS. Fed. Bar No. 70422
    500 State Avenue, Suite 360
    Kansas City, Kansas 66101
    PH: (913) 551-6730
    FX: (913) 551-6541
    Email: Andrea.Taylor@usdoj.gov@usdoj.gov
        Attorneys for the United States
        ELECTRONICALLY FILED

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was electronically mailed on the 1st day of July, 2014, addressed to the following:

W. Brett Chapin
brett@chapinlawfirm.com
    Attorney for Plaintiff

    /s/ Andrea L. Taylor
    ANDREA L. TAYLOR
    Assistant United States Attorney