**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 10th day of July, 2014.**



_____
Robert D. Berger
United States Bankruptcy Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

IN RE:

Paul John Demo, Jr.
Jeanette Marie Demo
         Debtors,         Case No: 12-22983-13

### ORDER GRANTING CHAPTER 13 TRUSTEE'S OBJECTION
### TO CLAIM NO. 11 OF HOMEWARD RESIDENTIAL, INC

**THIS MATTER** comes on for consideration upon the Chapter 13 Trustee's Objection To Claim No. 11 of HOMEWARD RESIDENTIAL, INC. After reviewing the file and hearing recommendations of the Trustee the Court finds the claim of HOMEWARD RESIDENTIAL, INC should be, and hereby is, treated as follows:

Allowed as described herein for the following reason:

THIS REPRESENTS THE AMOUNTS PAID BY THE TRUSTEE PRIOR TO THE
PLAN BEING MODIFIED AND THE PROPERTY SURRENDERED.
AN AMENDED CLAIM MAY BE FILED.

As a ARREARS claim in the amount of $5285.50 Principal and $0.00 Interest.

As a ONGOING MORTGAGE-SECURED claim in the amount of $22,911.73 Principal and $0.00 Interest.

As a ADMIN EXP/POST-PET DQ claim in the amount of $1,537.79 Principal and $244.09 Interest.

                                                  ###

Prepared and Approved by:

/s/ W.H. Griffin
W.H. Griffin #8060
5115 ROE BLVD
SUITE 200
ROELAND PARK, KS  66205-2393
(913)677-1311
(913)432-7857(Fax)