B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF KANSAS

In re Paul John Demo, Jr. and Jeanette Marie Demo      Case No. 12-22983

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Ocwen Loan Servicing, LLC, as servicer for Deutsche Bank National Trust Company, as Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-W2 | Homeward Residential, Inc., as servicer for Deutsche Bank National Trust Company, as Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-W2 |
|---|---|
| Name of Transferee | Name of Transferor |

Court Claim # (if known): 11-1
Amount of Claim: $208,010.34
Date Claim Filed: November 29, 2012

Name and Address where notices to transferee should be sent:

    Ocwen Loan Servicing, LLC
    Attention: Bankruptcy Department
    1100 Virginia Drive, Suite 175
    Fort Washington, PA 19034

Phone: 800-850-4622
Last Four Digits of Acct #: 9494

Phone: 
Last Four Digits of Acct #: 7179

Name and Address where payments to transferee should be sent (if different from above):

    Ocwen Loan Servicing, LLC
    Attn: Payment Processing
    3451 Hammond Avenue
    Waterloo, IA 50702

Phone: 800-850-4622
Last Four Digits of Acct #: 9494

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Joseph A. Swope, Jr.      Date: July 9, 2014
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.