**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 10th day of July, 2014.**



_____

Robert D. Berger
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

Paul John Demo, Jr.
Jeanette Marie Demo
        Debtors,                      Case No: 12-22983-13

**ORDER GRANTING CHAPTER 13 TRUSTEE'S OBJECTION
TO CLAIM NO. 11 OF HOMEWARD RESIDENTIAL, INC**

**THIS MATTER** comes on for consideration upon the Chapter 13 Trustee's Objection To Claim No. 11 of HOMEWARD RESIDENTIAL, INC. After reviewing the file and hearing recommendations of the Trustee the Court finds the claim of HOMEWARD RESIDENTIAL, INC should be, and hereby is, treated as follows:

Allowed as described herein for the following reason:

THIS REPRESENTS THE AMOUNTS PAID BY THE TRUSTEE PRIOR TO THE PLAN BEING MODIFIED AND THE PROPERTY SURRENDERED.
AN AMENDED CLAIM MAY BE FILED.

As a ARREARS claim in the amount of $5285.50 Principal and $0.00 Interest.

As a ONGOING MORTGAGE-SECURED claim in the amount of $22,911.73 Principal and $0.00 Interest.

As a ADMIN EXP/POST-PET DQ claim in the amount of $1,537.79 Principal and $244.09 Interest.

###

Prepared and Approved by:

/s/ W.H. Griffin
_____
W.H. Griffin #8060
5115 ROE BLVD
SUITE 200
ROELAND PARK, KS  66205-2393
(913)677-1311
(913)432-7857(Fax)

United States Bankruptcy Court
District of Kansas

In re:  
Paul John Demo, Jr.  
Jeanette Marie Demo  
    Debtors

Case No. 12-22983-RDB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 1083-2     User: susan     Page 1 of 1     Date Rcvd: Jul 10, 2014  
                         Form ID: pdf020     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2014.
```
db/jdb     +Paul John Demo, Jr.,    Jeanette Marie Demo,   20520 Kittridge Street,    Winnetka, CA 91306-4121
aty        +Matthew D Mentzer,    9208 Dearborn St,    Overland Park, KS 66207-2420
7452249    +HOMEWARD RESIDENTIAL,INC.,    BANKRUPTCY DEPARTMENT,    1525 S. BELTLINE RD SUITE 100,
             COPPELL, TEXAS 75019-4913
7429941    +Homeward Residential,    1525 S Belt Line Rd,    Coppell TX 75019-4913
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2014                                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2014 at the address(es) listed below:
```
          Andrea L Taylor    on behalf of Creditor    Internal Revenue Service andrea.taylor@usdoj.gov,
           rhonda.mckinzie@usdoj.gov
          Ashley Osborn    on behalf of Creditor    Santander Consumer USA Inc. ksbkecf@southlaw.com
          Patti H Bass    on behalf of Creditor    Capital One NA ecf@bass-associates.com
          Susan P DeCoursey    on behalf of Creditor    McCray Lumber Company sdecoursey@cmplaw.net,
           gpappas@cmplaw.net;jdavis@cmplaw.net
          Tyrus L Trueblood    on behalf of Creditor    eCAST Settlement Corporation
           kdouglass@bass-associates.com
          U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
          W Brett Chapin    on behalf of Joint Debtor Jeanette Marie Demo brett@chapinlawfirm.com,
           bchapin3@yahoo.com;sheila@chapinlawfirm.com
          W Brett Chapin    on behalf of Debtor Paul John Demo, Jr. brett@chapinlawfirm.com,
           bchapin3@yahoo.com;sheila@chapinlawfirm.com
          William H Griffin    ecfgriff@13trusteeks.com
                                                                                             TOTAL: 9
```