210B (12/09)

# United States Bankruptcy Court

District of Kansas
Case No. 12-22983
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Paul John Demo, Jr.<br>20520 Kittridge Street<br>Winnetka CA 91306 | Jeanette Marie Demo<br>20520 Kittridge Street<br>Winnetka CA 91306 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/11/2014.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 11: HOMEWARD RESIDENTIAL,INC., BANKRUPTCY DEPARTMENT, 1525 S. BELTLINE RD SUITE 100, COPPELL, TEXAS 75019 | OCWEN LOAN SERVICING, LLC<br>1661 WORTHINGTON RD, STE 100<br>WEST PALM BEACH, FL 33409 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/13/14

David D. Zimmerman
**CLERK OF THE COURT**

In re:  
Paul John Demo, Jr.  
Jeanette Marie Demo  
       Debtors

Case No. 12-22983-RDB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 1083-2     User: susan     Page 1 of 1     Date Rcvd: Jul 11, 2014  
                       Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2014.  
7452249     +HOMEWARD RESIDENTIAL,INC.,    BANKRUPTCY DEPARTMENT,    1525 S. BELTLINE RD SUITE 100,    COPPELL, TEXAS 75019-4913

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2014                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2014 at the address(es) listed below:  
       Andrea L Taylor    on behalf of Creditor    Internal Revenue Service andrea.taylor@usdoj.gov, rhonda.mckinzie@usdoj.gov  
       Ashley Osborn    on behalf of Creditor    Santander Consumer USA Inc. ksbkecf@southlaw.com  
       Joseph A Swope    on behalf of Creditor    Ocwen Loan Servicing, LLC ksbk@km-law.com  
       Patti H Bass    on behalf of Creditor    Capital One NA ecf@bass-associates.com  
       Susan P DeCoursey    on behalf of Creditor    McCray Lumber Company sdecoursey@cmplaw.net, gpappas@cmplaw.net;jdavis@cmplaw.net  
       Tyrus L Trueblood    on behalf of Creditor    eCAST Settlement Corporation kdouglass@bass-associates.com  
       U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov  
       W Brett Chapin    on behalf of Debtor Paul John Demo, Jr. brett@chapinlawfirm.com, bchapin3@yahoo.com;sheila@chapinlawfirm.com  
       W Brett Chapin    on behalf of Joint Debtor Jeanette Marie Demo brett@chapinlawfirm.com, bchapin3@yahoo.com;sheila@chapinlawfirm.com  
       William H Griffin    ecfgriff@13trusteeks.com  
                                                                                             TOTAL: 10