IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: | ) |
| | ) |
| PAUL JOHN DEMO | ) |
| JEANETTE MARIE DEMO | )  CASE NO. 12-22983 |
| | ) |
| | ) |
| | ) |

**NOTICE OF WITHDRAWAL OF DEBTORS' OBJECTION TO AMENDED
INTERNAL REVENUE SERVICE PROOF OF CLAIM 12**

   **NOTICE IS HEREBY GIVEN** that Debtors have withdrawn Debtor's Objection to the Amended Internal Revenue Service Proof of Claim 12.

   Dated this 18th day of August, 2014.
.

                              /s/ W. Brett Chapin
                              W. BRETT CHAPIN
                              KS Bar No. 19411
                              11212 JOHNSON DRIVE
                              SHAWNEE, KS 66212
                              (913) 385-0600
                              (913) 385-0613 Fax
                              brett@chapinlawfirm.com


                   CERTIFICATE OF SERVICE

   I hereby certify that on this Monday, August 18, 2014, a true and correct copy of the Notice of Withdrawal of Debtors' Objection to Amended Internal Revenue Service Proof of Claim 12 electronically filed with the court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system, which would include W. H. Griffin, Trustee; US Trustee; and electronically mailed to Andrea Taylor, Andrea.Taylor@usdoj.gov@usdoj.gov Assistant United State Attorney.


                              /s/ W. Brett Chapin