# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

IN RE:                                  )
PAUL JOHN DEMO                          )    CASE NO. 12-22983
JEANETTE MARIE DEMO                     )
                                        )
                                        )

## DEBTORS' MOTION FOR PLAN MODIFICATION TO ABATE PAYMENTS AND DECREASE PLAN PAYMENTS

COMES NOW, the Debtors, by and through their attorney, W. Brett Chapin of the Chapin Law Firm, LLC, and moves the Court for an Order modifying the Chapter 13 Plan in this case to abate/suspend all plan payments due, but not yet paid, for the period December 2013 through August, 2014. This motion would abate payments of $4,140.00 per month for December 2013 through August 2014 and payments of $2,202.00 would resume in September of 2014. In support of said Motion, Debtors would show the Court as follows:

1. Their Chapter 13 plan as filed called for the Debtors to pay $4,140.00 per month to the Trustee.
2. Debtors request suspension of payment for the following reason:
    a. Debtors moved to California in February 2014 and were unable to find employment until July 2014. Debtor is self-employed.
3. The decrease in payment of $2,202.00 is due to the Debtors' surrendering their homestead and no longer being responsible for the mortgage payments.
4. In the event that payments are not resumed within 30 days after the end of the suspension, Debtor understands that the Trustee will move to have the case dismissed for failure to make plan payments.
5. Even with this modification, Debtors would be able to complete their obligations under the plan within the statutorily-required period. In the event an increase in the plan payment is required to accommodate this modification, Debtor consents in advance to such an increase.

6. Debtors have incurred additional attorney fees in the amount $290.00 associated with this plan modification, and ask that those fees be added to the plan. These fees are as follows:

| | |
|---|---|
| Phone Conversations between Debtor & Attorney | $40.00 |
| Discussions between Paralegal and Attorney | $100.00 |
| Draft, File, and mail Motion to Modify Plan to Abate Payments | $100.00 |
| Draft, File and mail Order to Modify for future filing | $50.00 |

Wherefore, Debtors pray that the Court grant this Motion for Plan Modifications and decrease in plan payment for such other and further relief as the Court deem just and equitable.

Respectfully submitted by:

CHAPIN LAW FIRM, LLC.

/s/ W. Brett Chapin
W. Brett Chapin, Kansas Bar No. 19411
11212 Johnson Drive
Shawnee, Kansas 66203
Telephone: (913) 385-0600
Facsimile: (913) 385-0613
ATTORNEY FOR DEBTORS

## NOTICE WITH OPPORTUNITY ON AMENDED SCHEDULES I, J, MOTION FOR PLAN MODIFICATION TO ABATE PAYMENTS AND DECREASE PLAN PAYMENTS AND AMENDED SUMMARY OF SCHEDULES

NOTICE IS HEREBY GIVEN that if you fail to file a written objection to the above motion with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before September 8th, 2014, no hearing will be held and order will be submitted for approval.

If you file a timely objection, a hearing will be held before the U.S. Bankruptcy Court, U.S. Courthouse, Courtroom 151, Kansas City, Kansas, on the 16th day of September, 2014, at 1:30 o'clock, p.m., or as soon thereafter as the court's schedule permits. If you file the objection, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

## CERTIFCATE OF SERVICE

I CERTIFY THAT ON THIS 18TH DAY OF AUGUST, 2014, I ELECTRONICALLY FILED THE ABOVE AND FOREGOING MOTION WITH NOTICE TO THE COURT USING CM/ECF SYSTEM WHICH HAS SENT NOTIFICATION TO ALL PARTIES PARTICIPATING IN THE CM/ECF SYSTEM.

FURTHER I CERTIFY THAT I HAVE DEPOSITED IN THE US MAIL, FIRST CLASS POSTAGE PREPAID AND PROPERLY ADDRESSED TO THE PARTIES' AND/OR COUNSEL'S ADDRESSES ON THE ATTACHED MATRIX WHO DO NOT RECEIVE NOTICE ELECTRONICALLY VIA CM/ECF.

