**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 19th day of August, 2014.**



_____
Robert D. Berger
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF KANSAS

IN RE:
     Paul John Demo, Jr.

                Debtor                 Case No: 12-22983-13

**ORDER TO DEBTOR TO PAY THE TRUSTEE**

    **WHEREAS,** the Debtor herein has submitted a Plan to pay debts out of future earnings, and by this plan submits all future earnings and wages under the supervision and control of the Court for the purpose of consummating the Plan;

    **IT IS ORDERED** that the above-named Debtor is hereby ordered and directed, until further order of this Court, to pay the sum of:

                  **$2202.00 Monthly**

  **BEGINNING ON THE NEXT PAY PERIOD FOLLOWING RECEIPT OF THIS ORDER TO:**

                W.H. GRIFFIN, TRUSTEE
                    PO BOX 613106
                   MEMPHIS TN 38101

                       ###

Prepared and Approved By:

<u>s/W.H. GRIFFIN, Chapter 13 Trustee</u>
W.H. GRIFFIN #08060
5115 ROE BLVD
SUITE 200
ROELAND PARK, KS 66205-2393
(913)-677-1311
(913)-432-7857 (Fax)
inquiries@13trusteekc.com

```
                            United States Bankruptcy Court
                                  District of Kansas
In re:                                                          Case No. 12-22983-RDB
Paul John Demo, Jr.                                             Chapter 13
Jeanette Marie Demo
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 1083-2          User: susan              Page 1 of 1            Date Rcvd: Aug 20, 2014
                              Form ID: pdf020          Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2014.
db/jdb     +Paul John Demo, Jr.,    Jeanette Marie Demo,    20520 Kittridge Street,    Winnetka, CA 91306-4121
aty        +Matthew D Mentzer,    9208 Dearborn St,    Overland Park, KS 66207-2420

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2014 at the address(es) listed below:
              Andrea L Taylor    on behalf of Creditor    Internal Revenue Service andrea.taylor@usdoj.gov,
               rhonda.mckinzie@usdoj.gov
              Ashley  Osborn    on behalf of Creditor    Santander Consumer USA Inc. ksbkecf@southlaw.com
              Joseph A Swope    on behalf of Creditor    Ocwen Loan Servicing, LLC ksbk@km-law.com
              Patti H Bass    on behalf of Creditor    Capital One NA ecf@bass-associates.com
              Susan P DeCoursey    on behalf of Creditor    McCray Lumber Company sdecoursey@cmplaw.net,
               gpappas@cmplaw.net;jdavis@cmplaw.net
              Tyrus L Trueblood    on behalf of Creditor    eCAST Settlement Corporation
               kdouglass@bass-associates.com
              U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
              W Brett Chapin    on behalf of Debtor Paul John Demo, Jr. brett@chapinlawfirm.com,
               bchapin3@yahoo.com;sheila@chapinlawfirm.com
              W Brett Chapin    on behalf of Joint Debtor Jeanette Marie Demo brett@chapinlawfirm.com,
               bchapin3@yahoo.com;sheila@chapinlawfirm.com
              William H Griffin    ecfgriff@13trusteeks.com
                                                                                             TOTAL: 10