# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

IN RE:

Paul John Demo, Jr.
Jeanette Marie Demo
        Debtors         Case No: 12-22983-13

## NOTICE OF WITHDRAWAL OF TRUSTEE'S
## MOTION TO DISMISS

**COMES NOW** the Chapter 13 Trustee, W.H. Griffin, and hereby advises the Court that the Motion to Dismiss filed on June 09, 2014 is hereby withdrawn.

Dated: October 07, 2014          s/W.H. Griffin, Chapter 13 Trustee

W.H. Griffin #08060
5115 ROE BLVD
SUITE 200
ROELAND PARK, KS 66205-2393
(913) 677-1311
(913) 432-7857 (Fax)
inquiries@13trusteekc.com

## CERTIFICATE OF MAILING

I, the undersigned, do hereby certify that a true and attested copy of the above and foregoing Withdrawal has been forwarded to the Debtors and Debtors' Attorney either electronically or by U.S. Mail, first class postage prepaid, on October 07, 2014.

s/W.H. Griffin, Chapter 13 Trustee
W.H. Griffin, Trustee

Paul John Demo, Jr.
Jeanette Marie Demo
20520 KITTRIDGE ST
WINNETKA, CA 91306