**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 7th day of October, 2014.**



_____
Robert D. Berger
United States Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS, KANSAS CITY DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| PAUL JOHN DEMO, JR. | ) | Case No. 12-22983 |
| JEANETTE MARIE DEMO | ) | Chapter 13 |
| Debtors. | ) | |

### ORDER FOR PLAN MODIFICATION TO ABATE PAYMENTS

No objections have been filed to the Debtor's Motion for Plan Modification to Abate Payments and Decrease Plan Payments. The last date for objection was September 8, 2014.

**IT IS SO ORDERED THAT:**

The Motion for Plan Modification to Abate Payments of $4,140 per month for December 2013 through August 2014 and to decrease payments to $2,202.00 beginning September of 2014 filed by the above-captioned Debtor on August 18,

2014, is ordered.  This order shall abate the Debtor's Plan Payments of $4,140.00 per month for December 2013 through August 2014.  Payments in the amount of $2,202.00 shall resume in September, 2014.

The order shall include the attorney fees in the amount of $290.00 associated with this plan modification to be added to the plan.

The Debtors full plan payment will be remitted to the Trustee by September 30, 2014 or the case may be dismissed at the Trustee's discretion.

###

RESPECTFULLY SUBMITTED BY:
CHAPIN LAW FIRM, LLC.

| /s/ W. Brett Chapin | /s/William H. Griffin |
|---|---|
| W. Brett Chapin,      Kansas Bar No. 19411 | William H. Griffin, Trustee |
| 11212 Johnson Drive | 5115 Roe Blvd., Ste 200 |
| Shawnee, Kansas 66203 | Roeland Park, Kansas 66205-2393 |
| Telephone:  (913) 385-0600 | Telephone: (913) 677-1311 |
| Facsimile: (913) 385-0613 | *Chapter 13 Trustee* |
| Attorney for Debtors | |