**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 7th day of October, 2014.**



_____
Robert D. Berger
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS, KANSAS CITY DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| PAUL JOHN DEMO, JR. | ) | Case No. 12-22983 |
| JEANETTE MARIE DEMO | ) | Chapter 13 |
| Debtors. | ) | |

### ORDER FOR PLAN MODIFICATION TO ABATE PAYMENTS

No objections have been filed to the Debtor's Motion for Plan Modification to Abate Payments and Decrease Plan Payments. The last date for objection was September 8, 2014.

**IT IS SO ORDERED THAT:**

The Motion for Plan Modification to Abate Payments of $4,140 per month for December 2013 through August 2014 and to decrease payments to $2,202.00 beginning September of 2014 filed by the above-captioned Debtor on August 18,

2014, is ordered.  This order shall abate the Debtor's Plan Payments of $4,140.00 per month for December 2013 through August 2014.  Payments in the amount of $2,202.00 shall resume in September, 2014.

The order shall include the attorney fees in the amount of $290.00 associated with this plan modification to be added to the plan.

The Debtors full plan payment will be remitted to the Trustee by September 30, 2014 or the case may be dismissed at the Trustee's discretion.

###

RESPECTFULLY SUBMITTED BY:
CHAPIN LAW FIRM, LLC.

| /s/ W. Brett Chapin | /s/William H. Griffin |
|---|---|
| W. Brett Chapin,    Kansas Bar No. 19411 | William H. Griffin, Trustee |
| 11212 Johnson Drive | 5115 Roe Blvd., Ste 200 |
| Shawnee, Kansas 66203 | Roeland Park, Kansas 66205-2393 |
| Telephone:  (913) 385-0600 | Telephone: (913) 677-1311 |
| Facsimile: (913) 385-0613 | *Chapter 13 Trustee* |
| Attorney for Debtors | |

```
                          United States Bankruptcy Court
                                District of Kansas
```

In re:                                                        Case No. 12-22983-RDB
Paul John Demo, Jr.                                           Chapter 13
Jeanette Marie Demo
        Debtors
                              **CERTIFICATE OF NOTICE**

District/off: 1083-2        User: susan            Page 1 of 1           Date Rcvd: Oct 08, 2014
                            Form ID: pdf020        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 10, 2014.
db/jdb         +Paul John Demo, Jr.,   Jeanette Marie Demo,   20520 Kittridge Street,   Winnetka, CA 91306-4121

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 8, 2014 at the address(es) listed below:
              Andrea L Taylor    on behalf of Creditor   Internal Revenue Service andrea.taylor@usdoj.gov,
               rhonda.mckinzie@usdoj.gov;robyn.bloomquist@usdoj.gov
              Ashley  Osborn    on behalf of Creditor    Santander Consumer USA Inc. ksbkecf@southlaw.com
              Joseph A Swope    on behalf of Creditor    Ocwen Loan Servicing, LLC ksbk@km-law.com
              Patti H Bass    on behalf of Creditor    Capital One NA ecf@bass-associates.com
              Susan P DeCoursey    on behalf of Creditor    McCray Lumber Company sdecoursey@cmplaw.net,
               gpappas@cmplaw.net;jdavis@cmplaw.net
              Tyrus L Trueblood    on behalf of Creditor    eCAST Settlement Corporation
               kdouglass@bass-associates.com
              U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
              W Brett Chapin    on behalf of Debtor Paul John Demo, Jr. brett@chapinlawfirm.com,
               bchapin3@yahoo.com;sheila@chapinlawfirm.com
              W Brett Chapin    on behalf of Joint Debtor Jeanette Marie Demo brett@chapinlawfirm.com,
               bchapin3@yahoo.com;sheila@chapinlawfirm.com
              William H Griffin    ecfgriff@13trusteeks.com
                                                                                             TOTAL: 10