IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| PAUL JOHN DEMO, JR. AND | ) | Case No. 12-22983 |
| JEANETTE MARIE DEMO | ) | |
| | ) | |
| *Debtors* | ) | Chapter: 13 |

## WITHDRAWAL OF COUNSEL AND
## ENTRY OF APPEARANCE OF SUBSTITUTED COUNSEL

COMES NOW Susan P. DeCoursey of Commercial Law Group, P.A., and hereby notifies the Court and all parties of her withdrawal in connection with the above-captioned action and requests that her name be removed from the notices of electronic filing.

COMES NOW Austin B. Hayden of Cohen McNeile & Pappas, P.C. and enters his appearance as counsel for creditor McCray Lumber Company.

COMMERCIAL LAW GROUP, P.A.　　　　COHEN McNEILE & PAPPAS, P.C.


/s/ Susan P. DeCoursey_____　　/s/ Austin B. Hayden_____
Susan P. DeCoursey　　　KS#16272　　　Austin B. Hayden　　　KS #25258
4701 College Blvd., Ste. 204　　　　　4601 College Blvd., Ste. 200
Leawood, KS 66211　　　　　　　　　Leawood, KS 66211-1650
(913) 345-8855; facsimile (913) 345-8352　(913) 491-4050; facsimile (913) 491-3059
decoursey@commerciallawgroup.net　　ahayden@cmplaw.net
　　　　　　　　　　　　　　　　　*Attorneys for Creditor*
　　　　　　　　　　　　　　　　　*McCray Lumber Company*

## CERTIFICATE OF SERVICE

      The undersigned does hereby certify that a true and correct copy of the above and foregoing was sent electronically by e-mail on January 2, 2015, to all parties receiving electronic notification.

                                          /s/ Austin B. Hayden
                                          Austin B. Hayden