IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF KANSAS

IN RE:
    Paul John Demo, Jr.
    Jeanette Marie Demo
        Debtors        Case No: 12-22983-13

## CHAPTER 13 TRUSTEE'S MOTION TO DISMISS CASE

**COMES NOW** the Chapter 13 Trustee, W.H. Griffin, and hereby requests the Court enter an Order Dismissing the above captioned case without prejudice, and in support states and alleges the following:

The Debtors have failed to maintain payments to the Trustee's office as required under 11 U.S.C. Section 1326. The Trustee calculates the current default amount as $6606.00 through December 2014. If the Debtor has obtained new employment the Trustee requests the Debtor provide his or her employer information to the Trustee's office so a Wage Order may be generated and filed.

If payments are not RECEIVED by the 30th of each month, the Trustee requests an Order permitting dismissal of Debtors' case without further notice or hearing.

The Debtors' Plan will exceed the alloted five year limitation from confirmation. The Trustee calculates that the payment will need to increase to $2445.00 per month in order for the Plan to complete within the five year limitation.

**WHEREFORE**, the Trustee moves the Court for an Order dismissing the above captioned case without prejudice as provided in 11 U.S.C. Section 1307(c), and that a time be set for the Trustee to make a Final Report of his receipt and disbursements in these proceedings, and further, that a time be set to object to the confirmation of such report.

Dated: January 05, 2015

s/ W.H. Griffin, Chapter 13 Trustee
W.H. Griffin #08060
5115 ROE BLVD
SUITE 200
ROELAND PARK, KS 66205-2393
(913)-677-1311
(913)-432-7857 (Fax)
inquiries@13trusteekc.com