IN THE UNITED STATES BANKRUPCTY COURT
FOR THE DISTRICT OF KANSAS

IN RE: )
) Case No.: 12-22983-13
PAUL JOHN DEMO, JR. )
JEANETTE MARIE DEMO )
        Debtors. )

**DEBTOR'S RESPONSE TO TRUSTEE'S MOTION TO DISMISS**

COMES NOW, Debtors, PAUL JOHN DEMO, JR. and JEANETTE MARIE DEMO, by and through their attorney, W. Brett Chapin, Chapin Law Firm, LLC, and responds to the Chapter 13 Trustee's (hereinafter "Trustee") Motion to Dismiss. In support of this Response, Debtors state as follows:

1. Debtors were ordered on August 19, 2014, to make monthly plan payments of $2,202.00.

2. Trustee filed a Motion to Dismiss on January 5, 2015, alleging that the Debtors' failed to maintain payments to the Trustee's office and calculates the current default amount as $6,606.00 through December 2014.

3. Debtors has funds to make his required payment and is forwarding said funds to Trustee.

WHEREFORE Debtors pray that this Court deny Trustee's Motion for an Order

dismissing Debtors' Chapter 13 Petition and for such other relief as the Court finds just and equitable.

Respectfully submitted by:

CHAPIN LAW FIRM, L.L.C.


 /s/ W. Brett Chapin_____
W. Brett Chapin,     Kansas Bar No. 19411
11212 Johnson Drive
Shawnee, Kansas 66203
Telephone: (913) 385-0600
Facsimile:    (913) 385-0613
ATTORNEY FOR DEBTORS


## CERTIFICATE OF SERVICE

COMES NOW W. Brett Chapin, attorney for the Debtors and hereby certifies that on this 23rd day of January, 2015, a true and correct copy of the Debtor's Response to Trustee Motion to Dismiss electronically filed with the court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system, and was forwarded via U.S. Mail, first class, postage prepaid to debtors.

/s/ W. Brett Chapin
W. Brett Chapin