IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| PAUL JOHN DEMO, JR. AND | ) | Case No. 12-22983 |
| JEANETTE MARIE DEMO | ) | |
| | ) | |
| *Debtors* | ) | Chapter: 13 |

## WITHDRAWAL OF COUNSEL AND
## ENTRY OF APPEARANCE OF SUBSTITUTED COUNSEL

COMES NOW Austin B. Hayden of Cohen McNeile & Pappas, P.C., and hereby notifies the Court and all parties of his withdrawal in connection with the above-captioned action and requests that his name be removed from the notices of electronic filing.

COMES NOW Andrew M. Duncan of Cohen McNeile & Pappas, P.C. and enters his appearance as counsel for creditor McCray Lumber Company.

| COHEN McNEILE & PAPPAS, P.C. | COHEN McNEILE & PAPPAS, P.C. |
|---|---|
| /s/ Austin B. Hayden_____ | /s/ Andrew M. Duncan_____ |
| Austin B. Hayden            KS#25258 | Andrew M. Duncan            KS #26283 |
| 4601 College Blvd., Ste. 200 | 4601 College Blvd., Ste. 200 |
| Leawood, KS 66211-1650 | Leawood, KS 66211-1650 |
| (913) 491-4050; facsimile (913) 491-3059 | (913) 491-4050; facsimile (913) 491-3059 |
| ahayden@cmplaw.net | aduncan@cmplaw.net |
| | *Attorneys for Creditor* |
| | *McCray Lumber Company* |

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the above and foregoing was sent electronically by e-mail on January 28, 2015, to all parties receiving electronic notification.

/s/ Andrew M. Duncan
Andrew M. Duncan