The relief described hereinbelow is SO ORDERED.

SIGNED this 23rd day of February, 2015.



_____
Robert D. Berger
United States Bankruptcy Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF KANSAS

IN RE:
    Paul John Demo, Jr.

                    Debtor                    Case No: 12-22983-13

### ORDER TO DEBTOR TO PAY THE TRUSTEE

**WHEREAS,** the Debtor herein has submitted a Plan to pay debts out of future earnings, and by this plan submits all future earnings and wages under the supervision and control of the Court for the purpose of consummating the Plan;

**IT IS ORDERED** that the above-named  Debtor is hereby ordered and directed, until further order of this Court, to pay the sum of:

### $2445.00 Monthly

**BEGINNING ON THE NEXT PAY PERIOD FOLLOWING RECEIPT OF THIS ORDER TO:**

**W.H. GRIFFIN, TRUSTEE**
**PO BOX 613106**
**MEMPHIS TN 38101**

###

Prepared and Approved By:

s/W.H. GRIFFIN, Chapter 13 Trustee
W.H. GRIFFIN #08060
5115 ROE BLVD
SUITE 200
ROELAND PARK, KS 66205-2393
(913)-677-1311
(913)-432-7857 (Fax)
inquiries@13trusteekc.com

United States Bankruptcy Court
District of Kansas

In re:                                                      Case No. 12-22983-RDB
Paul John Demo, Jr.                                         Chapter 13
Jeanette Marie Demo
        Debtors

# CERTIFICATE OF NOTICE

District/off: 1083-2        User: susan            Page 1 of 1          Date Rcvd: Feb 24, 2015
                           Form ID: pdf020         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 26, 2015.
db/jdb       +Paul John Demo, Jr.,    Jeanette Marie Demo,    20520 Kittridge Street,    Winnetka, CA 91306-4121
aty          +Matthew D Mentzer,    9208 Dearborn St,    Overland Park, KS 66207-2420

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                 TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2015                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 24, 2015 at the address(es) listed below:
          Andrea L Taylor    on behalf of Creditor    Internal Revenue Service andrea.taylor@usdoj.gov,
           rhonda.mckinzie@usdoj.gov;robyn.bloomquist@usdoj.gov
          Andrew M. Duncan    on behalf of Creditor    McCray Lumber Company aduncan@cmplaw.net
          Ashley Osborn    on behalf of Creditor    Santander Consumer USA Inc. ksbkecf@southlaw.com
          Jonathon Burford    on behalf of Creditor    Ocwen Loan Servicing, LLC ksbk@km-law.com
          Joseph A Swope    on behalf of Creditor    Ocwen Loan Servicing, LLC ksbk@km-law.com
          Patti H Bass    on behalf of Creditor    Capital One NA ecf@bass-associates.com
          Tyrus L Trueblood    on behalf of Creditor    eCAST Settlement Corporation
           kdouglass@bass-associates.com
          U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
          W Brett Chapin    on behalf of Joint Debtor Jeanette Marie Demo brett@chapinlawfirm.com,
           bchapin3@yahoo.com;sheila@chapinlawfirm.com
          W Brett Chapin    on behalf of Debtor Paul John Demo, Jr. brett@chapinlawfirm.com,
           bchapin3@yahoo.com;sheila@chapinlawfirm.com
          William H Griffin    ecfgriff@13trusteeks.com
                                                                          TOTAL: 11