**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 28th day of April, 2015.**



_____
Robert D. Berger
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS, KANSAS CITY DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| PAUL JOHN DEMO, JR. | ) | Case No. 12-22983 |
| JEANETTE MARIE DEMO | ) | Chapter 13 |
| Debtors. | ) | |

### ORDER FOR PLAN MODIFICATION TO ABATE PAYMENTS

No objections have been filed to the Debtor's Motion for Plan Modification to Abate Payments and Increase Plan Payments. The last date for objection was April 1, 2015.

**IT IS SO ORDERED THAT:**

The Motion for Plan Modification to Abate all plan payments due, but not yet paid through February 2015 and to increase payments to $2,445.00 beginning March of 2015 filed by the above-captioned Debtor on March 11, 2015, is ordered.

This order shall abate all plan payments due, but not yet paid through February 2015. Payments in the amount of $2,445.00 shall resume in March, 2015.

The order shall include the attorney fees in the amount of $290.00 associated with this plan modification to be added to the plan.

The Debtors full plan payment will be remitted to the Trustee by March, 2015 or the case may be dismissed at the Trustee's discretion.

###

RESPECTFULLY SUBMITTED BY:
CHAPIN LAW FIRM, LLC.

| /s/ W. Brett Chapin | /s/William H. Griffin |
|---|---|
| W. Brett Chapin,   Kansas Bar No. 19411 | William H. Griffin, Trustee |
| 11212 Johnson Drive | 5115 Roe Blvd., Ste 200 |
| Shawnee, Kansas 66203 | Roeland Park, Kansas 66205-2393 |
| Telephone: (913) 385-0600 | Telephone: (913) 677-1311 |
| Facsimile: (913) 385-0613 | *Chapter 13 Trustee* |
| Attorney for Debtors | |