**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 28th day of April, 2015.**



_____
Robert D. Berger
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS, KANSAS CITY DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| PAUL JOHN DEMO, JR. | ) | Case No. 12-22983 |
| JEANETTE MARIE DEMO | ) | Chapter 13 |
| Debtors. | ) | |

### ORDER FOR PLAN MODIFICATION TO ABATE PAYMENTS

No objections have been filed to the Debtor's Motion for Plan Modification to Abate Payments and Increase Plan Payments. The last date for objection was April 1, 2015.

**IT IS SO ORDERED THAT:**

The Motion for Plan Modification to Abate all plan payments due, but not yet paid through February 2015 and to increase payments to $2,445.00 beginning March of 2015 filed by the above-captioned Debtor on March 11, 2015, is ordered.

This order shall abate all plan payments due, but not yet paid through February 2015. Payments in the amount of $2,445.00 shall resume in March, 2015.

The order shall include the attorney fees in the amount of $290.00 associated with this plan modification to be added to the plan.

The Debtors full plan payment will be remitted to the Trustee by March, 2015 or the case may be dismissed at the Trustee's discretion.

###

RESPECTFULLY SUBMITTED BY:
CHAPIN LAW FIRM, LLC.

| /s/ W. Brett Chapin | /s/William H. Griffin |
|---|---|
| W. Brett Chapin, Kansas Bar No. 19411 | William H. Griffin, Trustee |
| 11212 Johnson Drive | 5115 Roe Blvd., Ste 200 |
| Shawnee, Kansas 66203 | Roeland Park, Kansas 66205-2393 |
| Telephone: (913) 385-0600 | Telephone: (913) 677-1311 |
| Facsimile: (913) 385-0613 | *Chapter 13 Trustee* |
| Attorney for Debtors | |

```
                                      United States Bankruptcy Court
                                            District of Kansas
In re:                                                                            Case No. 12-22983-RDB
Paul John Demo, Jr.                                                               Chapter 13
Jeanette Marie Demo
        Debtors                       CERTIFICATE OF NOTICE
District/off: 1083-2          User: cindy                   Page 1 of 4                   Date Rcvd: Apr 29, 2015
                              Form ID: pdf020               Total Noticed: 138
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2015.
```
db/jdb         +Paul John Demo, Jr.,   Jeanette Marie Demo,   20520 Kittridge Street,   Winnetka, CA 91306-4121
aty            +Austin B Hayden,   Cohen McNeile & Pappas PC,   4601 College Boulvard,   Suite 200,
                 Leawood, KS 66211-1650
aty            +Matthew D Mentzer,   9208 Dearborn St,   Overland Park, KS 66207-2420
aty            +Susan P DeCoursey,   Commercial Law Group, P.A.,   4701 College Blvd., Suite 204,
                 Leawood, Ks 66211-1608
cr             +Great Southern Bank,   c/o Andrew Jones,   Lathrop & Gage LLP,   2345 Grand Blvd.,   Suite 2200,
                 Kansas City, MO 64108-2618
7429894         Account Recovery Specil,   3505 W Topeka St,   Wichita KS 67219-0000
7429895         Alliance Radiology,   PO Box 809012,   Kansas City MO 64180-9012
7429896         Allied Insurance,   PO Box 280431 Hartland St Suite 401,   East Hartford CT 06128-0431
7429897         Allied Interstate,   300 Corporate Exchange Dr 5th Floor,   Columbus OH 43231-0000
7429900         American Express,   PO Box 650448,   Dallas TX 75265-0448
7429899         American Express,   PO Box 26312,   Lehigh Valley PA 18002-6312
7481175         American Express Bank FSB,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
7429901        +American Kenpo Karate Academy,   2073 E Santa Fe,   Olathe KS 66062-1608
7429903        +Amex,   Po Box 297871,   Fort Lauderdale FL 33329-7871
7429904        +Asset Recovery Solutions LLC,   C/O Berman & Rabin,   15280 Metcalf Avenue,
                 Overland Park KS 66223-2811
7480197        +BOCC of Johnson County Kansas,   Lisa R. Wetzler,   Johnson County Legal Dept.,
                 111 South Cherry Street Suite 3200,   Olathe, KS 66061-3487
