IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

In Re: )
)
Paul John Demo Jr. and ) Bankruptcy No. 12-22983
Jeanette Marie Demo )
)
Debtor(s). )

**ENTRY OF APPEARANCE AND REQUEST FOR ALL NOTICES**

Comes now Angela R. Huffman, and enters her appearance as attorney of record for Great Southern Bank, hereinafter referred to as "Bank", a secured party and creditor in interest with respect to the above-styled case. Further, as attorney for said creditor, Bank hereby requests that copies of all notices required under the United States Bankruptcy Rules and the United States Bankruptcy Code be mailed to a party requesting notice be so mailed to the undersigned, pursuant to Rule 2002 (i) of the Bankruptcy Rules.

By /s/ Angela R. Huffman
Angela R. Huffman # 57587
Legal Department
Great Southern Bank
1451 E. Battlefield St.
Springfield, MO 65804
Phone # 417-225-1854
Fax# 417-888-5850
Email: ahuffman@greatsouthernbank.com
**COUNSEL FOR GREAT SOUTHERN BANK**

1

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served by electronic notice or by United States Mail, First Class postage prepaid, this 4th day of May, 2015, to:

Mr. Samuel K. Crocker
United States Trustee's Office
Epic Center Building
301 North Main Street, Ste. 1150
Wichita, KS 67202

Trustee
William H. Griffin
5115 Roe Blvd., Ste. 200
Roeland Park, KS 66205-2393

Debtors' Attorney
W. Brett Chapin
Chapin Law Firm, LLC
11212 Johnson Drive
Shawnee, KS 66203

/s/ Angela R. Huffman
Angela R. Huffman, Counsel for Great Southern Bank
Legal Department