**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 6th day of May, 2015.**



_____
Robert D. Berger
United States Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:
    Paul John Demo, Jr.
       SSN: XXX-XX-0181
    Jeanette Marie Demo
       SSN: XXX-XX-7361
              Debtors          Case No: 12-22983-13

**CHAPTER 13 TRUSTEE'S ORDER OF DISMISSAL**

   **NOW,** at Kansas City, KS comes before the Court the above captioned matter. After reviewing the file, and being duly advised, the Court finds the above captioned case
should be dismissed for the following reason(s):

   The Debtors have failed to maintain payments to the Trustee's office as required under 11 U.S.C. Section 1326.

   The Debtors failed to resume Plan payments by March 31, 2014 as directed in the Court's order dated April 28, 2015.

IT IS THEREFORE CONSIDERED, ORDERED, ADJUDGED AND DECREED the above captioned matter is dismissed WITHOUT prejudice.

Date: May 05, 2015

### 

Prepared by:

s/W.H. Griffin, Chapter 13 Trustee
W.H. Griffin #08060
5115 ROE BLVD
SUITE 200
ROELAND PARK, KS 66205-2393
(913)-677-1311
(913)-432-7857 (Fax)
inquiries@13trusteekc.com