UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS
KANSAS CITY DIVISION

In re:                                              Case No. 12-22983-13
    Paul John Demo, Jr.
    Jeanette Marie Demo
        Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

W.H. Griffin, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/02/2012.

2) The plan was confirmed on 02/14/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 06/05/2014.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/09/2014, 01/05/2015.

5) The case was dismissed on 05/06/2015.

6) Number of months from filing to last payment: 28.

7) Number of months case was pending: 32.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $250,959.38.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $45,347.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$45,347.00** |

## Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,967.10 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $2,380.72 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,347.82** |

Attorney fees paid and disclosed by debtor: $2,000.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACCOUNT RECOVERY | Unsecured | 490.50 | 450.01 | 450.01 | 0.00 | 0.00 |
| ALLIANCE RADIOLOGY | Unsecured | 91.00 | NA | NA | 0.00 | 0.00 |
| ALLIED INSURANCE | Unsecured | 350.55 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS | Unsecured | 6,227.00 | 4,457.97 | 4,457.97 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE | Unsecured | NA | 3,759.87 | 3,759.87 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE | Unsecured | 3,478.00 | 3,554.58 | 3,554.58 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE | Unsecured | 2,190.43 | 823.47 | 823.47 | 0.00 | 0.00 |
| AMERICAN KENPO KARATE ACADEI | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| AMEX | Unsecured | 13.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 4,548.37 | 4,632.03 | 4,632.03 | 0.00 | 0.00 |
| BOARD OF COUNTY COMMISSIONEF | Priority | 1,561.63 | 0.00 | 0.00 | 0.00 | 0.00 |
| CACH, LLC | Unsecured | 1,679.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE, NA | Unsecured | 1,045.00 | 1,045.44 | 1,045.44 | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICE LLC | Unsecured | 1,800.00 | 1,834.48 | 1,834.48 | 0.00 | 0.00 |
| CHILDRENS MERCY HOSPITAL | Unsecured | 1,914.39 | NA | NA | 0.00 | 0.00 |
| CLIENT SERVICES INC | Unsecured | 1,304.75 | NA | NA | 0.00 | 0.00 |
| COHEN,MCNEILE, PAPPAS ET AL | Unsecured | 54,000.00 | 53,306.05 | 53,306.05 | 0.00 | 0.00 |
| DISCOVER CARD | Unsecured | 8,214.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | NA | 847.45 | 847.45 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Secured | 1,141.00 | 1,141.44 | 293.99 | 107.77 | 9.27 |
| ENHANCED RECOVERY CORP | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| ESCALLATE LLC | Unsecured | 181.00 | NA | NA | 0.00 | 0.00 |
| EXECUTIVE FINANCIAL CONSULTAN | Unsecured | 94.00 | NA | NA | 0.00 | 0.00 |
| FORD CREDIT | Unsecured | 733.00 | NA | NA | 0.00 | 0.00 |
| GOLDEN VALLEY MEDICAL | Unsecured | 15.22 | NA | NA | 0.00 | 0.00 |
| GREAT SOUTHERN BANK | Unsecured | NA | 4,164.44 | 4,164.44 | 0.00 | 0.00 |
| GREAT SOUTHERN BANK | Secured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| HAASE & LONG | Unsecured | 1,216.00 | NA | NA | 0.00 | 0.00 |
| HEALTHCARE FINANCIAL ASSOCIAT | Unsecured | 1,517.64 | NA | NA | 0.00 | 0.00 |
| HOMEWARD RESIDENTIAL, INC | Secured | NA | 2,498.42 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Secured | 41,819.00 | 41,819.00 | 41,819.00 | 8,303.44 | 2,599.59 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | Priority | NA | 6,137.28 | 6,137.28 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 30,288.48 | 20,475.31 | 20,475.31 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 141,555.74 | 141,555.74 | 0.00 | 0.00 |
