IN RE:  
    Paul John Demo, Jr.  
    Jeanette Marie Demo

Case No: 12-22983-13

## NOTICE OF OPPORTUNITY FOR HEARING ON TRUSTEE'S FINAL REPORT AND ACCOUNT

**NOTICE IS HEREBY GIVEN** that if no written objection and/or response thereto is filed with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas on or before August 13, 2015 the Final Report and Account will be granted by entry of a Final Decree which will discharge the Trustee, close the estate, release the Trustee's bond, and grant such other relief as may be just and proper. If an objection is timely filed to the Final Report and Account a nonevidentiary hearing will be held before the U.S. Bankruptcy Court at 500 State Ave, Room 151, Kansas City, KS 66101on Tuesday, September 15, 2015 at 1:30 pm, or as soon after as the same may be heard.

A hearing will not be held unless an objection and/or response is timely filed with the Clerk of the Court. If an objection is filed, counsel shall appear at such hearing unless an order executed by all parties is submitted in advance

/s/ W.H. Griffin  
W.H. Griffin #8060  
5115 ROE BLVD  
SUITE 200  
ROELAND PARK, KS 66205-2393  
(913)677-1311  
(913)432-7857(Fax)  
inquiries@13trusteekc.com

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing Notice and Final Report and Account attached thereto was sent electronically or mailed, postage prepaid, on July 14, 2015 to the following: Debtors, Debtors' Attorney, and U.S. Trustee. A Summary of the Trustee's Final Report and Account was mailed to all creditors who filed claims.

Paul John Demo, Jr.
Jeanette Marie Demo
20520 KITTRIDGE ST
WINNETKA, CA 91306

CAVALRY PORTFOLIO SERVICE LLC
500 SUMMIT LAKE DRIVE
SUITE 400
VALHALLA, NY 10595-1340

KANSAS DEPARTMENT OF REVENUE
ATTN: CTE/BANKRUPTCY UNIT
PO BOX 12005
TOPEKA, KS 66612-2005

AMERICAN INFOSOURCE
AGENT FOR MIDLAND FUNDING
PO BOX 268941
OKLAHOMA CITY, OK 73126-8941

VENTURE FINANCIAL SERVICES
PO BOX 16568
RAYTOWN, MO 64133

UNITED HEATING & COOLING, INC
% EVANS & MULLINIX
7225 RENNER RD, STE 200
SHAWNEE, KS 66217

PORTFOLIO INVESTMENTS II, LLC
% RECOVERY MANAGEMENT
SYSTEMS CORP
25 SE 2ND AVE, STE 1120
MIAMI, FL 33131-1605

INTERNAL REVENUE SERVICE
PO BOX 7317
PHILADELPHIA, PA 19101-7317

HOMEWARD RESIDENTIAL, INC
BANKRUPTCY DEPARTMENT
1525 S BELTLINE ROAD, SUITE 100 NORTH
COPPELL, TX 75019

/s/ W.H. Griffin
_____
W.H. Griffin #8060
5115 ROE BLVD
SUITE 200
ROELAND PARK, KS 66205-2393
(913)677-1311
(913)432-7857(Fax)
inquiries@13trusteekc.com

SALLIE MAE GUARANTEE SERVICES
ATTN: DEPOSIT OPERATIONS
PO BOX 7167
INDIANAPOLIS, IN 46206-7167

QUANTUM3 GROUP LLC
QUANTUM3 FUNDING LLC
PO BOX 788
KIRKLAND, WA 98083-0788

AMERICAN EXPRESS
% BECKET & LEE
PO BOX 3001
MALVERN, PA 19355

CAPITAL ONE, NA
% BECKET & LEE
PO BOX 3001
MALVERN, PA 19355-0701

COHEN,MCNEILE, PAPPAS ET AL
4601 COLLEGE BLVD., STE. 200
LEAWOOD, KS 66211

ACCOUNT RECOVERY
200 W WYATT EARP BLVD
PO BOX 136
DODGE CITY, KS 67801

MAIN STREET ACQUISITIONS CORP
% BECKET & LEE
PO BOX 3001
MALVERN, PA 19355-0701

UNIFUND CCR PARTNERS
%COHEN MCNEILE & PAPPAS
4601 COLLEGE BLVD #200
LEAWOOD, KS 66211

OLATHE MEDICAL CENTER
% KRAMER & FRANK PC
9300 DIELMAN INDUSTRIAL #100
ST LOUIS, MO 63132

RJM ACQUISITION FUNDING LLC
575 UNDERHILL BLVD., STE 224
SYOSSET, NY 11791

PORTFOLIO RECOVERY ASSOCIATES
PO BOX 12914
NORFOLK, VA 23541

ASSET ACCEPTANCE LLC
PO BOX 2036
WARREN, MI 48090-2036

BOARD OF COUNTY COMMISSIONERS
OF JOHNSON COUNTY KS
LISA R WETZLER
JOHNSON COUNTY LEGAL DEPT
111 SOUTH CHERRY, STE 3200
OLATHE, KS 66061

GREAT SOUTHERN BANK
C/O LATHROP & GAGE LLP
2345 GRAND BLVD, STE 2200
KANSAS CITY, MO 64108

ECAST SETTLEMENT CORPORATION
PO BOX 7247-6971
PHILADELPHIA, PA 19170-6971

OCWEN LOAN SERVICING
3451 HAMMOND AVE
ATTN: PAYMENT PROCESSING
WATERLOO, IA 50702