**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 30th day of September, 2015.**



_____
Robert D. Berger
United States Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:
Paul John Demo, Jr.
Jeanette Marie Demo

        Debtors        Case No: 12-22983-13

**FINAL DECREE**
-----------------------
**DISMISSED AFTER CONFIRMATION**

    The Petition of William H. Griffin, Trustee of the above named debtor(s) for Final Decree, discharging him as Trustee and closing the estate having been heard, and due notice of said hearing having been given by mail to all persons entitled thereto, and no adverse interest having been represented at said hearing.

    The Court finds the report of the Trustee should be approved.

    **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Final Report of the Trustee be and the same is hereby approved, and he be discharged as Trustee of the above named Debtors, and he and the surety on his bond be and they are hereby released from any and all liability upon such bond on account of the subject proceeding arising hereafter, and this case be, and hereby is, closed.

###

Prepared and Approved By:

<u>s/W.H. Griffin, Chapter 13 Trustee</u>
W.H. Griffin #
5115 ROE BLVD
SUITE 200
ROELAND PARK, KS 66205-2393
(913)-677-1311
(913)-432-7857 (Fax)
inquiries@13trusteekc.com

```
                         United States Bankruptcy Court
                              District of Kansas
In re:                                                    Case No. 12-22983-RDB
Paul John Demo, Jr.                                       Chapter 13
Jeanette Marie Demo
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 1083-2          User: susan           Page 1 of 1        Date Rcvd: Oct 02, 2015
                              Form ID: pdf020       Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2015.
db/jdb       +Paul John Demo, Jr.,   Jeanette Marie Demo,   20520 Kittridge Street,   Winnetka, CA 91306-4121

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2015                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2015 at the address(es) listed below:
              Andrea L Taylor    on behalf of Creditor    Internal Revenue Service andrea.taylor@usdoj.gov,
               rhonda.mckinzie@usdoj.gov;robyn.bloomquist@usdoj.gov
              Andrew M. Duncan    on behalf of Creditor    McCray Lumber Company aduncan@cmplaw.net
              Angela R Huffman    on behalf of Creditor    Great Southern Bank ahuffman@greatsouthernbank.com
              Ashley  Osborn    on behalf of Creditor    Santander Consumer USA Inc. ksbkecf@southlaw.com
              Jonathon  Burford    on behalf of Creditor    Ocwen Loan Servicing, LLC ksbk@km-law.com
              Joseph A Swope    on behalf of Creditor    Ocwen Loan Servicing, LLC ksbk@km-law.com
              Patti H Bass    on behalf of Creditor    Capital One NA ecf@bass-associates.com
              Tyrus L Trueblood    on behalf of Creditor    eCAST Settlement Corporation
               kdouglass@bass-associates.com
              U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
              W Brett Chapin    on behalf of Joint Debtor Jeanette Marie Demo brett@chapinlawfirm.com,
               bchapin3@yahoo.com;sheila@chapinlawfirm.com
              W Brett Chapin    on behalf of Debtor Paul John Demo, Jr. brett@chapinlawfirm.com,
               bchapin3@yahoo.com;sheila@chapinlawfirm.com
              William H Griffin    ecfgriff@13trusteeks.com
                                                                                             TOTAL: 12