/S/ W. BRETT CHAPIN

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

PAUL JOHN DEMO
JEANETTE MARIE DEMO
        Debtors

Case No. 12-22983
Chapter 13

## DEBTORS' FIRST AMENDMENT TO SCHEDULES I AND J; MOTION FOR PLAN MODIFICATION TO ABATE PAYMENTS AND DECREASE PLAN PAYMENTS AND AMENDED SUMMARY OF SCHEDULES

**COMES NOW** the Debtors, by and through their counsel of record, and submits to the Court the attached Debtor's Amended Schedule I, J, Motion for Plan Modification to Abate Payments and Decrease Plan Payments and Summary of Schedules.

Respectfully Submitted,

**CHAPIN LAW FIRM, LLC**

s/ W. Brett Chapin
W. BRETT CHAPIN
KS Bar No. 19411
11212 Johnson Drive
Shawnee, KS 66203
(913) 385-0600

**ATTORNEY FOR DEBTORS**

## CERTIFICATE OF SERVICE

I hereby certify that on this Monday, August 18, 2014, a true and correct copy of the Debtor's First Amendment to Debtor's Schedule I, J, Motion for Plan Modification to Abate Payments and Decrease Plan Payments and Amended Summary of Schedules electronically filed with the court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system, and was forwarded via U.S. Mail, first class, postage prepaid and properly addressed to the parties' and/or counsel's addresses on the attached matrix who do not receive notice electronically via CM/ECF.

                                                s/ W. Brett Chapin_____
                                                W. Brett Chapin

## DECLARATION UNDER PENALTY OF PERJURY BY DEBTORS

We, the undersigned, declare under penalty of perjury that we have read the foregoing Debtors' First Amendment to Debtor's Schedule I, J, Motion for Plan Modification to Abate Payments and Decrease Plan Payments and Amended Summary of Schedules and that it is true and correct to the best of our knowledge, information and belief.

Date: August 18, 2014                                  Signature: s/PAUL JOHN DEMO_____
                                                                PAUL JOHN DEMO

                                                                             s/JEANETTE MARIE DEMO__
                                                                             JEANETTE MARIE DEMO____

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Paul John Demo Jr.** <br> First Name    Middle Name    Last Name |
| Debtor 2 <br> (Spouse, if filing) | **Jeanette Marie Demo** <br> First Name    Middle Name    Last Name |

United States Bankruptcy Court for the: District of Kansas

Case number (If known) _____

Check if this is:

☑ An amended filing

☑ A supplement showing post-petition chapter 13 income as of the following date:
**08/18/2014**
MM / DD / YYYY

## Official Form 6I
# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may Include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☑ Employed <br> ☐ Not employed | ☐ Employed <br> ☑ Not employed |
| Occupation | | Self-Employed | |
| Employer's name | | PMI Midwest | |
| Employer's address | | 20520 Kittridge Street <br> Number Street | Number Street |
| | | Winnetka, CA 91306-0000 <br> City State ZIP Code | City State ZIP Code |
| How long employed there? | | _____ | _____ |

### Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be.    2. | $ 0.00 | $ 0.00 |
| 3. Estimate and list monthly overtime pay.    3. | +$ 0.00 | +$ 0.00 |
| 4. Calculate gross income. Add line 2 + line 3.    4. | $ 0.00 | $ 0.00 |

Official Form 6I          Schedule I: Your Income          page 1

Debtor 1 __Paul John Demo Jr._____  Case number (if known)_____
         First Name  Middle Name  Last Name

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ➔ | 4. | $ 0.00 | $ 0.00 |

5. List all payroll deductions:

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ 0.00 |
| 5b. Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. Insurance | 5e. | $ 0.00 | $ 0.00 |
| 5f. Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. Other deductions. Specify: _____ | 5h. | +$ 0.00 | +$ 0.00 |