7429905        +Berman & Rabin,   15280 Metcalf Avenue,   Overland Park KS 66223-2811
7429906        +Berman & Rabin,   PO Box 24327,   Overland Park KS 66283-4327
7429907         Burns Burns Walsh & Walsh PA,   PO Box 487 704 Topeka Avenue,   Lyndon KS 66451-0487
7429908       ++++CAC FINANCIAL CORP,   2601 NW EXPRESSWAY STE 1000E,   OKLAHOMA CITY OK 73112-7236
               (address filed with court: CAC Financial Corp,   2601 NW Expwy Suite 1000,
                 E. Oklahoma City OK 73112-0000)
7429910        ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank USA,   Po Box 85520,   Richmond VA 23285)
7429913        +CBE Group,   1309 Technology Pkwy,   Cedar Falls IA 50613-6976
7429909         Cach Llc (original Creditor:ge Money Ba,   4340 S Monaco Second Floor,   Denver CO 80237
7481177         Capital One NA,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
7429914        +Chase,   Po Box 15298,   Wilmington DE 19850-5298
7429915         Children Mercy Hospital,   PO Box 803302,   Kansas City MO 64180-3302
7429916         Children's Mercy Hospitals And Clinics,   PO Box 804435,   Kansas City MO 64180-4435
7429917        +Citifinancial,   300 Saint Paul Pl,   Baltimore MD 21202-2120
7429921        +Clerk Of Johnson County District Court,   Case No 09LA1129,   100 N Kansas Avenue,
                 Olathe KS 66061-3278
7429922        +Clerk Of Johnson County District Court,   Case No 11LA9399,   100 N Kansas Avenue,
                 Olathe KS 66061-3278
7429918        +Clerk Of Johnson County District Court,   Case No 12CV8082,   100 N Kansas Avenue,
                 Olathe KS 66061-3278
7429919        +Clerk Of Johnson County District Court,   Case No 12LA1473,   100 N Kansas Avenue,
                 Olathe KS 66061-3278
7429920        +Clerk Of Johnson County District Court,   Case No 12LA2739,   100 N Kansas Avenue,
                 Olathe KS 66061-3278
7429923        +Clerk Of Johnson County District Court,   Case No 12LA7998,   100 N Kansas Avenue,
                 Olathe KS 66061-3278
7429924        +Client Services INc,   3451 Harry S Truman Blvd,   St. Charles MO 63301-9816
7429925        +Credit World Services Inc,   6000 Martway St,   Shawnee Mission KS 66202-3389
7429927        +Emergency Medical Care LLC,   C/O ARSI Account Recovery Specialists,   3505 No Topeka,
                 Wichita KS 67219-3641
7429928         Emergency Medicine Care LLC,   PO Box 716,   Overland Park KS 66201-0716
7492615        +Emergency Medicine Care, LLC,   co ARSI,   200 W Wyatt Earp Blvd,   PO Box 136,
                 Dodge City KS 67801-0136
7429932        +Evans Mullinix,   Attorneys At Law,   7225 Renner Rd Suite 200,   Shawnee KS 66217-3046
7429933        +Exe Fin Con (original Creditor:medical),   310 Armour Rd Suite 220,   Nkc MO 64116-3541
7429934        +Ford Cred,   Po Box Box 542000,   Omaha NE 68154-8000
7429936        +Gary Hubbard,   102 Brown Ave,   Osawatomie KS 66064-1314
7429937        +Golden Valley Medical,   1602 N Second,   Clinton MO 64735-1192
7524736        +Great Southern Bank,   Andrew T Jones Esq,   Lathrop & Gage LLP,   2345 Grand Blvd Ste 2200,
                 Kansas City MO 64108-2618
7429938        +Great Southern Bank,   1451 E Battlefield St,   Springfield MO 65804-3701
7452249        +HOMEWARD RESIDENTIAL,INC.,   BANKRUPTCY DEPARTMENT,   1525 S. BELTLINE RD SUITE 100,
                 COPPELL, TEXAS 75019-4913
7429939        +Haase&long (original Creditor:medical),   303 West 11th St,   Lawrence KS 66044-3311
7429940         Healthcare Finanical Associates,   PO Box 803302,   Kansas City MO 64180-3302
7429941        +Homeward Residential,   1525 S Belt Line Rd,   Coppell TX 75019-4913
7429942        +Hsbc/bsbuy,   Po Box 5253,   Carol Stream IL 60197-5253
7429944        +John F Michaels,   Attorney At Law,   PO Box 7507,   Overland Park KS 66207-0507
7429945        +Johnson County Treasurer,   111 S Cherry St Ste 1500,   Olathe KS 66061-3471
7429949         KCI,   PO Box 14765,   Shawnee Mission KS 66285-4765
7429951        +Kramer&frank (original Creditor:medical),   9666 Olive Blvd Suite 450,   St Louis MO 63132-3013
```