| KANSAS CITY HOMES & GARDENS | Unsecured | 625.00 | NA | NA | 0.00 | 0.00 |
| KANSAS DEPARTMENT OF REVENUE | Priority | 8,285.39 | 3,234.13 | 3,234.13 | 0.00 | 0.00 |
| KANSAS DEPARTMENT OF REVENUE | Priority | 22,503.58 | 14,341.79 | 14,341.79 | 0.00 | 0.00 |
| KANSAS DEPARTMENT OF REVENUE | Unsecured | NA | 29,989.30 | 29,989.30 | 0.00 | 0.00 |
| KANSAS DEPARTMENT OF REVENUE | Unsecured | NA | 4,393.74 | 4,393.74 | 0.00 | 0.00 |
| KANSAS UNIVERSITY PHYSICIANS IN | Unsecured | 37.11 | NA | NA | 0.00 | 0.00 |
| KCI COVENDNTGROUP | Unsecured | 1,649.92 | NA | NA | 0.00 | 0.00 |
| KRAMER & FRANK PC | Unsecured | 3,122.00 | NA | NA | 0.00 | 0.00 |
| LAB CORP OF AMERICA | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| MAIN STREET ACQUISITIONS CORP | Unsecured | NA | 2,617.60 | 2,617.60 | 0.00 | 0.00 |
| NATIONWIDE CREDIT INC | Unsecured | 4,612.19 | NA | NA | 0.00 | 0.00 |
| NEBRASKA FURNITURE MART INC | Secured | 970.00 | NA | NA | 0.00 | 0.00 |
| OCWEN LOAN SERVICING | Secured | NA | 4,311.38 | 1,537.79 | 1,537.79 | 244.09 |
| OCWEN LOAN SERVICING | Secured | 10,000.00 | 13,946.31 | 5,285.50 | 5,285.50 | 0.00 |
| OCWEN LOAN SERVICING | Secured | NA | 22,911.73 | 22,911.73 | 22,911.73 | 0.00 |
| OLATHE MEDICAL CENTER | Unsecured | 7,153.68 | 1,883.11 | 1,883.11 | 0.00 | 0.00 |
| OLATHE MEDICAL CENTER | Unsecured | 0.00 | 1,931.71 | 1,931.71 | 0.00 | 0.00 |
| OPTIMA RECOVERY SERVICES | Unsecured | 301.00 | NA | NA | 0.00 | 0.00 |
| PHYSICIANS REFERENCE LAB | Unsecured | 6.48 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO INVESTMENTS II, LLC | Unsecured | 6,246.00 | 6,299.61 | 6,299.61 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 4,052.00 | 3,518.43 | 3,518.43 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 2,408.00 | 1,948.93 | 1,948.93 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 765.00 | 765.48 | 765.48 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | NA | 1,679.00 | 1,679.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 2,301.00 | 2,189.23 | 2,189.23 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 2,843.00 | 2,847.49 | 2,847.49 | 0.00 | 0.00 |
| RJM ACQUISITION FUNDING LLC | Unsecured | NA | 84.25 | 84.25 | 0.00 | 0.00 |
| SALLIE MAE GUARANTEE SERVICES | Unsecured | 1,353.00 | 1,305.99 | 1,305.99 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Secured | NA | 36,868.73 | NA | 0.00 | 0.00 |
| SPORTS REHABILITATION | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| STELLAR RECOVERY | Unsecured | 2,847.00 | NA | NA | 0.00 | 0.00 |
| THD/CBNA | Unsecured | 3,554.00 | NA | NA | 0.00 | 0.00 |
| UNIFUND CCR PARTNERS | Unsecured | 4,947.00 | 3,933.36 | 3,933.36 | 0.00 | 0.00 |
| UNITED HEATING & COOLING, INC | Unsecured | 1,043.00 | 1,178.50 | 1,178.50 | 0.00 | 0.00 |
| UNITED IMAGING CONSULTANTS | Unsecured | 259.75 | NA | NA | 0.00 | 0.00 |
| UNITED SPECIALTY PRODUCTS LIFE | Unsecured | 1,823.06 | NA | NA | 0.00 | 0.00 |
| VENTURE FINANCIAL SERVICES | Unsecured | 1,483.32 | 5,488.81 | 5,488.81 | 0.00 | 0.00 |
| WELLS FARGO | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $22,911.73 | $22,911.73 | $0.00 |
| Mortgage Arrearage | $6,823.29 | $6,823.29 | $244.09 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $42,112.99 | $8,411.21 | $2,608.86 |
| **TOTAL SECURED:** | **$71,848.01** | **$38,146.23** | **$2,852.95** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $44,188.51 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$44,188.51** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$292,486.07** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,347.82 |
| Disbursements to Creditors | $40,999.18 |
| **TOTAL DISBURSEMENTS** : | **$45,347.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/14/2015            By: /s/ W.H. Griffin
                                                           Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**