6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h.   6.   $ 0.00   $ 0.00

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $ 0.00   $ 0.00

8. List all other income regularly received:

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a.   $ 0.00   $ 0.00

8b. **Interest and dividends**   8b.   $ 0.00   $ 0.00

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c.   $ 0.00   $ 0.00

8d. **Unemployment compensation**   8d.   $ 0.00   $ 0.00

8e. **Social Security**   8e.   $ 0.00   $ 0.00

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____   8f.   $ 0.00   $ 0.00

8g. **Pension or retirement income**   8g.   $ 0.00   $ 0.00

8h. **Other monthly income.** Specify: __See Schedule Attached__   8h.   +$ 6,800.00   +$ 0.00

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.   9.   $ 6,800.00   $ 0.00

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.   10.   $ 6,800.00 + $ 0.00 = $ 6,800.00

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____   11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data*, if it applies   12. $ 6,800.00
Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?
☑ No.
☐ Yes. Explain: | None |

IN RE <u>Demo, Paul John Jr. & Demo, Jeanette Marie</u>   Case No. _____
Debtor(s)

# AMENDED SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
## Continuation Sheet - Page 1 of 1

|  | DEBTOR | SPOUSE |
|---|---:|---:|
| Other monthly income: | | |
| **SELF-EMPLOYMENT** | 6,800.00 | 0.00 |
|  | 0.00 | 0.00 |

Fill in this information to identify your case:

Debtor 1: **Paul John Demo Jr.**
First Name / Middle Name / Last Name

Debtor 2: **Jeanette Marie Demo**
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: District of Kansas

Case number (If known): _____

Check if this is:

☑ An amended filing

☑ A supplement showing post-petition chapter 13 expenses as of the following date:
**08/18/2014**
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

    ☐ No. Go to line 2.
    ☑ Yes. Does Debtor 2 live in a separate household?

    ☑ No
    ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**    ☐ No
   Do not list Debtor 1 and Debtor 2.    ☑ Yes. Fill out this information for each dependent..............
   Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Daughter** | **12** | ☐ No  ☑ Yes |
| **Son** | **9** | ☐ No  ☑ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   ☑ No
   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.   4. $ __2,200.00__

    If not included in line 4:

    4a. Real estate taxes   4a. $ __0.00__
    4b. Property, homeowner's, or renter's insurance   4b. $ __0.00__
    4c. Home maintenance, repair, and upkeep expenses   4c. $ __0.00__
    4d. Homeowner's association or condominium dues   4d. $ __0.00__

Official Form 6J                        Schedule J: Your Expenses                        page 1

Debtor 1 __Paul John Demo Jr.__  
First Name   Middle Name   Last Name

Case number (if known)_____

| | | Your expenses |
|---|---|---|
| 5. **Additional mortgage payments for your residence**, such as home equity loans | 5. | $ 0.00 |
| 6. **Utilities:** | | |
| 6a. Electricity, heat, natural gas | 6a. | $ 0.00 |
| 6b. Water, sewer, garbage collection | 6b. | $ 0.00 |
| 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 0.00 |
| 6d. Other. Specify: **Cell Phone** | 6d. | $ 250.00 |
| 7. **Food and housekeeping supplies** | 7. | $ 600.00 |
| 8. **Childcare and children's education costs** | 8. | $ 0.00 |
| 9. **Clothing, laundry, and dry cleaning** | 9. | $ 100.00 |
| 10. **Personal care products and services** | 10. | $ 50.00 |
| 11. **Medical and dental expenses** | 11. | $ 250.00 |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 700.00 |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 100.00 |
| 14. **Charitable contributions and religious donations** | 14. | $ 0.00 |
| 15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. Life insurance | 15a. | $ 0.00 |
| 15b. Health insurance | 15b. | $ 0.00 |
| 15c. Vehicle insurance | 15c. | $ 125.00 |
| 15d. Other insurance. Specify:_____ | 15d. | $ 0.00 |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $ 0.00 |
| 17. **Installment or lease payments:** | | |
| 17a. Car payments for Vehicle 1 | 17a. | $ 0.00 |
| 17b. Car payments for Vehicle 2 | 17b. | $ 0.00 |
| 17c. Other. Specify:_____ | 17c. | $ 0.00 |
| 17d. Other. Specify:_____ | 17d. | $ 0.00 |
| 18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** | 18. | $ 0.00 |
| 19. **Other payments you make to support others who do not live with you.** Specify:_____ | 19. | $ 0.00 |
| 20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | |
| 20a. Mortgages on other property | 20a. | $ 0.00 |
| 20b. Real estate taxes | 20b. | $ 0.00 |
| 20c. Property, homeowner's, or renter's insurance | 20c. | $ 0.00 |
| 20d. Maintenance, repair, and upkeep expenses | 20d. | $ 0.00 |
| 20e. Homeowner's association or condominium dues | 20e. | $ 0.00 |