```
7429952           Krammer & Frank,    1125 Grand Ste 600,    Kansas City MO  64106-2501
7429953          +Krammer & Frank,    9300 Dielman Ind Dr,    St. Louis MO 63132-3080
7493299           Main Street Acquisition Corp assignee of CHASE,     BANK USA N A,    c/o Becket and Lee LLP,
                   POB 3001,    Malvern PA 19355-0701
7429957          +McCray,    10741 El Mounte St,    Overland Park KS 66211-1406
7495677          +McCray Lumber Company,     c/o Cohen McNeile & Pappas, P.C.,     4601 College Blvd., Suite 200,
                   Leawood, KS 66211-1650
7429958          +McGuigan Law Office LLC,    311 Veterans Highway Ste 100A,     Levittown PA 19056-1422
7429967          +NCB Management Services Inc,    PO Box 1099,    Langhorne PA 19047-6099
7429966          +Nationwide Credit,    PO Box 26314,    Lehigh Valley PA 18002-6314
7429971          +Northland Group Inc,    PO Box 390846,    Minneapolis MN 55439-0846
7429976         ++OLATHE MEDICAL SERVICES INC,    14425 COLLEGE BLVD,    SUITE 100,    LENEXA KS 66215-2184
                 (address filed with court:  Olathe Medical Services,      Central Billing Office,
                   14425 College Blvd Ste 100,    Lenexa KS  66215-0000)
7429973          +Office Of The United States Attorney,     US Courthouse Ste 290,    444 Southeast Quincy Street,
                   Topeka KS 66683-0002
7429972          +Office Of The United States Attorney,     Robert J Dole US Courthouse Ste 360,    500 State Avenue,
                   Kansas City KS 66101-2448
7429974          +Office Of The United States Attorney,     1200 Epic Center,    301 N Main,    Wichita KS 67202-4840
7429975          +Olathe Medical Center Inc,    20333 W 151st St,    Olathe KS 66061-7211
7503096          +Olathe Medical Center, Inc.,     c/o Kramer and Frank, P.C.,     9300 Dielman Ind. Dr.,
                   St. Louis, MO 63132-2205
7429977           Olathe Medical Services Inc,    PO Box 505001,    St. Louis MO  63150-5001
7429983         ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court:  Portfolio Recovery Associates,      120 Corporate Blvd Ste 100,
                   Norfolk VA  23502)
7429980           Physicians Reference Laboratory LLC,     PO Box 879593,    Kansas City MO  64187-0001
7429981          +Physicians Reference Laboratory LLC,     7800 W 110th Street,    Overland Park KS 66210-2304
7429982          +Portfolio,    120 Corporate Blvd Ste 100,    Norfolk VA 23502-4962
7429985           RGS Financial,    PO Box 852039,    Richardson TX  75085-2039
7429986          +RMS,    77 Hartland St Ste 401 Box 280431,     East Hartford CT 06108-3253
7513360          +Rjm Acquisitions Llc,    575 Underhill Blvd, Suite 224,     Syosset, NY 11791-4437
7429994         ++STELLAR RECOVERY INC,    1327 US HIGHWAY 2 WEST,    STE 100,    KALISPELL MT 59901-3413
                 (address filed with court:  Stellar Recovery Inc (original Creditor:,      1845 Highway 93 South,
                   Kalispell MT  59901)
7429987           Saint Lukes Medical Group,    PO Box 740197,    Atlanta GA  30374-0197
7440187          +Santander Consumer USA Inc,     dba GEMB Lending,    P.O. Box 961245,    Fort Worth TX 76161-0244
7429989          +Santander Consumer Usa,    Po Box 961245,    Ft Worth TX 76161-0244
7429990          +Sports Rehab & Physical Therapy,    10701 Nall Avenue Ste 130,     Overland Park KS 66211-1244
7429991         #+St Lukes Medical Group,    14115 W 95th St,    Lenexa KS 66215-5207