Official Form 6J  Schedule J: Your Expenses  page 2

Debtor 1   **Paul John Demo Jr.**
         First Name   Middle Name   Last Name          Case number (if known) _____

21. **Other.** Specify: **See Schedule Attached**            21.  +$    2,338.00

22. **Your monthly expenses.** Add lines 4 through 21.
    The result is your monthly expenses.                    22.   $    6,713.00

23. **Calculate your monthly net income.**

    23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a.  $    6,800.00

    23b. Copy your monthly expenses from line 22 above.                       23b. −$    6,713.00

    23c. Subtract your monthly expenses from your monthly income.
         The result is your *monthly net income*.                              23c.  $       87.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.
    ☐ Yes.  None

Official Form 6J                 Schedule J: Your Expenses                                page 3
Case 12-22983    Doc# 88    Filed 08/18/14    Page 11 of 18

IN RE **Demo, Paul John Jr. & Demo, Jeanette Marie**  Case No. _____
           Debtor(s)

## AMENDED SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

Other Expenses (DEBTOR)
**Children'Education Textbooks** 13.00
**Softball Fee For Debtor's Daughter** 125.00
0.00
**Chapter 13 Payment** 2,200.00
0.00

United States Bankruptcy Court
District of Kansas

IN RE: 

Demo, Paul John Jr. & Demo, Jeanette Marie
Debtor(s)

Case No. _____

Chapter **13**

## AMENDED SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 196,000.00 | | |
| B - Personal Property | Yes | 3 | $ 116,159.87 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 297,857.98 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $ 56,367.66 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 11 | | $ 308,934.52 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 3 | | | $ 6,800.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 4 | | | $ 6,713.00 |
| TOTAL | | 30 | $ 312,159.87 | $ 663,160.16 | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## District of Kansas

IN RE:                                                                               Case No. _____

**Demo, Paul John Jr. & Demo, Jeanette Marie**         Chapter **13**
Debtor(s)

## AMENDED STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---:|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 56,367.66 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 1,353.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| **TOTAL** | **$ 57,720.66** |

**State the following:**

| | |
|---|---:|
| Average Income (from Schedule I, Line 12) | $ 6,800.00 |
| Average Expenses (from Schedule J, Line 22) | $ 6,713.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $ 3,440.69 |

**State the following:**

| | | |
|---|---:|---:|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 12,568.98 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 45,748.79 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 10,618.87 |
| 4. Total from Schedule F | | $ 308,934.52 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 332,122.37 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Demo, Paul John Jr.
18175 W. 156th Street
Olathe, KS 66062-0000

Demo, Jeanette Marie
18175 W. 156th Street
Olathe, KS 66062-0000

Account Recovery Specil
3505 W. Topeka St.
Wichita, KS 67219-0000

Alliance Radiology
P.O. Box 809012
Kansas City, MO 64180-9012

Allied Insurance
P.O. Box 280431, Hartland St., Suite 401
East Hartford, CT 06128-0431