7429992          +St Lukes South Hospital,    C/O Venture Financial Services LLC,
                   PO Box 16568 9500 E 63rd St St 202,     Raytown MO 64133-0568
7429993           Stellar Recovery,    1327 Highway 2 W Suite 100,    Kalispell MT  59901-3413
7429995          +Thd/cbna,    Po Box 6497,    Sioux Falls SD 57117-6497
7496648          +Unifund CCR Partners,    Cohen McNeile & Pappas PC,    4601 College Blvd Suite 200,
                   Leawood KS 66211-1650
7429996          +Unifund Ccr Partners (original Creditor:,     10625 Techwoods Circle,    Cincinnati OH 45242-2846
7429997          +United Heating & Cooling Inc,    co Merle E. Parks,     Evans & Mullinix PA,
                   7225 Renner Road Suite 200,    Shawnee KS 66217-3046
7429998          +United Imaging Consultants LLC,    5800 Foxridge Dr 240,    Mission KS 66202-2338
7429999           United Imaging Consultants LLC,    PO Box 807001,    Kansas City MO  64180-7001
7430000          +United Specialty Products,    Lifetime Cookware,    PO Box 36203,    Denver CO 80236-0203
7430002           University Of Kansas Pysicians,    PO Box 410208,    Kansas City MO  64141-0208
7430001           University Of Kansas Pysicians,    PO Box 410389,    Kansas City MO  64141-0389
7430003           Venture Financial Services Inc,    PO Box 16568,    Raytown MO 64133-0568
7430004          +Venture Finanical Services Inc,    Box 16568 9500 East 63rd St Ste 202,     Raytown MO 64133-0568
7430005          +Wells Fargo,    11809 Shawnee Mission Parkway,    Shawnee KS 66203-3337
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr                E-mail/Text: cio.bncmail@irs.gov Apr 30 2015 00:57:21      Internal Revenue Service,
                   271 W 3rd St N Ste 3000,    Stop 5333 WIC,    Wichita, KS  67202
cr               +Fax: 407-737-5634 Apr 30 2015 01:42:24      Ocwen Loan Servicing, LLC,    1661 Worthington Road,
                   Suite #100,    WEST PALM BEACH, FL 33409-6493
7429898           E-mail/Text: bkrpt@retrievalmasters.com Apr 30 2015 00:57:39      AMCA,    PO Box 1235,
                   Elmsford NY  10523-0935
7440764           E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 30 2015 00:59:42
                   American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                   Oklahoma City OK  731268941
7429902          +E-mail/Text: bkrpt@retrievalmasters.com Apr 30 2015 00:57:39
                   American Medical Collection Agency,    4 Westchester Plaza Bldg 4,    Elmsford NY 10523-1612
7525752          +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Apr 30 2015 00:57:37      Asset Acceptance LLC,
                   Po Box 2036,    Warren MI 48090-2036
7429912           E-mail/Text: bankruptcy@cavps.com Apr 30 2015 00:57:53      Cavalry Portfolio Services LLC,
                   PO Box 1017,    Hawthorne NY  10532-0000
7472028          +E-mail/Text: bnc@bass-associates.com Apr 30 2015 00:57:10      Capital One NA,
                   Bass and Associates PC,    3936 E Ft Lowell Road Suite 200,    Tucson AZ 85712-1083
7429911          +E-mail/Text: bankruptcy@cavps.com Apr 30 2015 00:57:53
                   Cavalry Portfolio Serv (original Credito,     500 Summit Lake Dr,    Valhalla NY 10595-1340
7432053          +E-mail/Text: bankruptcy@cavps.com Apr 30 2015 00:57:53      Cavalry Portfolio Services,
                   500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2322
```