Allied Interstate
300 Corporate Exchange Dr., 5th Floor
Columbus, OH 43231-0000

AMCA
P.O. Box 1235
Elmsford, NY 10523-0935

American Express
P.O. Box 650448
Dallas, TX 75265-0448

American Express
P.O. Box 26312
Lehigh Valley, PA 18002-6312

American Kenpo Karate Academy
2073 E. Santa Fe
Olathe, KS 66062

American Medical Collection Agency
4 Westchester Plaza, Bldg 4
Elmsford, NY 10523-0000

Amex
Po Box 297871
Fort Lauderdale, FL 33329

Asset Recovery Solutions, LLC
C/O Berman & Rabin
15280 Metcalf Avenue
Overland Park, KS 66223

Berman & Rabin
15280 Metcalf Avenue
Overland Park, KS 66223-0000

Berman & Rabin
P.O. Box 24327
Overland Park, KS 66283-0000

Burns Burns Walsh & Walsh PA
P.O. Box 487, 704 Topeka Avenue
Lyndon, KS 66451-0487

CAC Financial Corp
2601 NW Expwy, Suite 1000
E. Oklahoma City, OK 73112-0000

Cach, Llc (original Creditor:ge Money Ba
4340 S Monaco, Second Floor
Denver, CO 80237

Capital One Bank USA
Po Box 85520
Richmond, VA 23285

Cavalry Portfolio Serv (original Credito
500 Summit Lake Dr
Valhalla, NY 10595

Cavalry Portfolio Services LLC
P.O. Box 1017
Hawthorne, NY 10532-0000

CBE Group
1309 Technology Pkwy
Cedar Falls, IA 50613-0000

Chase
Po Box 15298
Wilmington, DE 19850

Children Mercy Hospital
P.O. Box 803302
Kansas City, MO 64180-3302

Children's Mercy Hospitals And Clinics
P.O. Box 804435
Kansas City, MO 64180-4435

Citifinancial
300 Saint Paul Pl
Baltimore, MD 21202

Clerk Of Johnson County District Court
Case No. 12LA1473
100 N. Kansas Avenue
Olathe, KS 66061

Clerk Of Johnson County District Court
Case No. 12LA2739
100 N. Kansas Avenue
Olathe, KS 66061

Clerk Of Johnson County District Court
Case No. 09LA1129
100 N. Kansas Avenue
Olathe, KS 66061

Clerk Of Johnson County District Court
Case No. 11LA9399
100 N. Kansas Avenue
Olathe, KS 66061

Kohls/capone
Po Box 3115
Milwaukee, WI 53201

KCI
P.O. Box 14765
Shawnee Mission, KS 66285-4765

Kansas Department Of Revenue
Director Of Taxation
915 SW. Harrison
Topeka, KS 66625-3512

Kansas City Homes & Gardens
2305 Newpointe Pky
Lawrenceville, GA 30043-5530

Johnson County Treasurer
111 S. Cherry St., Ste 1500
Olathe, KS 66061-3451

John F. Michaels
Attorney At Law
P.O. Box 7507
Overland Park, KS 66207-0000

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Hsbc/bsbuy
Po Box 5253
Carol Stream, IL 60197