```
District/off: 1083-2              User: cindy                  Page 3 of 4                   Date Rcvd: Apr 29, 2015
                                  Form ID: pdf020              Total Noticed: 138
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
7429926        E-mail/PDF: mrdiscen@discover.com Apr 30 2015 00:59:42      Discovr Cd,   Po Box15316,
               Wilmington DE  19850-5316
7429929       +E-mail/Text: bknotice@erccollections.com Apr 30 2015 00:57:42
               Enhanced Recovery Co L (original Credito,    8014 Bayberry Rd,   Jacksonville FL 32256-7412
7429930        E-mail/Text: bknotice@erccollections.com Apr 30 2015 00:57:42     Enhanced Recovery Company,
               8014 Bayberry Rd,   Jacksonville FL  32256-7412
7429931       +E-mail/Text: bankruptcies@escallate.com Apr 30 2015 00:57:10
               Escallate Llc (original Creditor:solarus,    5200 Stoneham Rd,   North Canton OH 44720-1584
7429946        E-mail/Text: ktan@treb.com Apr 30 2015 00:57:51      Kansas City Homes & Gardens,
               2305 Newpointe Pky,   Lawrenceville GA  30043-5530
7429947        E-mail/Text: KSBANKRUPTCY@KDOR.STATE.KS.US Apr 30 2015 12:34:31
               Kansas Department Of Revenue,   Director Of Taxation,    915 SW Harrison,
               Topeka KS  66625-3512
7429948        E-mail/Text: KSBANKRUPTCY@KDOR.STATE.KS.US Apr 30 2015 12:34:31
               Kansas Department Of Revenue,   915 SW Harrison St,    Topeka KS  66699-4000
7440174       +E-mail/Text: KSBANKRUPTCY@KDOR.STATE.KS.US Apr 30 2015 12:34:31
               Kansas Department of Revenue,   Civil Tax Enforcement,    PO Box 12005,   Topeka KS 66601-3005
7429950       +E-mail/Text: bnckohlsnotices@becket-lee.com Apr 30 2015 00:57:19      Kohls/capone,
               Po Box 3115,   Milwaukee WI  53201-3115
7429954       +E-mail/Text: bkrpt@retrievalmasters.com Apr 30 2015 00:57:39      Laboratory Corp Of America,
               American Medical Collection Agency,    4 Westchester Plaza Bldg 4,   Elmsfiord NY 10523-1612
7429955        E-mail/Text: bankruptcy@leadingedgerecovery.com Apr 30 2015 00:57:40      Leading Edge Rec Sol,
               PO Box 129,   Linden MI  48451-0129
7429956       +E-mail/Text: bankruptcy@leadingedgerecovery.com Apr 30 2015 00:57:40
               Leading Edge Recovery Solutions,    5440 N Cumberland Avenue Ste 300,    Chicago IL 60656-1486
7429959       +E-mail/Text: bankruptcydpt@mcmcg.com Apr 30 2015 00:57:39      MCM,   PO Box 603 Dept 12421,
               Oaks PA 19456-0603
7429961        E-mail/Text: bankruptcydpt@mcmcg.com Apr 30 2015 00:57:39      Midland Credit Management Inc,
               PO Box 60578,   Los Angeles CA  90060-0578
7429962       +E-mail/Text: bankruptcydpt@mcmcg.com Apr 30 2015 00:57:39      Midland Credit Management Inc,
               8875 Aero Drive Ste 200,   San Diego CA  92123-2255
7429963       +E-mail/Text: bankruptcydpt@mcmcg.com Apr 30 2015 00:57:39
               Midland Funding (org Creditor Target,    8875 Aero Dr Ste 200,   San Diego CA 92123-2255
7429964       +E-mail/Text: bankruptcydpt@mcmcg.com Apr 30 2015 00:57:39
               Midland Funding (original Creditor:chase,    8875 Aero Dr Ste 200,   San Diego CA 92123-2255
7429965       +E-mail/Text: bankruptcydpt@mcmcg.com Apr 30 2015 00:57:39
               Midland Funding (original Creditor:citib,    8875 Aero Dr Ste 200,   San Diego CA 92123-2255
7429969        E-mail/Text: bankruptcydepartment@ncogroup.com Apr 30 2015 00:57:48
               NCO Financial Systems Inc,   PO Box 17205,    Wilmington DE  19850-7205
7429968       +E-mail/Text: bankruptcydepartment@ncogroup.com Apr 30 2015 00:57:48
               NCO Financial Systems Inc,   507 Prudential Road,    Horsham PA 19044-2368
7429970       +E-mail/Text: demand@nfm.com Apr 30 2015 00:57:37      Nebraska Furniture Mar,   700 S 72nd St,
               Omaha NE 68114-4697
7977215       +Fax: 407-737-5634 Apr 30 2015 01:42:24      OCWEN LOAN SERVICING, LLC,
               1661 WORTHINGTON RD, STE 100,   WEST PALM BEACH, FL 33409-6493
7429978       +E-mail/Text: bankruptcy@optimarecoveryservices.com Apr 30 2015 00:57:51
               Optima Recovery Servic (original Credito,    6215 Kingston Pk Ste A,   Knoxville TN 37919-4044
7429979       +E-mail/Text: bankruptcy@optimarecoveryservices.com Apr 30 2015 00:57:51
               Optima Recovery Services LLC,   6215 Kingston Pike Ste B Box 52968,    Knoxville TN 37919-4044
7452012        E-mail/PDF: rmscedi@recoverycorp.com Apr 30 2015 00:53:02      Portfolio Investments II LLC,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
7479846        E-mail/Text: bnc-quantum@quantum3group.com Apr 30 2015 00:57:34
               Quantum3 Group LLC as agent for,   Quantum3 Funding LLC,    PO Box 788,
               Kirkland, WA  98083-0788
7448844        E-mail/PDF: rmscedi@recoverycorp.com Apr 30 2015 00:53:02
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
7429988        E-mail/PDF: pa_dc_claims@navient.com Apr 30 2015 00:53:12      Sallie Mae,   Po Box 9500,
               Wilkes-barre PA  18773-9500
7455636        E-mail/PDF: pa_dc_litigation@navient.com Apr 30 2015 00:53:02
               Sallie Mae Inc. on behalf of USA FUNDS,    Attn: Bankruptcy Litigation Unit E3149,
               P.O. Box 9430,   Wilkes-Barre, PA 18773-9430
7904391       +E-mail/Text: bnc@bass-associates.com Apr 30 2015 00:57:10      eCAST Settlement Corporation,
               c/o Bass & Associates, P.C.,   3936 E Ft. Lowell, Suite 200,    Tucson, AZ 85712-1083
                                                                                              TOTAL: 40