Homeward Residential
1525 S Belt Line Rd
Coppell, TX 75019

Healthcare Finanical Associates
P.O. Box 803302
Kansas City, MO 64180-3302

Haase&long (original Creditor:medical)
303 West 11th St
Lawrence, KS 66044

Great Southern Bank
1451 E Battlefield St
Springfield, MO 65804

Golden Valley Medical
1602 N. Second
Clinton, MO 64735

Gary Hubbard
102 Brown Ave
Osawatomie, KS 66064-0000

Gary Hubbard
102 Brown Ave
Osawatomie, KS 66064-0000

Frederick J. Hanna & Assoc
1427 Roswell Rd.
Marietta, GA 30062-0000

Ford Cred
Po Box Box 542000
Omaha, NE 68154

Exe Fin Con (original Creditor:medical)
310 Armour Rd Suite 220
Nkc, MO 64116

Evans Mullinix
Attorneys At Law
7225 Renner Rd, Suite 200
Shawnee, KS 66217-0000

Escallate Llc (original Creditor:solarus
5200 Stoneham Rd
North Canton, OH 44720

Enhanced Recovery Company
8014 Bayberry Rd.
Jacksonville, FL 32256-7412

Enhanced Recovery Co L (original Credito
8014 Bayberry Rd
Jacksonville, FL 32256

Emergency Medicine Care LLC
P.O. Box 716
Overland Park, KS 66201-0716

Emergency Medical Care LLC
C/O ARSI Account Recovery Specialists
3505 No. Topeka
Wichita, KS 67219

Discovr Cd
Po Box15316
Wilmington, DE 19850-5316

David J. Cobb DDS, PA
975 N. Mur-Len Ste #A
Olathe, KS 66062

Credit World Services, Inc.
6000 Martway St.
Shawnee Mission, KS 66202-3339

Client Services INc
3451 Harry S. Truman Blvd
St. Charles, MO 63301-4047

Clerk Of Johnson County District Court
Case No. 12LA7998
100 N. Kansas Avenue
Olathe, KS 66061

Clerk Of Johnson County District Court
Case No. 12CV8082
100 N. Kansas Avenue
Olathe, KS 66061

Physicians Reference Laboratory LLC
P.O. Box 879593
Kansas City, MO 64187-0001

Optima Recovery Services LLC
6215 Kingston Pike, Ste B, Box 52968
Knoxville, TN 37950-2968

Optima Recovery Servic (original Credito
6215 Kingston Pk Ste A
Knoxville, TN 37919

Olathe Medical Services, Inc.
P.O. Box 505001
St. Louis, MO 63150-5001

Olathe Medical Services
Central Billing Office
14425 College Blvd, Ste 100
Lenexa, KS 66215-0000

Olathe Medical Center Inc.
20333 W. 151st St
Olathe, KS 66061

Office Of The United States Attorney
1200 Epic Center
301 N. Main
Wichita, KS 67202-0000

Office Of The United States Attorney
U.S. Courthouse, Ste 290
444 Southeast Quincy Street
Topeka, KS 66683-0000

Office Of The United States Attorney
Robert J. Dole U.S. Courthouse, Ste 360
500 State Avenue
Kansas City, KS 66101-0000

Northland Group Inc.
P.O. Box 390846
Minneapolis, MN 55439-0000

Nebraska Furniture Mar
700 S 72nd St
Omaha, NE 68114

NCO Financial Systems Inc.
P.O. Box 17205
Wilmington, DE 19850-7205

NCO Financial Systems Inc.
507 Prudential Road
Horsham, PA 19044-0000

NCB Management Services Inc.
P.O. Box 1099
Langhorne, PA 19047-0000

Nationwide Credit
P.O. Box 26314
Lehigh Valley, PA 18002

Midland Funding (original Creditor:citib
8875 Aero Dr Ste 200
San Diego, CA 92123

Midland Funding (original Creditor:chase
8875 Aero Dr Ste 200
San Diego, CA 92123

Midland Funding (org Creditor Target
8875 Aero Dr Ste 200
San Diego, CA 92123

Midland Credit Management Inc.
P.O. Box 60578
Los Angeles, CA 90060-0578

Midland Credit Management Inc.
8875 Aero Drive, Ste 200
San Diego, CA 92123-0000

Merchants Credit Adjusters, Inc.
17055 Frances St.
Omaha, NE 68130-0000

MCM
P.O. Box 603, Dept 12421
Oaks, PA 19456-0000

McGuigan Law Office, LLC
311 Veterans Highway, Ste 100A
Levittown, PA 19056-0000

McCray
10741 El Mounte St.
Overland Park, KS 66211

Leading Edge Recovery Solutions
5440 N. Cumberland Avenue, Ste 300
Chicago, IL 60656-1490