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Santander Consumer USA Inc.
cr*           +Capital One NA,   Bass and Associates PC,   3936 E Ft Lowell Road Suite 200,
               Tucson, AZ 85712-1083
cr*           +McCray Lumber Company,   c/o Cohen McNeile & Pappas, P.C.,   4601 College Blvd.,   Suite 200,
               Leawood, KS 66211-1650
cr*           +Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, Fl 33131-1605
cr*           +eCAST Settlement Corporation,   c/o Bass & Associates, P.C.,   3936 E Ft. Lowell, Suite 200,
               TUCSON, AZ 85712-1083
```

```
           ***** BYPASSED RECIPIENTS (continued) *****
7429943*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court:  Internal Revenue Service,   PO Box 21126,   Philadelphia PA  19114)
7429984*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court:  Portfolio Recovery Associates LLC,    PO Box 12903,
               Norfolk VA  23541-0000)
7514417*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court:  Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541)
7518970*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court:  Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541)
7429935      ##+Frederick J Hanna & Assoc,   1427 Roswell Rd,   Marietta GA 30062-3668
7429960      ##+Merchants Credit Adjusters Inc,   17055 Frances St,   Omaha NE 68130-4655
                                                                                TOTALS: 1, * 8, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2015                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 29, 2015 at the address(es) listed below:
          Andrea L Taylor    on behalf of Creditor    Internal Revenue Service andrea.taylor@usdoj.gov,
           rhonda.mckinzie@usdoj.gov;robyn.bloomquist@usdoj.gov
          Andrew M. Duncan    on behalf of Creditor    McCray Lumber Company aduncan@cmplaw.net
          Ashley  Osborn    on behalf of Creditor    Santander Consumer USA Inc. ksbkecf@southlaw.com
          Jonathon  Burford    on behalf of Creditor    Ocwen Loan Servicing, LLC ksbk@km-law.com
          Joseph A Swope    on behalf of Creditor    Ocwen Loan Servicing, LLC ksbk@km-law.com
          Patti H Bass    on behalf of Creditor    Capital One NA ecf@bass-associates.com
          Tyrus L Trueblood    on behalf of Creditor    eCAST Settlement Corporation
           kdouglass@bass-associates.com
          U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
          W Brett Chapin    on behalf of Debtor Paul John Demo, Jr. brett@chapinlawfirm.com,
           bchapin3@yahoo.com;sheila@chapinlawfirm.com
          W Brett Chapin    on behalf of Joint Debtor Jeanette Marie Demo brett@chapinlawfirm.com,
           bchapin3@yahoo.com;sheila@chapinlawfirm.com
          William H Griffin    ecfgriff@13trusteeks.com
                                                                                               TOTAL: 11
```