Leading Edge Rec. Sol
P.O. Box 129
Linden, MI 48451-0129

Laboratory Corp. Of America
American Medical Collection Agency
4 Westchester Plaza, Bldg 4
Elmsfiord, NY 10523

Krammer & Frank
1125 Grand Ste 600
Kansas City, MO 64106-2501

Krammer & Frank
9300 Dielman Ind Dr.
St. Louis, MO 63132-2205

Kramer&frank (original Creditor:medical)
9666 Olive Blvd Suite 450
St Louis, MO 63132

| | | |
|---|---|---|
| | Wells Fargo<br>11809 Shawnee Mission Parkway<br>Shawnee, KS 66203 | Venture Finanical Services, Inc.<br>Box 16568, 9500 East 63rd St., Ste 202<br>Raytown, MO 64133-0000 |
| Venture Financial Services, Inc.<br>P.O. Box 16568<br>Raytown, MO 64133-0568 | University Of Kansas Pysicians<br>P.O. Box 410208<br>Kansas City, MO 64141-0208 | University Of Kansas Pysicians<br>P.O. Box 410389<br>Kansas City, MO 64141-0389 |
| United Specialty Products<br>Lifetime Cookware<br>P.O. Box 36203<br>Denver, CO 80227 | United Imaging Consultants LLC<br>P.O. Box 807001<br>Kansas City, MO 64180-7001 | United Imaging Consultants LLC<br>5800 Foxridge Dr. 240<br>Mission, KS 66202 |
| United Heating & Cooling Inc.<br>301 Duck Rd<br>Grandview, MO 64030 | Unifund Ccr Partners (original Creditor:<br>10625 Techwoods Circle<br>Cincinnati, OH 45242 | Thd/cbna<br>Po Box 6497<br>Sioux Falls, SD 57117 |
| Stellar Recovery Inc (original Creditor:<br>1845 Highway 93 South<br>Kalispell, MT 59901 | Stellar Recovery<br>1327 Highway 2 W. Suite 100<br>Kalispell, MT 59901-3413 | St. Lukes South Hospital<br>C/O Venture Financial Services LLC<br>P.O. Box 16568, 9500 E. 63rd St., St 202<br>Raytown, MO 64133 |
| St. Lukes Medical Group<br>14115 W. 95th St.<br>Lenexa, KS 66215 | Sports Rehab & Physical Therapy<br>10701 Nall Avenue, Ste 130<br>Overland Park, KS 66211 | Santander Consumer Usa<br>Po Box 961245<br>Ft Worth, TX 76161 |
| Sallie Mae<br>Po Box 9500<br>Wilkes-barre, PA 18773-9500 | Saint Lukes Medical Group<br>P.O. Box 740197<br>Atlanta, GA 30374-0197 | RMS<br>77 Hartland St., Ste 401, Box 280431<br>East Hartford, CT 06128-0431 |
| RGS Financial<br>P.O. Box 852039<br>Richardson, TX 75085-2039 | QC Financial Services,<br>Quik Cash #014<br>129 W. Dennis<br>Olathe, KS 66061 | Portfolio Recovery Associates LLC<br>P.O. Box 12903<br>Norfolk, VA 23541-0000 |
| Portfolio Recovery Associates<br>120 Corporate Blvd, Ste 100<br>Norfolk, VA 23502 | Portfolio<br>120 Corporate Blvd, Ste 100<br>Norfolk, VA 23502 | Physicians Reference Laboratory, LLC<br>7800 W. 110th Street<br>Overland Park, KS 66210-0000 |